| United States Bankruptcy Court<br>Middle District of Florida<br>Jacksonville Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Amelia Island Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **57-0527665** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more<br>than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**6800 First Coast Hwy., S.**<br>**Amelia Island, FL**<br>ZIP CODE **32034** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Nassau County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 3000**<br>**Amelia Island, FL**<br>ZIP CODE **32035-1000** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- ☑ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative
  expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Amelia Island Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X  Not Applicable** <br> Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Amelia Island Company** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>❑ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>❑ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>   Signature of Debtor | X **Not Applicable**<br>   (Signature of Foreign Representative) |
| X **Not Applicable**<br>   Signature of Joint Debtor<br><br>   Telephone Number (If not represented by attorney)<br><br>   Date |    (Printed Name of Foreign Representative)<br><br>   Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br><br>**Richard R. Thames  Bar No.  0718459**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Stutsman Thames & Markey, P.A.**<br>Firm Name<br><br>**50 N. Laura Street Suite 1600**<br><br>Address<br>**Jacksonville, FL 32202**<br><br>**904-358-4000**      **904-358-4001**<br>Telephone Number<br><br>   Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable** |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br><br>**Jack B. Healan, Jr.**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**11/12/09**<br>Date | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## United States Bankruptcy Court

### Middle District of Florida

#### Jacksonville Division

In re:                                                    Case No. _____

                                                          Chapter    11

   **Amelia Island Company**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, **Jack B. Healan, Jr.**, declare under penalty of perjury that I am the **President** of Amelia Island Company, a  **Delaware** Corporation and that on **11/12/2009** the following resolution was duly adopted by the  of this Corporation:

   "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that **Jack B. Healan, Jr.**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

   Be It Further Resolved, that **Jack B. Healan, Jr.**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

   Be It Further Resolved, that **Jack B. Healan, Jr.**, **President** of this Corporation, is authorized and directed to employ **Richard R. Thames**, attorney and the law firm of **Stutsman Thames & Markey, P.A.** to represent the Corporation in such bankruptcy case."

Executed on: ___11/12/09___            Signed: _____
                                               Jack B. Healan, Jr.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:      **Amelia Island Company**
_____

Debtor

Case No._____

Chapter **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **23** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: ___11/12/09___

Signed: _____
            Jack B. Healan, Jr.

Amelia Island Company
P.O. Box 3000
Amelia Island, FL 32035-1000

Ahead Headgear
270 Samuel Barnet Blvd.
New Bedford, MA 02745

Aloha Republic, LLC
740 Moowaa St., #H
Honolulu, HI 96817


Richard R. Thames
Stutsman Thames & Markey, P.
50 N. Laura Street
Suite 1600
Jacksonville, FL 32202

AIP Community Association
c/o A.I. Management
Amelia Island Plantation
Amelia Island, FL 32034

Amelia Interior Design, Inc.
503-C Centre St
Fernandina Beach, FL 32034


A. Jeffrey Tomassetti, PLC
Federal Trust Account
P.O. Box 1443
Fernandina, FL 32035-1443

Air Wiz Heating & Air Condit
10561 Hemming Rd.
Jacksonville, FL 32225

Amelia Island Company
3000 First Coast Hwy. S.
Amelia Island, FL 32034


A1A Corporation
d/b/a Adventures in Advertis
5028 Paysphere Cir.
Chicago, IL 60674

AirGas
P.O. Box 532609
Atlanta, GA 30353-2609

Amelia Island Film Festival
P.O. Box 504
Fernandina Beach, FL 32035


Aaron Rents, Inc.
7818 Philips Hwy., #301
Jacksonville, FL 32256

Al L Harvey
85320 St. Thomas St.
Yulee, FL 32097

Amelia Island Museum of Hist
233 S. Third St.
Fernandina Beach, FL 32034


Absolutely Natural
640 Atlantis Rd.
Melbourne, FL 32904

New York Times Digital -W482
P.O. Box 7777
Philadelphia, PA 19175-4825

Amelia Island Paint & Hardwa
516 Ash St.
Fernandina Beach, FL 32034


Action Graphics, Inc.
912 Colfax Ave.
Winter Park, FL 32789

American Needle
1275 Busch Pkwy.
Buffalo Grove, IL 60089

Amelia Island Plantation Pho
P.O. Box 3000
Amelia Island, FL 32035


AENC
P.O. Box 10828
Raleigh, NC 27605-0828

Albert Uster Imports, Inc.
9211 Gaither Rd.
P.O. Box 770
Gaithersburg, MD 20877

Amelia Island Publishing
15 Hickory Ln.
Amelia Island, FL 32034


Agricultural Permitting Serv
4889 NW 20th Pl.
Gainesville, FL 32605

Alexander's Direct Mail Serv
4870 Victor St.
Jacksonville, FL 32207

American Distributors` of Flo
P.O. Box 90249
Lakeland, FL 33804

American Express Publishing
4624 Paysphere Cir.
Chicago, IL 60674

Association of FL Community
307 W. Park Ave., #214
Tallahassee, FL 32301-1422

Atlantic Distributors
4750 Highway Ave.
Jacksonville, FL 32254

American Gift Corporation
6600 NW 74th Ave.
Miami, FL 33166-2839

At Home Net, Inc.
P.O. Box 1405
Suwannee, GA 30024-0968

Atlantic Seafood Company
10 Ash St.
Fernandina Beach, FL 32034

American Hospitality Supply C
P.O. Box 811976
Boca Raton, FL 33481-1976

At Works Sales Corporation
d/b/a At Work Uniforms
P.O. Box 40
Orange Beach, AL 36561

Atlantis Smoked Foods
4126 Pleasantdale Rd.,#B114
Atlanta, GA 30340

Anderson Rentals, Inc.
P.O. Box 765
Mims, FL 32754

AT&T
P.O. Box 105262
Atlanta, GA 30384-5262

Atlas Ice Machine
1365 Haines St., #2
Jacksonville, FL 32206

Andrew and Alice Messina
9550 Hildreth Ln.
Amelia Island, FL 32034

AT&T
P.O. Box 105373
Atlanta, GA 30348

Audubon International
46 Rarick Rd.
Selkirk, NY 12158

Ann Marie Melson
3908 Centenary
Dallas, TX 75225

AT&T Advertising & Publishin
P.O. Box 105024
Atlanta, GA 30348-5024

B&B Exterminating Co., Inc.
215 Osceola St.
Jacksonville, FL 32204

Artistic FLorist
1875 B S. 14th St.
Fernandina Beach, FL 32034

Athco
7590 Commerce Ct.
Sarasota, FL 34243

Authentc Models, Inc.
P.O. Box 21710
Eugene, OR 97402-0411

ASAE Foundation
1575 I St., NW
Washington, DC 20005-1168

Atlanta Ice Company
1587 E. Taylor Ave.
Atlanta, GA 30344

B.R. Cohn Olive Oil Company
15000 Sonoma Hwy.
Glen Ellen, CA 95442

Associated Luxury Hotels, In
2295 S. Hiawassee Rd., #306
Orlando, FL 32835

Atlantic Companies, Inc.
d/b/a Atlantic Security
1714 Cesery Blvd.
Jacksonville, FL 32211

Bachara Construction Law Grc
1 Independent Dr., #1800
Jacksonville, FL 32202

Baptist Health System Founda
General Account
800 Prudential Dr.
Jacksonville, FL 32207

