# United States Bankruptcy Court
## Middle District of Florida
### Jacksonville Division

In re  **Amelia Island Company**                              Case No.

       Debtor.                                              Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Amelia Island Company** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                        **% of Shares Owned**

**None**

OR,

**X**   There are no entities to report.

By: _____
**Richard R. Thames**
Signature of Attorney

Counsel for   **Amelia Island Company**
Bar no.:
Address.:   **Stutsman Thames & Markey, P.A.**
            **50 N. Laura Street**
            **Suite 1600**
            **Jacksonville, FL 32202**
Telephone No.: **904-358-4000**
Fax No.:       **904-358-4001**
E-mail address: **RRT@stmlaw.net**