**[31602]** [O/ of Retention of Debtor–in–Possesion]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                           Case No. 3:09−bk−09601−PMG
                                                                 Chapter 11

Amelia Island Company

_____Debtor(s)_____/

ORDER OF RETENTION OF DEBTOR−IN−POSSESSION

It is ORDERED that the debtor shall continue in possession of this estate as debtor−in−possession under the applicable provisions of Chapter 11 of the Bankruptcy Code, no trustee having been appointed or qualified.

Dated November 13, 2009 .

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor
Debtor's Attorney
United States Trustee