UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

AMELIA ISLAND COMPANY,                              Case No.: 3:09-bk-09601-PMG
                                                    Chapter 11

        Debtor.
_____/

**UNITED STATES TRUSTEE'S APPOINTMENT
AND NOTICE OF APPOINTMENT OF COMMITTEE
OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21, Donald F. Walton, by his undersigned counsel, appoints the following creditors to serve on the committee of creditors holding unsecured claims:

AMELIA ISLAND PLANTATION
COMMUNITY ASSOCIATION
c/o Robert S. Bolan
P.O. Box 3000
Amelia Island, FL 32035
Telephone No.: 904-491-4568
Fax No.: 904-491-1647
Email: bolanbob@aol.com

MARTIN COFFEE COMPANY, INC.
c/o Ben Johnson
1633 Marshall Street
Jacksonville, FL 32206
Telephone No.: 904-355-9661
Fax No.: 904-355-9673
Email: benjohnson@martincoffee.com

SYSCO JACKSONVILLE, INC.,
c/o David J. Czerw
1501 Lewis Industrial Dr.
Jacksonville, FL 32254
Telephone No.: 904-695-8189
Fax No.: 904-695-8101
Email: czerw.david@jax.sysco.com

THERMA SERVE, INC.
c/o Scott Royer
6676 Columbia Park Dr. S.
Jacksonville, FL 32258
Telephone No.: 904-260-8002
Fax No.: 904-260-8004
Email: sroyer@thermaserve.com

| | |
|---|---|
| TIME INC.<br>c/o Sheila Vaughan<br>1271 Avenue of Americas, 05-51<br>New York, NY 10020<br>Telephone No.: 212-522-2007<br>Fax No.: 212-522-0484<br>Email: sheila_vaughan@timeinc.com | TPG HOSPITALITY ADVISORY SERVICES, LLC.<br>c/o Charles Alfonso<br>4107 N. Himes Avenue, #103<br>Tampa, FL 33607<br>Telephone No.: 813-932-1234<br>Fax No.: 813-932-4321<br>Email: info@tpghotels.com |
| VALLEYCREST GOLF COURSE MAINTENANCE<br>c/o Ashley Wilson<br>24151 Ventura Blvd.<br>Calabasas, CA 91302<br>Telephone No.: 818-737-3195<br>Fax No.: 818-225-5628<br>Email: awilson@valleycrest.com | |

Dated:  December 3, 2009

>DONALD F. WALTON
>United States Trustee, Region 21
>
>/s/ *Elena L. Escamilla*
>Elena L. Escamilla, Trial Attorney
>Office of the United States Trustee
>U.S. Department of Justice
>Florida Bar No.:  898414
>135 W. Central Blvd., Suite 620
>Orlando, FL 32801
>Telephone No.:  (407) 648-6301, Ext. 127
>Facsimile No.:   (407) 648-6323
>E-Mail: Elena.L.Escamilla@usdoj.gov