In re: Amelia Island Company                                  , Case No. 3:09-bk-09601
             Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Specific property and improvements including Amelia River Golf Course (aka Royal Amelia) (book value) (Leasehold Interest) | None | | $4,383,018.00 | $6,490,203.00 |
| Specific property and improvements including the Amelia INN, Tennis Center, Beach Club, Nature Center, Golf Pro Shop, Golf Maintenance, Administrative Building, Conference Center, Long Point Clubhouse, Long Point Maintenance, Ocean Club and Employee Cafe (book value) | Fee Owner | | $38,911,265.00 | $29,830,295.94 |
| Specific property and improvements including the Spa, Retail Village and Yulee Hotel (book value) | Fee Owner | | $9,569,955.00 | $4,329,471.00 |
| | | Total ➢ | $52,864,238.00 | |

(Report also on Summary of Schedules.)