B6B (Official Form 6B) (12/07)

In re  Amelia Island Company  
Debtor

Case No. 3:09-bk-09601  
(If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Business Advantage Checking Account No. 8980-2851-1068 | | 25.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Business Interest Maximizer Account No. 8980-3345-6558 | | 1,336,343.68 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Amelia Island Plantation Long Term Rental Escrow Account No. 724-0411-4 | | 2,265.31 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Amelia Plantation Real Estate Escrow Account No. 724-0410-6 | | 26,156.61 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank BPP Membership Trust Account No. 153-7940-5 | | 192,070.79 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Business Money Market Account No. 853-5699-2 | | 182,765.08 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Concentration Account No. 723-1214-7 | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Daily & Special Account No. 723-1217-1 | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Facility Maintenance Account No. 853-5724-7 | | 2,217.92 |

In re   Amelia Island Company                                   Case No. 3:09-bk-09601
                        Debtor                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Greenhouse Account No. 853-5726-3 | | 1,236.79 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Home & Villa Account No. 723-1232-5 | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Long Term Owners Payment Escrow Account No. 724-0413-0 | | 2,228.86 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Operating Account Account No. 724-0225-1 | | 132,865.35 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Payroll Account No. 723-1231-7 | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Purchasing Account No. 851-3824-3 | | 845.49 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Recreation Petty Cash Account No. 853-5772-7 | | 547.34 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Rental Properties Petty Cash Account No. 775-2622-6 | | 1,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Retail Operations Bank Account No. 853-5725-5 | | 546.34 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Amelia Island Company                                        ,            Case No. 3:09-bk-09601
                           Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Vehicle Maintenance Account No. 853-5729-8 | | 468.05 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Villa Maintenance Account No. 853-5730-1 | | 601.53 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Wire Account No. 851-3799-9 | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Letter of Credit FBO Florida Public Utilities (#526949F) ($250,000) | | N/A |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with City of Fernandina Beach Utilities (Amelia River) | | 3,495.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Florida Power & Light (Kountry Inn) | | 1,854.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Florida Public Utilities (Tent Underground) | | 7,134.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Nassau - Amelia Utilities | | 4,098.96 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | ACE American Insurance Company Excess Liability Policy No. X00G23874477 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Commerce & Industry Insurance Pollution Liability (Storage Tanks) Policy No. FPL7509008 #7 | | N/A |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Amelia Island Company                                                    Case No. 3:09-bk-09601
                          Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | FHM Insurance Company Workers Compensation Policy No. 306-4193 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Fidelity National Flood Insurance Policy | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Florida Hospitality Mutual / United Self Insurance Services Workers Compensation Insurance Policy | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Greenwich Insurance Company Automobile Policy No. RAD4000093 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Greenwich Insurance Company General Liability Policy No. RGE4000092-01 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Key Man Insurance Policy on Jack B. Healan, Jr. | | 235,813.24 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Key Man Insurance Policy on Stanley Normay Bray | | 39,843.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lexington Insurance Company Property Insurance Policy No. 4271841 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | National Union Fire Insurance Company Crime Policy No. CF01-564-86-82 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | National Union Fire of PA D&O / Employment Practices / Fiduciary Policy No. 945558186 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Tudor Insurance Company Real Estate Professional Liability Policy No. SPL-0013179 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | U.S. Specialty Insurance Company Airport / Hanger Keepers Liability Policy No. UA00154380-03 | | N/A |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Western Surety Company Surety Bond Policy No. 22828471 | | N/A |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Amelia Island Company**, Case No. **3:09-bk-09601**
Debtor (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | XL Specialty Insurance Company Non-Owned Aircraft Liability Policy No. NAN3052747 | | N/A |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Amelia Island Management, Inc.; EIN - None** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Amelia Spyglass Villas Investment Company, LLC; EIN - 84-1659846** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Amelia Tennis Villas Investment Company, LLC; EIN - 34-2017010** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Brady Point Company, LLC; EIN - 57-1151356** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Brady Point Preserve, LLC; EIN - 56-2328582 (book value)** | | 2,352,239.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable as of 10/31/2009** | | 2,913,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against A. Kenneth Hewitt III, et al. for attorney fees** | | 111,318.60 |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Amelia Island Company**, Debtor

Case No. 3:09-bk-09601 (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Island Bird Logo; FS Matter No. AMEL.5.02012; Registration No. 2,302,787; Classes 35, 36, 41 & 42 (renewal due 12/21/2019) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Island Golf Resort; FS Matter No. AMEL.5.00003; Registration No. (78/685,572); Classes 41 & 43 (PENDING) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Island Golf Resort; FS Matter No. AMEL.5.00003(I); Registration No. (78/685,664); Class 36 (PENDING) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Island Management; FS Matter No. AMEL.5.00006; Registration No. T07000000569; Class 36 (renewal due 04/24/2012) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Island Plantation; FS Matter No. AMEL.5.12017; Registration No. 2,234,183; Classes 25 & 28 (renewal due 03/23/2019) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Island Plantation; FS Matter No. AMEL.5.06535; Registration No. 1,192,273; Classes 35, 36, 41 & 42 (renewal due 03/16/2012) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Island Resort & Club; FS Matter No. AMEL.5.01325(I); Registration No. (78/685,622); Classes 36, 41 & 42 (PENDING) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia Realty; FS Matter No. AMEL.5.00006; Registration No. T07000000570 (renewal due 04/24/2012) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Amelia River Golf Club; FS Matter No. AMEL.5.00008; Registration No. 3,415,338; Classes 36 (renewal due 04/22/2018) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Everybody Loves Amelia; FS Matter No. AMEL.5.13177; Registration No. 2,534,172; Classes 41 & 42 (renewal due 01/29/2012) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - The Amelia Island Club; FS Matter No. AMEL.5.01037; Registration No. 1,979,839, Classes 41 & 42 (renewal due 06/11/2016) | | Unknown |
| Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - The Amelia Island Inn & Beach Club; FS Matter No. AMEL.5.01725; Registration No. 2,241,514, Classes 35 & 42 (renewal due 04/27/2018) | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Aquatic Science Educator Certification No. FWC-09-068-R | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Aquatic Science Educator Certification No. FWC-09-067-R | | N/A |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Amelia Island Company**, Debtor