BellSouth Pro-Cabs
P.O. Box 105373
Atlanta, GA 30348-5373

Boly Kol
12450 Cachet Dr.
Jacksonville, FL 32223

Barbados Liason Service
150 Alhambra Cir., #1000
Coral Gables, FL 33134

Ben Forehand
d/b/a Miss Lucy Charters
210 N. 15th St.
Fernandina Beach, FL 32034

Books Plus
107 Centre St.
Fernandina Beach, FL 32034

Barbara M. Pitocchelli
1016 Great Springs Rd.
Rosemont, PA 19010

Ben Hogan Company
4600 E. 48th Ave.
Denver, CO 80216

Bowen Civil Engineering, Inc
8075 Gate Pkwy. W., #204
Jacksonville, FL 32216-3685

Barbara Simonds
920 Cherry Valley Rd.
Princeton, NJ 08540

Benson Skelton
1320 Thomaswood Dr.
Tallahassee, FL 32308

Boyd Sign Systems, LLC
3901 S. Kalamath St.
Englewood, CO 80110

Barnie's Coffee & Tea Compan
2126 W. Land Street Rd., #30
Orlando, FL 32809

Blake & Pendleton, Inc.
P.O. Box 890899
Charlotte, NC 28289-0899

BP Business Solutions
P.O. Box 70995
Charlotte, NC 28272-0995

Barron's Wholesale Tire
P.O. Box 26342
Jacksonville, FL 32226

Blue Buddha
2703 Rosselle St.
Jacksonville, FL 32205-5687

Bryan A. Valdes
5451 Florence Point Dr.
Amelia Island, FL 32034

BBJ Linen
7855 Gross Point Rd.
Skokie, IL 60077

BMB Enterprises, Inc.
12740 Kenan Dr.
Bldg. 200, #100
Jacksonville, FL 32258

Bryce Shriver
One Seamarsh Rd.
Amelia Island, FL 32034

BBVA Compass
Attn: Laura Gonzales, VP
10060 Skinner Lake Dr., 4th F
Jacksonville, FL 32246

Boca Terry, LLC
3000 SW 15th St., #H
Deerfield Beach, FL 33442

Bubbles Dry Cleaners
1453 S. 8th St.
Fernandina Beach, FL 32034

Beachview Tent Rentals, Inc.
3387 Hwy. 17 S.
Brunswick, GA 31523

Bolle'
P.O. Box 17631
Baltimore, MD 21297-1631

Buchanan Sign Store
Jacksonville Flag Center
6755 Beach Blvd.
Jacksonville, FL 32216

Budget Utility Service, Inc.
P.O. Box 1418
Callahan, FL 32011

Capital Office Products
P.O. Box 1671
700 Ballough Rd.
Daytona Beach, FL 32115

Charles Doan
698 Dorgene Ln.
Cincinnati, OH 45244

Burdens Overhead Doors,Inc.
13418 Collen Rd.
Jacksonville, FL 32218

Caribbean Breeze Internation
P.O. Box 15849
Fernandina Beach, FL 32035

Cheney Brothers, Inc.
2801 W. Silver Springs Blvd.
Ocala, FL 34475-5655

Burns Packaging
2801 Rosselle St.
Jacksonville, FL 32205

Carolina Solar Structures
P.O. Box 905
Arden, NC 28704

Chicago Sun Times
P.O. Box 1003
Tinley Park, IL 60477

Burrellesluce
75 E. Northfield Rd.
Livingston, NJ 07039

Carter Nice
579 Kevington Ct.
Sacramento, CA 95864

Childers Roofing & Sheet Met
141 Watts St.
Jacksonville, FL 32204

Burst Media Corp.
8 New England Executive Park
Burlington, MA 01803

Cash's Tree Service
Attn: Steve C. Cash, Owner
851854 N. U.S. Hwy. 17
Yulee, FL 32097-2226

China Mist Restaurant Tea
 Service of North Florida
11250-15 Old St. Augustine R
Jacksonville, FL 32257

C&L Plumbing
1927 S. 14 St., #90
Amelia Island, FL 32034

CCP Industries, Inc.
P.O. Box 73627
Cleveland, OH 44193

Chocolate Accents
684 Florida Central Pkwy.
Longwood, FL 32750

Callaway Heating & Cooling &
 Refrigeration
86532 Yulee Hills Rd.
Yulee, FL 32097

Certified Environmental Serv
d/b/a Metro-Rooter
8892 Normandy Blvd.
Jacksonville, FL 32221

CHT R. Beitlich Corporation
5046 Old Pineville Rd.
Charlotte, NC 28217

Caloi
90 Industrial Loop N.
Orange Park, FL 32073

Chamber, The
961687 Gateway Blvd., #101G
Fernandina Beach, FL 32034

Cintas Corporation
7251 Salisbury Rd., #1
Jacksonville, FL 32256

Calvin W. Atwood
9 Sweetwater Oaks Dr.
Amelia Island, FL 32034

Champion Brands, Inc.
5571 Florida Mining Blvd. S.
Jacksonville, FL 32257

CIT Group / EF, The
21146 Network Pl.
Chicago, IL 60673-1211

City & Sun Delivery Systems N
P.O. Box 19525A
Newark, NJ 07195-0525

Coker CRC Crane
2052 Oak Marsh Dr.
Fernandina Beach, FL 32034

Connie Duglin
Specialty Linen & Chair Cove
P.O. Box 271983
Tampa, FL 33688

City Electric Supply Company
474385 E. S.R. 200
Fernandina Beach, FL 32034

Collinson & Company, Inc.
15 Technology Pkwy.
Norcross, GA 30092

Construction Solutions, Inc.
PMB-201
13245 Atlantic Blvd.
Jacksonville, FL 32225

City of Fernandina Beach
Utility Billing Dept.
Fernandina Beach, FL 32035-1

Comcast
1600 S. 14th St.
Fernandina Beach, FL 32034

Converged Communications
6316 Greenland Rd.
Jacksonville, FL 32258

City of Fernandina Beach
P.O. Box 1146
Fernandina Beach, FL 32035-1

Comcast
6805 Southpoint Pkwy.
Jacksonville, FL 32216

Cool Sport
Attn: Howie Rubenstein
1780 Henderson Way
Lawrenceville, GA 30043

Classic Carpets & Interiors
802 S. 8th St.
Fernandina Beach, FL 32034

Commercial Services, Inc.
2465 St. Johns Bluff Rd. S.
Jacksonville, FL 32246

Corporate Care Works
8665 Baypine Rd., #100
Jacksonville, FL 32256

Classic Industrial Fence, LL
d/b/a Classic Fence
P.O. Box 24644
Jacksonville, FL 32241