Case No. **3:09-bk-09601** (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | CAM Firm Business License No. CAB27 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Cosmetology Salon Business License No. CE0084659 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Elevator Business License No. 52658 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Elevator Business License No. 52659 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Elevator Business License No. 86396 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Group Resort Condominium Business License No. CND5500001 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Hotel Business License No. HOT5500837 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | License to Sell or Exhibit Class III Wildlife License No. ESC-15770, 403071240 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Massage Establishment Business License No. MM-1741 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Motion Picture Business License No. 12523700 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | National Park Service Commercial Services Permit | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | National Park Service Incidental Business Permit No. SER-CUIS-5300-913 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Nontransient Apartment Business License No. NAP5500959 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Real Estate Corporation Business License No. CQ249283 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Resident Freshwater Fish Dealer License No. RFD-60641, 203071227 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Retail Beverage Business License No. BEV5500059 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Retail Beverage Business License No. BEV5500793 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Retainer of Alcoholic Beverages Business License No. BEV5500109 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500160 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500150 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500356 | | N/A |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Amelia Island Company                                  ,    Case No. 3:09-bk-09601
                          Debtor                                               (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500543 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500871Seating Food Service Business License No. SEA5500159 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500817 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500871 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500835 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500998 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500945 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5500925 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Seating Food Service Business License No. SEA5501027 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00062 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00127 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00007 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00016 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00018 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00043 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00044 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00045 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00061 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00046 | | N/A |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Amelia Island Company                           Case No. 3:09-bk-09601
                          Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Swimming Pool / Spa Program Business License No. 45-60-00008 | | N/A |
| Licenses, franchises, and other general intangibles. Give particulars. | | U.S. Fish & Wildlife Service Special Use Permit No. 41590-09-001 | | N/A |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles as described on attached listing (book value) | | 24,511.26 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles as described on attached listing (book value) (Compass Bank) | | 406,405.52 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Artwork as of 10/31/2009 (book value) | | 3,277.00 |
| Office equipment, furnishings, and supplies. | | Computer equipment (book value) | | 124,108.00 |
| Office equipment, furnishings, and supplies. | | Furniture and fixtures as of 10/31/2009 (book value) | | 3,309,103.00 |
| Office equipment, furnishings, and supplies. | | Membership Club as of 10/31/2009 (book value) | | 40,375.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Equipment as of 10/31/2009 (book value) | | 1,282,236.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Other property and equipment as of 10/31/2009 (book value) | | 523,224.00 |
| 30. Inventory. | | Beer inventory as of 10/31/2009 (book value) | | 25,464.00 |
| Inventory. | | Brochures inventory as of 10/31/2009 (book value) | | 98,841.00 |
| Inventory. | | China, glass and silver inventory as of 10/31/2009 (book value) | | 166,692.00 |
| Inventory. | | Consumables inventory as of 10/31/2009 (book value) | | 333,630.00 |
| Inventory. | | Food inventory as of 10/31/2009 (book value) | | 301,942.00 |
| Inventory. | | Furnishings inventory as of 10/31/2009 (book value) | | 76,146.00 |
| Inventory. | | Gas inventory as of 10/31/2009 (book value) | | 6,692.00 |
| Inventory. | | Linen inventory as of 10/31/2009 (book value) | | 128,208.00 |
| Inventory. | | Liquor inventory as of 10/31/2009 (book value) | | 86,392.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Amelia Island Company**        Case No. <u>3:09-bk-09601</u>
                               Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | | Merchandise inventory as of 10/31/2009 (book value) | | 540,728.00 |
| Inventory. | | Parts and accessories inventory as of 10/31/2009 (book value) | | 116,330.00 |
| Inventory. | | Segway inventory as of 10/31/2009 (book value) | | 12,871.00 |
| Inventory. | | Telephone inventory as of 10/31/2009 (book value) | | 14,009.00 |
| Inventory. | | Wine inventory as of 10/31/2009 (book value) | | 129,568.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Construction in process (Amelia Inn Roof) | | 270,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Construction in process (Links Lodge - Architectural & Engineering and Construction and the construction of the model unit) | | 1,430,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Construction in process (Village Lodge - Architectural and Engineering) | | 200,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Impressed Cigna Insurance Account | | 56,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Leasehold improvements as of 10/31/2009 (book value) | | 16,025.34 |
| Other personal property of any kind not already listed. Itemize. | | Prepaid Cablevision | | 75,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Prepaid Commissions / Conferences | | 86,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Prepaid Insurance | | 282,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Property Tax Escrow (Held by Lender - Prudential) | | 456,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Various Vendor Deposits | | 109,000.00 |

                     <u>9</u>   continuation sheets attached            Total     **$18,281,758.06**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)