CommLink Interactive
d/b/a What's Up, LLC
P.O. Box 468357
Atlanta, GA 31146

Cort Event Furnishings
11821 S. Orange Blossom Tr.
Orlando, FL 32837

Clear Channel Outdoor, Inc.
P.O. Box 402379
Atlanta, GA 30384-2379

Compass Bank
P.O. Box 830927
Birmingham, AL 35283-0927

Cotner Associates, Inc.
9 S. Third St.
Fernandina Beach, FL 32034-4

Coastal Island Delivery
9721 Anders Blvd.
Jacksonville, FL 32246-6401

Conde Nast Publications
P.O. Box 5350
New York, NY 10087-5350

Creative Water Concepts, Inc
706 G St.
Brunswick, GA 31520

Coastal Living
2314 Paysphere Cir.
Chicago, IL 60674

Connecticut General Life Ins
P.O. Box 371335
Pittsburgh, PA 15250-7335

Crescent Moon Pictures
25C Buckingham Plantation Dr
Bluffton, SC 29910

Crews Electrical Testing, In
6148 Tim Crews Rd.
Macclenny, FL 32063

Cutter & Buck
P.O. Box 34855
Seattle, WA 98124-1855

David C. Dressler
22291 Butterfield
Mission Viejo, CA 96292

Crown Plumbing Services
1927 S. 14th St., #2200
Fernandina Beach, FL 32034

Cyros, LLC
1422 Winnifred St.
Charlotte, NC 28203

David C. Hereford
2958 S. Fletcher Ave.
Fernandina Beach, FL 32034

CSI International, Inc.
P.O. Box 8000
Buffalo, NY 14267

D.B. Technology, LLC
60 Walnut Ave.
Clark, NJ 07066

David L. and Carolyn Punzelt
1470 Staci Dr.
Castine, ME 04421

Culinary Classics, Inc.
P.O. Box 593453
Orlando, FL 32859

D.F. & Associates, Inc.
233 W. 290 S.
Ivins, UT 84738

Dean R. Grunewald
581 Misty Morning Ct.
Jacksonville, FL 32218

Culinary Source, Inc., The
3800 Commerce Loop
Orlando, FL 32808

Dagher Printing
11775 Marco Beach Dr.
Jacksonville, FL 32224

Delta Electric Company
P.O. Box 1602
Yulee, FL 32041

Culligan Water of Jacksonvil
604 College St.
Jacksonville, FL 32204

Data Supplies, Inc.
P.O. Box 102413
Atlanta, GA 30368-0431

Delta Foremost Chemical Corp
P.O. Box 30310
Memphis, TN 38130

Culligan Water Services
P.O. Box 1618
Kingsland, GA 31548-1618

Datavision Tech
860 Marina Dr.
Weston, FL 33327

Denise R. Roberts, CPA
2892 S. 8t St., #4
Fernandina Beach, FL 32034

Custom Creations & Restorati
c/o Robert M. Davis
97398 Amy Dr.
Yulee, FL 32097

Dave Turner Plumbing
P.O. Box 1629
Yulee, FL 32041-1629

Destination Planning Corp.
830-13 A1A N., #303
Ponte Vedra Beach, FL 32082

Custom Marketing Group
11100 Santa Monica Blvd. #55
Los Angeles, CA 90025

David B. Ehlert, DDS
1331 Bradford Ct.
Neenah, WI 54956-4671

Devine Group, The
10200 Alliance Rd.
40 Marsh Creek Rd.
Cincinnati, OH 45242

Discovery Maps
96077 Roxabogue Dr.
Fernandina Beach, FL 32034

DS Waters of America, Inc.
d/b/a Crystal Springs Water
5660 New Northside Dr.
Atlanta, GA 30328

Ecolab Center
P.O. Box 905327
Charlotte, NC 28290-5327

Do It Yourself, Inc.
d/b/a Celebration Party Rent
11417 San Jose Blvd.
Jacksonville, FL 32223

DTG Operation, Inc.
Subrogation Dept. 927
Tulsa, OK 74182

Ecolab Pest Elimination
P.O. Box 6007
Grand Forks, ND 58206-6007

Don Hugh Johnson
136630 O. Point C. Horne Rd.
Sanderson, FL 32087

DTL Down the Line Sportwear
6700 Woodlands Pkwy., #230-2
The Woodlands, TX 77382

Ecovate, Inc.
d/b/a Ready Talk Conferencin
1598 Wynkoop St.
Denver, CO 801202

Don Michael Cigar Classics
7386 S. Tamiami Tr.
Sarasot, FL 34231

Duck Company, The
5601 Gray St.
Arvada, CO 80002

Edward Don & Company
2562 Paysphere Cir.
Chicago, IL 60674

Donald and Sally McCarron
95048 Sea Walk Ct.
Fernandina Beach, FL 32034

Dynamix Group, Inc.
1905 Woodstock Rd., #4150
Roswell, GA 30075-5625

Edward H. Brown
425 Ivy Hall
Atlanta, GA 30350

Dorfman-Pacific Co.
NW 5412
P.O. Box 1450
Minneapolis, MN 55485-5412

E.H. Thompson Co.
11101 N. 46th St.
Tampa, FL 33617

Eleanor Hastings
11737 Newberry Grove Loop
Riverview, FL 33579

Dow Jones & Co., Inc.
Wall Street Journal or Barro
Box 4137 Church Street Stati
New York, NY 10249

EAF Services, Inc.
1200 W. S.R.434, #206
Longwood, FL 32750

Elite Meetings Int.
500 E. Montecito St.
Santa Barbara, CA 93103

Dowling Douglas Co., Inc.
P.O. Box 3356
Jacksonville, FL 32206

East Coast Transportation, I
11190 St. Johns Industrial P
Jacksonville, FL 32246

Elite Meetings International
500 E. Montecito St.
Santa Barbara, CA 93103

Dowman Textiles
300 Park Ave. N., #101
Winter Park, FL 32789

Eastern Pacific Apparel - ER
P.O. Box 72
Brattleboro, VT 05302-0072

Emerson Glen Garment
1133 Taft St.
Rockville, MD 20850

Engineered Solutions of Amel
d/b/a Home IQ of Amelia
96090 Victoria's Pl.
Yulee, FL 32097

E-Z-Go A Textron Company
P.O. Box 905610
Charlotte, NC 28290-5610

First Student
705 Central Ave., #300
Cincinnati, OH 45202

Engineered Solutions of Amel
d/b/a Home IQ of Amelia
96090 Victoria's Pl.
Amelia Island, FL 32034

Fahlgren
400 N. Ashley Dr., #2020
Tampa, FL 33602

Fisher & Phillips
1500 Resurgens Plaza
945 E. Paces Ferry Rd.
Atlanta, GA 30326

Enterprise
c/o Damage Recovery Unit
P.O. Box 405738
Atlanta, GA 30384-5738

Fahlgren Advertising Account
P.O. Box 1628
Parkersburg, WV 26102

FL Dept. of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399

Environmental Services, Inc.
7220 Financial Way, #100
Jacksonville, FL 32256

Fay Sharpe, LLP
The Halle Building, 5th Fl.
1228 Euclid Ave.
Cleveland, OH 44115

FL Dept. of Revenue
Jacksonville Service Center
921 N. Davis St., #A-215
Jacksonville, FL 32209-6828

E-ProDirect
1651 NW 1st Ct.
Boca Raton, FL 33432

Federal Express Collection
P.O. Box 94515
Palatine, IL 60094-4515

FL Dept. of State
Clifton Building
2661 Executive Center Dr.
Tallahassee, FL 32301

Erin Renee Kratky
1536 Coventry Ln.
Fernandina Beach, FL 32034

Fernandina Beach High School
Attn: Wesley R. Poole
P.O. Box 1280
Fernandina Beach, FL 32035

FL Society of Association Ex
P.O. Box 11119
Tallahassee, FL 32302-1119

Ernest Williams
P.O. Box 1008
208 Durden
Richmond Hill, GA 31324

Fidelity National Insurance C
Flood Processing Center
P.O. Box 33070
St. Petersburg, FL 33733-807

Florida Coca-Cola Bottling C
P.O. Box 403390
Atlanta, GA 30384-3390

European Imports GA, LLC
4494 Paysphere Cir.
Chicago, IL 60674

Fila
1 Fila Way
Sparks, MD 21152

Florida Industrial Scale
728 Industry Rd.
Longwood, FL 32750

Evolution, The Salon Source
5858 St. Augustine Rd.
Jacksonville, FL 32207

First Coast Provisions
2758 Dawn Rd.
Jacksonville, FL 32207

Florida Kids Press, Inc.
11802 Magnolia Falls Dr.
Jacksonville, FL 32258

Florida Laundry Systems
15380 C.R. 565A, #E
Groveland, FL 37436

Fortessa Hotel Products
11440 86th St. N.
West Palm Beach, FL 33412

Gator City Taxi
P.O. Box 9231
Jacksonville, FL 32208


Florida Petroleum Corporatio
P.O. Box 1405
Fernandina Beach, FL 32035

Francesco M. Borghese
25 Saratoga Way
Short Hills, NJ 07078

Gator Fire Extinguishers
c/o Troy L. Pitts
P.O. Box 102
Fernandina Beach, FL 32035


Florida Public Utilities
P.O. Box 418
Fernandina Beach, FL 32035-0

Frank C. Arena Provisions
7255 Golden Wings Rd.
Jacksonville, FL 32244

GCS Service, Inc.
P.O. Box 64373
St. Paul, MN 55164-0373


Florida State Golf Associati
8875 Hidden River Pkwy., #11
Tampa, FL 33637-2087

Frank Giuliano and Mitchell A
8 Pine Tree Dr.
Katonah, NY 10536

Geiger & Associates
1846 Junwin Ct.
Tallahassee, FL 32308


Florida's First Coast of Gol
415 Pablo Ae., #102
Jacksonville Beach, FL 32250

Fulfillment Partners, Inc.
d/b/a Millenium Marketing Gr
997 W. Kennedy Blvd., #A-15
Orlando, FL 32810

General Electric
251 N. Illinois St., #800
Indianapolis, IN 46204


Foley & Lardner, LLP
P.O. Box 240
Jacksonville, FL 32201-0240

G. Joannov Cycle Company
151 Ludlow Ave.
Northvale, NJ 07647

General Electric Co.
GE Appliance HPS
P.O. Box 281865
Atlanta, GA 30384-1865


Follett Corp.
801 Church Ln.
Easton, PA 18044

Garb, Inc.
730 S. Jason St., #34
Denver, CO 80223

General Truck Equipment & Tr
 Sales, Inc.
P.O. Box 6954
Jacksonville, FL 32205


FoodStaff
P.O. Box 12850
Charleston, SC 29422

Gary Eversole
1537 Geddes Ln.
Fernandina Beach, FL 32034

George Lannon
1423 Highland Dr.
Fernandina Beach, FL 32034


Foot-Joy, Inc.
P.O. Box 532419
Atlanta, GA 30353-2419

Gary Wozniak
16741 Ryland
Redford Townsip, MI 48240

Georgia Winegeart Assoc.
1 Independent Dr., #2207
Jacksonville, FL 32202

Getagadget, Inc.
2101 E. St. Elmo, #347
Austin, TX 78744

Golf Marketing Concepts
12620-3 Beach Blvd., #347
Jacksonville, FL 32246

Gwinnett Health System
P.O. Box 348
Lawrenceville, GA 30046

GFWC Woman's Club of FDNA BC
P.O. Box 1125
Fernandina Beach, FL 32035

Golf Marketing, Inc.
P.O. Box 24
Windermere, FL 34786-0024

H. Isings Trave Agency, Inc.
2441 N. Federal Hwy.
Boca Raton, FL 33431

Gilchrist & Soames
P.O. Box 660075
Indianapolis, IN 46266-0075

Golf Scorecards, Inc.
9735 SW Sunshine Ct., #700
Beaverton, OR 97005

Hamilton Press
P.O. Box 6105
Fernandina Beach, FL 32035-6

Gilman Investment, LLC
d/b/a White Oak Plantation
581705 White Oak Rd.
 Yulee, FL 32097

Gourmet Table Skirts
P.O. Box 41027
Houston, TX 77241-1027

Harbor Coats, Inc.
P.O. Box 15040
Fernandina Beach, FL 32035

Global Golf Sales, Inc.
1233 SW 55th St., #802
Cooper City, FL 33330

Graffiti Zoo, Inc.
1422 Business Center Dr.
Conyers, GA 30094

Hawthorne Publications
650 Islington St.
Portsmouth, NH 03801

GMAC
Payment Processing Center
P.O. Box 78534
Phoenix, AZ 85062-8234

Greg Norman Collection
P.O. Box CS-100256
Atlanta, GA 30384-0256

Head / Penn Racquet Sports
P.O. Box 53232
Phoenix, AZ 85072-3232

Gmerek Richard
1102 Waltonville Rd.
Hummelstown, PA 17036

Guardian
P.O. Box 95101
Chicago, IL 60694-5101

Hearst Magazines
P.O. Box 905114
Charlotte, NC 28290-5114

Golf Course Home
c/o Stockwell & Bates, LLC
30 Church Hill Rd., #3
Newton, CT 06470

Guest Research, Inc.
8490 E. Crescent Pkwy., #365
Greenwood Village, CO 80111-

Here's Fred Golf Company
P.O. Box 51441
Jacksonville Beach, FL 32240

Golf Magazine
3822 Paysphere Cir.
Chicago, IL 60674-3822

Gunster, Yoakley & Stewart
777 S. Flagler Dr., #500E
West Palm Beach, FL 33401

Heresite Protective Coatings
P.O. Box 250
Manitowoc, WI 54221-0250

Heritage Paper Co., Inc.
P.O. Box 23517
Jacksonville, FL 32241

Hyland Group, The
1911 N. Fort Myer Dr.
Arlington, VA 22209

Ink Publishing
Capital Building, #400
255 E. Paces Ferry Rd.
Atlanta, GA 30305

Hersey Enterprises, LLC
d/b/a Floor Installers of NE
8032 Philips Hw.y.,#5
Jacksonville, FL 32256

IBM Corporation
P.O. Box 534151
Atlanta, GA 30353-4151

Inland Seafood
P.O. Box 450669
Atlanta, GA 31145

HO: Tribal Sportswear, Inc.
9030 Pie Ix
Montreal, Quebec
CANADA

IKON Office Solutions
P.O. Box 827577
Philadelphia, PA 19182-7577

Innomark Communications
420 Distribution Cir.
Fairfield, OH 45014

Home Depot Supply, The
Dept. 32-2500527043
P.O. Box 9055
Des Moines, IA 50368-9055

IKON Office Solutions, Inc.
LDS Southeast District L-19
P.O. Box 532545
Atlanta, GA 30353-2545

Integrated Environmental Sol
1012 Lake Ariana Blvd., #A
Auburndale, FL 33823

Hopping Green Sams & Smith
P.O. Box 6526
Tallahassee, FL 32314

Image Network of Charleston,
5809 N. Rhett Ave.
Hanahan, SC 29406

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Hornung's Pro Golf Sales
815 Morris St
Fond Du Lac, WI 54935

Imperial Premium Finance, In
P.O. Box 9045
New York, NY 10087-9045

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045, Stop 572
Jacksonville, FL 32202

Host User Group
3230 E. Flamingo Rd., #8-101
Las Vegas, NV 89121

InfoGenesis
1858 Paysphere Cir.
Chicago, IL 60674

Island Education
Amelia Island Plantation
1411 Julia St.
Amelia Island, FL 32034

Howard and Betty Nesmith
108 S. Castle Rd.
Dalton, GA 30720

Infratech Corporation
2036-A Baker Ct.
Kennesaw, GA 30144

Island Flower & Garden
4924 First Caost Hwy., #10
Fernandina Beach, FL 32034

HR Direct
P.O. Box 452019
Sunrise, FL 33345-2019

Ingrid Heinkel
d/b/a Cork Deisgn, Inc.
1798 Arbor Dr.
Amelia Island, FL 32034

Island Oasis of Central Flor
P.O. Box 847881
Boston, MA 02284-7881

ISPA
2365 Haryodsburg Rd., #A325
Lexington, KY 40508

James and Dana Hancock
329 Sommerset Dr.
Jacksonville, FL 32259

Jenkins Carpentry
86104 Fieldstone Dr.
Yulee, FL 32097

J.C. Jones, Jr.
1221 Bent Tree Rd.
Blackshear, GA 31516

James and Susan Mossell
4629 Ridgeview Cir.
Valdost, GA 31602

Jennifer Byrd
77 Solano Sq., #155
Benicia, CA 94510

J.J. Currie
2219 Boxwood Ln.
Amelia Island, FL 32034

James Bailey
P.O. Box 18
Waycross, GA 31502

Jet Imports
d/b/a Life is Tennis
14007 Commissary Dr.
Ottumwa, IA 52501

J.R. Davis
P.O. Box 8063
Amelia Island, FL 32035

James Hastings
1173 Newberry Grove Loop
Riverview, FL 33579

JFM Concepts, LLC
6527 Carrolton Ave.
Indianapolis, IN 46220

Jack or Melinda Fribley
6604 Iriquois Tr.
Edina, MN 55439

James Wright
103 E. Sherwin
P.O. Box 337
Urbana, IL 61802

Jim Fussell
41 N. 14th Pl.
Fernandina Beach, FL 32034

Jacksonville Airport Authori
P.O. Box 18018
Jacksonville, FL 32229-4018

Janpak of Jacksonville
7780-4 Westside Industrial D
Jacksonville, FL 32219

John Anstett
8976 Marlee Rd.
Jacksonville, FL 32222

Jacksonville Chamber of Comm
3 Independent Dr.
Jacksonville, FL 32202

JCJ Amusements, LLC
P.O. Box 127
Gibson, FL 33534

John C. McFadden
12807 S. Misty Harbour Ln.
Palos Park, IL 60464-2572

Jacksonville Elevator Inspec
 Service, Inc.
P.O. Box 497
Fernandina Beach, FL 32035

Jean Glover
74 Osprey Village Dr., #1109
Amelia Island, FL 32034

John E. Myers Tree Services,
2424 Russell Rd.
Fernandina Beach, FL 32034

Jacksonville Hotel & Motel A
Attn: Accounts Receivable
550 Water St., #1000
Jacksonville, FL 32202

Jeff Hamilton Electric, Inc.
97434 Laffites Way
Yulee, FL 32097

John Harbert
d/b/a Night Spiker Volleybal
P.O. Box 60151
St. Petersburg, FL 33784

John Springer
P.O. Box 148
Yulee, FL 32041

K P Partners
93121 Roddenberry Way
Amelia Island, FL 32034

KPMG, LLP
Dept. 0572
P.O. Box 120001
Dallas, TX 75312-0572

John T. Pickett, Sr.
85142 Crews Rd. N.
Fernandina Beach, FL 32034

K.C. Trowell
133 S.W. Margaret St.
Lake City, FL 32025

Krisam Group
2501 M St. NW, #515
Washington, DC 20037

John Tharpe
P.O. Box 72286
40 W. 802 Fox Creek Dr.
Albany, GA 31708

Katie Caples' Foundation
98 S. Fletcher Ave.
Amelia Island, FL 32034

Kronos, Inc.
P.O. Box 845748
Boston, MA 02284

Joseph and Patricia Evangeli
6604 Iroquois Tr.
Duluth, GA 30097

Kelley Termite & Pest Contro
P.O. Box 521
Fernandina Beach, FL 32035

KVL Audio Visual Services
466 Saw Mill River Rd.
Ardsley, NY 10502

Joseph Boone
Boone Flooring Co., Inc.
4140 Appaloosa Rd.
Middleburg, FL 32068

Kelly Seahorse Ranch
7500 First Coast Hwy.
Amelia Island, FL 32034

Lacoste
551 Madison Ave., #1300
New York, NY 10022

Joseph Kochis
6655 Old Royalton Rd.
Brecksville, OH 44141

Ken Thrasher
3034 Bakers Meadow
Atlanta, GA 30339

Lamar Companies, The
P.O. Box 66338
Baton Rouge, LA 70896

Joseph Prestinario
1636 Riparian Dr.
Naperville, IL 60565

Kenneth Hewitt III
9470 River Club Pkwy.
Duluth, GA 30097

Lance, Inc.
P.O. Box 473517
Charlotte, NC 28247-3517

Jungle Girl
P.O. Box 1113
Kilauea, HI 96754

Kenneth Wozniak
5400 Ming Dr.
P.O. Box 1126
Orlando, FL 32812

Lavatec, Inc.
300 Great Hill Rd.
Naugatuck, CT 06770

K & M International, Inc.
1955 Midway Dr.
Twinsburg, OH 44087

Kirby Rental Service
8051 Bayberry Rd.
Jacksonville, FL 32256

Leadership Florida
P.O. Box 11309
Tallahassee, FL 32302-3309

Leegin Leather Products
14022 Nelson Ave.
City of Industry, CA 91746

Lodging Technology Corporati
P.O. Box 7919
Roanoke, VA 24019-0919

Maggie Lyon Chocolatiers
6000 Peachtree Industrial Bl
Norcross, GA 30071


Legendary Holdings, Inc.
8653 Avenida Coasta Norte
San Diego, CA 92154

Logsdon TV Sales and Service
1814 University Blvd. N.
Jacksonville, FL 32211

Marcia C. Wozniak
21063 Via Coronado
1033 Harmony Brass Castle Rd
Yorba Linda, CA 92887


Les Modes ASM Fashions, Inc.
9250 Park Ave., #400
Montreal, Quebec
CANADA

Lois E. Treacy
4 Vandy Ct.
1345 S. Calle de Maria
Savannah, GA 31411

Marilyn Harlin
10 Juniter Ct.
Amelia Island, FL 32034


Life Fitness, a Division of
 Brunswick Corporation
Leasing Administration
Franklin Park, IL 60131

Louisa Barendse
172 Basswood Rd.
Douglas, GA 31535

Marsha Hodges
289 Nunnally Farm Rd.
Monroe, GA 30655


Life Ins. Company of North A
P.O. Box 8500-K110
Philadelphia, PA 19178

LowCountry Shellfish, Inc.
7195 Bryhawke Cir.
Charleston, SC 29418

Martex Services
1417 Avery Rd., #200
Fernandina Beach, FL 32034


Lift Power, Inc.
P.O. Drawer 6548
Jacksonville, FL 32236

Madden Preprint Media
345 E. Toole Ave.
Tucson, AZ 85701

Martin Coffee Company
1633 Marshall St.
Jacksonville, FL 32206


Lincoln National
P.O. Box 25500
Greensboro, NC 27420

Mackoul Distributors, Inc.
P.O. Box 3847
Jacksonville, FL 32206

Martn and Dale Reece
3211 Sea Marsh Rd.
Amelia Island, FL 32034


Lipten & Company
205 National Pl., #123
Longwood, FL 32750

Macs Industrial Supplies, In
10418 New Berlin Rd., #103
Jacksonville, FL 32226

Mary Gorman
7620 S. Sunset Dr.
St. Louis, MO 63121


Liquid Capital Exchange, Inc
Re: Zents
P.O. Box 17000
Greenville, SC 29606

MessageLabs, Inc.
512 Seventh Ave., 6th Fl.
New York, NY 10018

Mc Murry, Inc.
P.O. Box 44377
Phoenix, AZ 85064-4377

McGill Aiation Corporation
1000 Airport Rd.
Fernandina Beach, FL 32034

Michael Foster
105 E. Adams St.
404 Thorpe Park
Lagrange, KY 40031

Mixed Bag Designs
1325 Howard Ave., #213
Burlingame, CA 94010

MD&P Amelia Partnership
c/o Terri Tennille
311 Centre St.
Fernandina Beach, FL 32034

Micromain Corporation
5100 Bee Caves Rd.
Austin, TX 78746

Morris Communications
Attn: Ella Ripley, Accountin
1 Riverside Ave.
Jacksonville, FL 32202

MECO of Florida, Inc.
P.O. Box 3871
Jacksonville, FL 32206

Microsoft Licensing, GP
c/o Bank of America
1401 Elm St., 5th Fl., D 842
Dallas, TX 75202

Movsovitz and Sons of Florid
P.O. Box 41565
Jacksonville, FL 32203

Medcom Services, Inc.
1061 Riverside
Jacksonville, FL 32204

Microsoft Online, Inc.
c/o Microsoft Advertising
6100 Neil Rd., #100
Reno, NV 89511

Mugwump Productions
1328 Vine St.
Jacksonville, FL 32207

Media Max, LLC
400 Columbus Ave.
Valhall, NY 10595

Microsoft Online, Inc.
6100 Neil Rd., #100
Reno, NV 89511

Muzak
P.O. Box 71070
Charlotte, NC 28272-1070

Medical Express Corporation
4237 Salisbury Rd., #304
Jacksonville, FL 32216

Miles Media Group, Inc.
P.O. Box 917176
Orlando, FL 32891-7176

National Cable Communication
400 Broadacres Dr., 3rd Fl.
Bloomfield, NJ 07003

Meetings Database Institute
1011 E. Touhy Ave., #321
Des Plaines, IL 60018

Miller Electric Company
P.O. Box 864149
Orlando, FL 32886-4149

Nam's Bits
1050 Northfield Ct., #125
Roswell, GA 30076

Meredith Corporation
P.O. Box 730148
Dallas, TX 75373-0148

Milt's of Amelia, Inc.
5174 First Coast Hwy.
Fernandina Beach, FL 32034

NAPA Auto Parts
1485 S. 8th St.
Fernandina Beach, FL 32034

Metropolitan YMCA
5100 Belfort Rd.
Jacksonville, FL 32256

Minibar North America, Inc.
P.O. Box 631285
Baltimore, MD 21263

Nassau Amelia Utilities
76347 Veterans Way, #4200
Yulee, FL 32097

Nassau County Tax Collector
86130 License Rd.
Fernandina Beach, FL 32034

News Group Atlanta, The
1955 Lake Park Dr., #400
Smyrna, GA 30080

OMG National
10120 W. Oakland Park Blvd.
Sunrise, FL 33351

Nassco, LLP
c/o Joe Cutajar

Fernandina Beach, FL 32034

NewsWorld Communications
d/b/a GolfStyles
3600 New York Ave., N.E.
Washington, DC 20002

Oracle USA, Inc.
P.O. Box 71028
Chicago, IL 60694-1028

National Bank of South Carol
P.O. Box 1798
Sumter, SC 29151-1798

Nextel Communications
P.O. Box 4181
Carol Stream, IL 60197-4181

Orkin Exterminating Co., Inc
529 Stuart Ln.
Jacksonville, FL 32035-8002

National Bank of South Carol
Attn: George W. Lindsey, Exe
P.O. Box 219
Myrte Beach, SC 29578-0219

Nicola, Gudbranson & Cooper
Landmark Towers
Republic Bldg., #1400
Cleveland, OH 44115

Otis Elevator Company
P.O. Box 905454
Charlotte, NC 28290-5454

National Telecommunications
520 Braod St.
Newark, NJ 07102

Nike USA, Inc.
P.O. Box 847648
Dallas, TX 75284-7648

Oxford Golf
Division of Oxford Ind., Inc
3 Park Ave., 24th Fl.
New York, NY 10016

Nectra Food USA, Inc.
2100 Pebble Creek Ln.
Orange Park, FL 32003-8628

North Florida Sales
3601 Regent Blvd.
Jacksonville, FL 32224

Paetec
600 Willowbrook Office Park
Fairport, NY 14450

New Dimensions
P.O. Box 434
Manlius NY 13104

Northeast Florida Builders A
103 Century 21 Dr.
Jacksonville, FL 32216

Pamela J. Pujals
d/b/a Real Media Solutions,
5006 W. Euclid Ave.
Tampa, FL 33629

New Harbinger Publications
5674 Shatuck Ave.
Oakland, CA 94609

Nu-Safe Floor Solutions, Inc
P.O. Box 663
Florence, KY 41022-0663

Paul Clark Ford
464046 S.R. 200
Yulee, FL 32097

New Poseidon Enterprises, LL
3516 Green Park Cir.
Charlotte, NC 28217

O. Wayne Ellerbee
P.O. Box 25
Valdosta, GA 30603-0025

PBM Investments
c/o Star Courter
1470 Staci Dr.
Greensboro, GA 30642

Pickett Construction, Inc.
754 Wakemont Dr.
Orange Park, FL 32065

Premier Refrigeration, Inc.
P.O. Box 12070
Jacksonville, FL 32203

PUKKA, Inc.
231232 Momentum Pl.
Chicago, IL 60689-5311

Pickett Remodeling, Inc.
P.O. Box 8177
Fernandina Beach, FL 32035-8

Private Communities
6174 North A1A
Vero Beach, FL 32963

Quality Bedding Center
1839 S. 8th St.
Fernandina Beach, FL 32034

Pirate's Flag Modelers
Hal Matter, #310
Amelia Island, FL 32034

Prize Possessions
340 R Vanderbilt Ave.
Norwood, MA 02062

Questex Media
P.O. Box 504166
St. Louis, MO 63150-4166

Plantmakers, Inc.
13901 Vacation Ln.
Odessa, FL 33556

Pro-Chem, Inc.
P.O. Box 1309
Alpharetta, GA 30009-1309

Quill
P.O. Box 94081
Palatine, IL 60094-4081

Polo / Ralph Lauren WW Golf
P.O. Box 911371
Dallas, TX 75391

Produce Distribution Center
2208 W. 21st St.
Jacksonville, FL 32209

Qzina Specialty Food, Inc.
1726 W. Atlantic Blvd.
Pompano Beach, FL 33069

Poly-Wood, Inc.
1001 W. Brooklyn
Syracuse, IN 46567

ProForma
P.O. Box 640814
Cincinnati, OH 45264-0814

R&S Cleaning Unlimited
c/o Melissa Rawlings
324 Kirk Rd.
Jacksonville, FL 32218

Pool Builder Services, LLC
4014 Ringneck Dr.
Jacksonville, FL 32226

Prolink Solutions
P.O. Box 29426
Phoenix, AZ 85038-9426

R.L. Schreiber, Inc.
1741 NW 33rd St.
Pompano Beach, FL 33064

Pots Company
13200 NW 45th Ave.
Opa-locka, FL 33054-4316

Promotions Unlimited
P.O. Box 1633
Boone, NC 28607

Raintree Graphics
Attn: Fraser Bolwell
5921 Richard St.
Jacksonville, FL 32216-5926

Premier Beverage Co.
P.O. Box 60549
Jacksonville, FL 32236

Prudential - PRIAC
4221 Collections Center Dr.
Chicago, IL 60693

Ranch Road Lake, LLC
1701 Highway A1A, #309
Vero Beach, FL 32963

Randy Meyer
1611 E. Nancy Creek Dr.
Atlanta, GA 30319

Resort Talent, Inc.
1941 Island Walk Way
Amelia Island, FL 32034

Ritz Carlton Amelia Island
4750 Amelia Island Pkwy.
Fernandina Beach, FL 32034

Recreational Marketing, Inc.
d/b/a Best Approach Publicat
2627 N. Birchwood Cir., #2
Mesa, AZ 85202

RevSource
1304 Vultee Blvd.
Nashville, TN 37211

Robert Denny
1815 Chandus Way
Tobyhanna, PA 18466

Red Farm Studio
P.O. Box 347
Pawtucket, RI 02862

Richard A. and Lucille M. Ne
105 Marsh Creek Rd.
Amelia Island, FL 32034

Robert McCarthy
2730 Kenmont Terr.
Midlothian, VA 23113

Red Lion Manufacturing, Inc.
P.O. Box 18324
Bridgeport, CT 06601-3324

Richard A. Cooper
c/o Nicola Gudbranson & Coop
2750 Terminal Tower
Cleveland, OH 44113

Robert Owens
38 Long Point Dr.
311 Centre St.
Amelia Island, FL 32034

Reddy Ice
4671 Edson
Jacksonville, FL 32254

Richard and Elizabeth Cable
7659 Worral Dr.
Lake Worth, FL 33463

Rocky and Donna Owens
40 W. 802 Fox Creek Dr.
St. Charles, IL 60175

Reed Hosier
a/k/a Arnold Bread
1808 Chatham Village
Orange Park, FL 32003

Richard and Melody Rosenberg
P.O. Box 1126
Acwrth, GA 30101

Rogers Towers, P.A.
1301 Riverplace Blvd., #1500
Jacksonville, FL 32207-9020

Republic National Distributo
P.O. Box 40709
9423 Main St.
Jacksonville, FL 32218

Richard Simmons
164 Waddington St.
Bloomfield Hills, MI 48301

Rollin' Rita's
130 Wilderness Trail S.
Ponte Vedra Beach, FL 32082

Republican Party of Nassau C
P.O. Box 15573
Fernandina Beach, FL 32035

Ridways, LLC
d/b/a NGI Digital
5005 W. Laurel St., #216
Tampa, FL 33607

Ronald Nelson
7544 Whispering Ridge SE
P.O. Box 8035
Grand Rapids, MI 49546

Resort & Commercial Rec. Ass
P.O. Box 1208
New Port Richey, FL 34656-12

Ring Power Corp.
P.O. Box 45022
Jacksonville, FL 32232-5022

Ronald Sullivan
2 Alpaugh Farm Rd.
Lebanon, NJ 08833

Roto-Rooter Service Company
5672 Collections Dr.
Chicago, IL 60693

Safety Kleen
P.O. Box 650509
Dallas, TX 7526-0509

Shift4 Corporation
1491 Center Crossing Rd.
Las Vegas, NV 89144

Roy McCormick
Papa's Barrels of Fun
5029 Cisco Dr.
Jacksonville, FL 32219

Saflok
P.O. Box 890247
Charlotte, NC 28289-0247

Signature Worldwide
P.O. Box 931294
Cleveland, OH 44193

Royalty Foods, Inc.
355 Progress Rd.
Auburndale, FL 33823

Savannah Bee Co., The
P.O. Box 10914
Savannah, GA 31412

Shoes for Crews
P.O. Box 504634
St. Louis, MO 63150-4634

Rubicon Group, Inc., The
101 Marietta St.
Atlanta, GA 30303

Sceptre Hospitality Services
7600 E. Orchard Rd. S., #230
Greenwood, CO 80111

Siemens Corp.
Attn: Kim Lem
186 Wood Ave. S.
Iselin, NJ 08830

Rushing Construction, LLC
2795 Ocean Oaks Dr. N.
Fernandina Beach, FL 32034

Scott Hood
d/b/a Gator Bait Golf Balls
P.O. Box 8015
Amelia Island, FL 32035

Sign Shoppe, The
1925 S. 14th St.
Fernandina Beach, FL 32034

Russell Senyk
2395 Aquetong Rd.
New Hope, PA 18938

Scott Koons
5210 NW 50th Terr.
Gainesville, FL 32606-4309

Sherwin Williams
1892 S. 14th St.
Fernandina Beach, FL 32034

S & L Door Control Services,
321 Broadway Dr. S.W.
Cullman, AL 35056

Sea Garden Seafood, Inc.
P.O. Box 181
Meridian, GA 31319

Simplex Grinnell
Dept. CH10320
Palatine, IL 60055

S&S Worldwide
Accounts Receivable
P.O. Box 210
Hartford, CT 06141-0210

ServiceMaster of Amelia
2428 Lynndale Rd.
Fernandina Beach, FL 32034

Single Source Services Corp.
2320 S Third St., #7
Jacksonville Beach, FL 32250

Sababa Group, Inc.
470 Seventh Ave., 6th Fl.
New York, NY 10018

Sherman's Travel Media
112 W. 34th St.
New York, NY 10120

SKI & Sea International
1445 W. Tufts Ave.
Englewood, CO 80110

Skyetec
11233 St. Johns Industrial P
Jacksonville, FL 32246

Springfield Corporation
712 Best Friend Rd.
Atlanta, GA 30340

Sunbelt Rentals, Inc.
Attn: Accounts Receivable
933 Blanding Blvd.
Orange Park, FL 32065

Sonoma Lavender
420-B Tesconi Cir.
Santa Rosa, CA 95401

Standard Textiles
P.O. Box 0302
Cincinnati, OH 45263-0302

Supply Technology, Inc.
1711 Whittier Ave.
Costa Mesa, CA 92627

Southeast-Atlantic Beverage C
P.O. Box 863076
Orlando, FL 32886-3076

Stanford G. and Debi T. Wils
2808 Ridgewood Rd. N.E.
Atlanta, GA 30327

Swank Motion Pictures
10795 Watson Rd.
St. Louis, MO 63127

Southeastern Ornamental Iron
11307 Distribution Ave. E.
Jacksonville, FL 32256

Staples Advantage
Dept. ATL
P.O. Box 405386
Atlanta, GA 30384-5386

Swaroop Rai
1900 55th St. Rd.
Ocala, FL 34474

Southern Insulation Services
P.O. Box 8099
Fleming Island, FL 32006

Starcite
1650 Arch St.
Philadelphia, PA 19103

Sweepea Media, Inc.
d/b/a Amelia Islander Magazi
P.O. Box 16624
Fernandina Beach, FL 32035

Southern Living
2314 Paysphere Cir.
Chicago, IL 60674

Starlite Cinemas, LLC
85186 Amagansett Dr.
Fernandina Beach, FL 32034

Swimtech, Inc.
P.O. Box 142
Fernandina Beach, FL 32035

Southern Orthopaedic Associa
110 West Rd., #227
Towson, MD 21204

Stateline Disposal Services
P.O. Box 791415
Baltimore, MD 21279-1415

Swiss Chalet Fine Foods, Inc
9455 NW 40th Street Rd.
Miami, FL 33178

Southland Waste Systems
8619 Western Way
Jacksonville, FL 32256

Stepher's, Inc.
803 Cook Pt. Rd.
Cambridge, MD 21613

Sysco / Gulf-Atlantic Servic
P.O. Box 37045
Jacksonville, FL 32236-7045

Springer-Miller Systems, Inc
P.O. Box 1457
782 Mountain Rd.
Stowe, VT 05672

Sugarman of Vermont, Inc., T
P.O. Box 1060
84 Industrial Rd.
Hardwick, VT 05843

System Sports Group
d/b/a ProQuip USA
3201 Sawgrass Village Cir.
Ponte Vedra Beach, FL 32082

Systems Design & Development
800 NW 17th Ave., #A
Delray Beach, FL 33445-2593

Thomas and Pamela M. Findlay
108 S. Castle Rd.
Vidalia, GA 30474

Tingue, Brown & Company
P.O. Box 23008
Newark, NJ 07189

Table Top Resource
7703 Kings Passage Ave.
Orlando, FL 32835

Thomas Downen and Fred Hartm
13 Cannon Point Box 216
Palm Springs, CA 9226

Tori Richard, Ltd.
1334 Moonui St.
Honolulu, HI 96817

Tail, Inc.
P.O. Box 98
Columbus, GA 31902-0098

Thomas O'Brien
63 Bank St.
New Canaan, CT 06840

Tracy N. Osborne
75319 Johnson Lane Rd., #352
Yulee, FL 32097

Tarheel Janitorial Service
P.O. Box 2193
Kingsland, GA 31548

Thomas or Sally Stover
1033 Harmony Brass Castle Rd
Washington, NJ 07882

Trailer Leasing Company, Inc
2733 Pickettville Rd.
Jacksonville, FL 32220-2471

Taylor Rental Center
400 S. 8th St.
Fernandina Beach, FL 32034

Thor-Lo
P.O. Box 601026
Charlotte, NC 28260-1026

TravelNet Solutions, Inc.
9900 Hemingway Ave. S.
Cottage Grove, MN 55016

Tek-Collect, Inc.
P.O. Box 26390
Columbus, OH 43226

TI Golf Holdings, Inc.
3822 Paysphere Cir.
Chicago, IL 60674

TravelScream Technologies, I
97 Main St., #E-201
Edwards, CO 81632

Teresa Ennis Sanders
2159 Lakeside Dr.
Fernandina Beach, FL 32034

Titleist
P.O. Box 532402
Atlanta, GA 30353-2402

Trayco, Inc.
P.O. Box 404284
Atlanta, GA 30384-4284

The LBH Group, Ltd.
20314 Gramercy Pl.
Torrance, CA 90501

TMS Home, Inc. Wholesale
3948 3rd St. S., #281
Jacksonville Beach, FL 32250

Trey Burne Properties, LLC
c/o Rader Sellers
P.O. Box 337
Gordon, GA 31031

Thermaserve, Inc.
6676-1 Columbia Park Dr. S
Jacksonville, FL 32258

Tony R. Hair
d/b/a Bill's Towing & Auto
2638 McGregor Blvd.
Fernandina Beach, FL 32034

Tri Lane Rentals
80 Pro 3 Pkwy.
St. Marys, GA 31558

Tri-State Technical Services
P.O. Box 1259
Waycross, GA 31502-1259

Universal Recognition
d/b/a American Registry
719 American Legion Dr.
Teaneck,NJ 07666-2405

Virtual Tourist.com
1600 Rosecrans Ave., Bldg. 6
Manhattan Beach, CA 90266

Tropical Nut & Fruit
P.O. Box 617138
Orlando, FL 32861

USA Today
305 Seaboard Ln., #301
Franklin, TN 37067

Visit Florida
2540 W. Executive Center Cir
Tallahassee, FL 32301-5015

TSP
235 Third St. S., #200
St. Petersburg, FL 33701

USA Today.com
7950 Jones Branch Dr.
McLean, VA 22108

Visit Jacksonville
208 N. Laura St., #102
Jacksonville, FL 32202

Turtle Tech Design, Inc.
2486 Montgomery Ave.
Cardiff, CA 92007

Valleycrest Golf Course Main
24151 Ventura Blvd.
Calabasas, CA 91302

Voss Bindery
2565 Philips Hwy.
Jacksonville, FL 32207

Tygris Vendor Finance
Dept. 1608
Denver, CO 80291-1608

Vickie Hall McCarthy
85035 St. Thomas St.
Yulee, FL 32097

Wally's Heating & Air Condit
P.O. Box 634
Orange Park, FL 32073

ULI Foundation
Attn: Michelle Lopez
1025 Thomas Jefferson St.
Washington, DC 20007-5201

Vida Fitness, LLC d/b/a Grac
c/o Jason Reynolds
609 Paradise Ct.
Atlantic Beach, FL 32223

Wasserstrom Company
477 S. Front St.
Columbus, OH 43215

Unisource, Inc.
P.O. Box 409884
Atlanta,GA 30384-9884

Viewpoint International
c/o Tommy Bahama
12564 Collections Center Dr.
Chicago, IL 60693

Wear Guard
1057 Solutions Center
Chicago, IL 6677-1000

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Village Bread Market
5215-3 Philips Hwy.
Jacksonville, FL 32207

Webbco Lawn Care & Hood Clea
P.O. Box 2166
Callahan, FL 32011

United Way of Northeast Flor
P.O. Box 864228
Orlando, FL 32886-4228

Village Center Owners Assoc.
P.O. Box 3000
Fernandina Beach, FL 32035-3

Weld Direct Corporation
P.O. Box 37546
Jacksonville, FL 32236-7546

Wells Fargo Century, Inc.
Re; ATHCO
P.O. Box 360286
Pittsburgh, PA 15250-6286

Windward Sailing School, Inc
714 Beech St.
Fernandina Beach, FL 32034

Zacharich Tipton
d/b/a Glassmasters Window Cl
P.O. Box 16714
Fernandina Beach, FL 32035

Wells Fargo Financial Leasin
P.O. Box 6434
Carol Stream, IL 60197-6434

Wittek Golf
3865 Commercial Ave.
Northbrook, IL 60062

Zambelli Fireworks
1 W. Camino Real Blvd., #100
Boca Raton, FL 33432

Wells Fargo Ins. Service SE,
P.O. Box 201629
Dallas, TX 75320-1629

World Electric Supply
569 Stuart Ln.
Jacksonville, FL 32254-3420

Zendals
7 Middlebury Blvd., #3
Randolph, NJ 07869

Wesco Turf Supply
2101 Cantu Ct.
Sarasota, FL 34232

WW Gay Facility Automation
d/b/a Facility Automation So
524 Stockton St.
Jacksonville, FL 32204

Zephyrhills
P.O. Box 856680
Louisville, KY 40285-6680

Wilfred Quick
1709 Wildwood Creek
Jacksonville, FL 32246

WW Gay Fire & Integrated Sys
522 Stockton St.
Jacksonville, FL 32204

Zeppo Marketing
386 Park Ave. S., #202
New York, NY 10016

William Chow
10116 High Hill Ct.
Great Falls, VA 22066

WW Gay Mechanical Contract
524 Stockton St.
Jacksonville, FL 32204

William John Associates
P.O. Box 941959
Maitland, FL 32794

X-NTH, Inc.
2601 Wosthall Ln.
Maitland, FL 32751

Wilson Racquet Sports USA
Attn: Accounts Receivable
Box 21660, Network Place
Chicago, IL 60673-1216

Yong Williamson
d/b/a Yong's Maytag Laundry
3331 S. Fletcher Ave.
Fernandina Beach, FL 32034

Wilson Sporting Goods - Golf
P.O. Box 3135
Carol Stream, IL 60132

Z Graph, Inc.
140 S. Beach St., #104
Daytona Beach, FL 32114