UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      :
                                            :
AMELIA ISLAND COMPANY,[1]                   :        Chapter 11
a Delaware corporation                      :
                                            :        Case No. 09-bk-9601
                   Debtor.                  :
                                            :
_____:

**FOLEY & LARDNER LLP'S FIRST INTERIM APPLICATION FOR ATTORNEYS'
FEES AND REIMBURSEMENT OF COSTS**

| | |
|---|---|
| Name of Applicant: | Foley & Lardner LLP |
| Authorized to Provide Professional Services to: | Amelia Island Company |
| Date of Retention: | December 7, 2009 |
| First Interim Period: | November 13, 2009 – March 31, 2010 |
| Amount of Compensation Requested: | $293,169.50 |
| Amount of Expense Reimbursement Requested: | $3,020.53 |
| Total Fees and Expenses Requested: | $296,190.03 |
| Fees and Expenses Received During Application Period: | $193,817.67 |
| Unpaid Amount Requested: | $102,372.36 |

---

[1]   The tax identification number of the Debtor is 57-0527665.  The address of the principal office of the Debtor is 6800 First Coast Highway-South, Amelia Island, Florida 32034, P.O. Box 3000, Amelia Island, Florida 32035-1000.

Foley & Lardner LLP ("Applicant") files this interim application pursuant to 11 U.S.C. §§ 330 and 503(b) for the entry of an order approving its compensation for services rendered and authorizing the reimbursement of costs advanced during the pendency of this Chapter 11 case and allowing same as Chapter 11 administrative expense, and in support of the application states:

1.  Amelia Island Company ("Debtor"), developed and operates Amelia Island Plantation, a 1,350 acre AAA Four Diamond resort located on the Atlantic Ocean and Intercoastal waterway on Amelia Island, Florida. The resort includes a 249 room deluxe oceanfront hotel, a 49,000 square foot conference center, 4 golf courses, 9 restaurants, a beach club, a spa and a shopping village. The company employs approximately 825 people.

2.  On November 13, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.  Applicant's employment as special counsel to Debtor for real estate and finance matters was approved by order dated December 7, 2009 [Docket No. 77].

4.  From November 13, 2009 through March 31, 2010, Applicant devoted approximately 803 hours in attorney and paralegal time towards this Chapter 11 reorganization for which it now seeks allowance as a Chapter 11 administrative expense of $296,190.03. Applicant's primary activities focused on (i) negotiating and documenting post-petition financing facilities with Red Maple Investors and with PRIAC, including related mortgage title insurance matters; (ii) addressing and resolving real estate title, permit and title insurance issues, which are necessary for any reorganized financing and (iii) assisting Debtor with the real estate sale process, including negotiating potential purchase agreements with several potential buyers and related due diligence matters.  Attached as **Exhibit A** is a composite daily summary in greater detail of Applicant's services rendered in this case

2

from November 13, 2009 through March 31, 2010, which summary includes a statement of the time devoted each day to this case by the individual attorneys and paralegals involved. This daily summary is derived from individual time slips, completed generally as services were rendered, which contain a description of those services.

5.    In connection with the rendering of such services, Applicant disbursed for actual, necessary out-of-pocket expenses in connection with representation of Debtor in the amount of $3,020.53. Such advances include, among other items, photocopying charges, postage, filing fees and lien searches, as more particularly described in **Exhibit A** attached hereto.

6.    A summary of all billings and payments received by Applicant is set forth below:

| Billing Period | Amount Billed | Amount Paid | Date Paid |
|---|---|---|---|
| 11/13/2009 - 11/30/2009 | $ 58,310.55 | $ 114,246.83 | 01/28/10 |
| 12/1/2009 – 12/31/2009 | $ 88,928.74 | $ 25,196.84 | 03/08/10 |
| 1/1/2010 – 1/31/2010 | $ 67,064.01 | $ 54,374.00 | 03/15/10 |
| 2/1/2010 – 2/28/2010 | $ 48,222.37 | $0.00 | N/A |
| 3/1/2010 – 3/31/2010 | $ 33,664.36 | $0.00 | N/A |
|  |  |  |  |
| **Total** | $ 293,169.50 | $ 193,817.67 |  |
| **Net Balance Due** | $ 102,372.36 |  |  |

Applicant treated the net title insurance premium from the lender's title insurance policy issued in connection with the post-petition financing, received by a title insurance agency affiliated with the Applicant, as a payment applied to reduce the Debtor's legal fees due to Applicant.

7.    In considering the criteria of *Grant v. George Schumann Tire &Battery Co.*, 908 F.2d 874 (11th Cir. 1990) and *Johnson v. Georgia Highway Expressway, Inc.*, 448 F.2d 714 (5th Cir. 1974), for the determination of a reasonable attorney's fee, the following

3

considerations justify the allowance for a fee to Applicant in the amount of its ordinary hourly rates for the time it has devoted to the representation of Debtor:

a.      The Time and Labor Required. Exhibit A attached hereto reflects the time and labor required to render the necessary services to Debtor. In view of the complexity of the case, including the need to pursue a potential sale of the resort to various potential buyers, including the negotiation of purchase agreements and response to due diligence, and matters related to DIP financings and real estate title, Applicant submits that the time and labor expended were reasonable and necessary to achieve the results realized to date.

b.      The Novelty and Difficulty of the Services. The real estate and financing issues in this case, particularly the potential real estate interest of club members created by the recorded non-disturbance agreement, are substantial and challenging.

c.      The Skill Requisite to Perform the Legal Services Properly. Advising the Debtor with respect to real estate and financing issues requires specialized legal knowledge and experience. Applicant believes that it possesses such skills and utilized them appropriately in connection with this case.

d.      The Preclusion of Other Employment by the Attorneys Due to Acceptance of this Case. Applicant is aware of no other specific employment which was precluded by the acceptance of this case.

e.      The Customary Fee. Applicant performed its services in this case during the interim period at hourly rates ranging from $170 to $530 which are consistent with or below the fees customarily charged by Applicant in the Jacksonville market. The hourly fees charged by the individual lawyers and paralegals are as follows:

4

| Timekeeper | Billing Rate | No. of Hours | Total Fees |
|---|---|---|---|
| Gardner F. Davis, Attorney | $413.43 | 310.30 | $128,286.00 |
| Emerson M. Lotzia, Attorney | $446.90 | 225.30 | $100,686.50 |
| Charles E. Commander III, Attorney | $530.00 | 4.00 | $2,120.00 |
| John T. Sefton, Attorney | $450.00 | 2.90 | $1,305.00 |
| Matthew G. Breuer, Attorney | $400.00 | 1.40 | $560.00 |
| John A. Tucker, Attorney | $378.16 | 1.90 | $718.50 |
| Danielle R. Whitely, Attorney | $391.32 | 21.20 | $8,296.00 |
| John J. Wolfel, Attorney | $281.36 | 47.30 | $13,308.50 |
| Joanna A. White, Attorney | $260.00 | 23.00 | $ 5,980.00 |
| H. Susan Coleman, Paralegal | $190.00 | 0.90 | $171.00 |
| Katherine E. Hall, Paralegal | $195.00 | 0.80 | $156.00 |
| Mary F. Greenhill, Paralegal | $190.00 | 4.50 | $855.00 |
| Tana J. Stringfellow, Paralegal | $192.70 | 152.40 | $29,367.00 |
| Sara L. McGraw, Paralegal | $170.00 | 8.00 | $1,360.00 |

f.    Whether the Fee was Fixed or Contingent. The basis of Applicant's fee is the customary hourly rates charged by the Applicant for services by the attorneys involved. There is no premium or discounted billing involved, except for a general discount from Applicant's standard rates of the type granted by Applicant to certain preferred Jacksonville clients.

g.    Time Limitations Imposed by Debtor or Other Circumstances. The time constraints are not different than customary large, complex transactions.

5

h.   <u>Amount Involved and Results Obtained</u>. The Debtor secured DIP financing.  The sale process has involved negotiation with several interested purchasers, which appears to be progressing well given the challenging real estate and credit markets, although no sale contract has been presented to the court.

i.   <u>Experience, Reputation and Ability of Attorneys</u>. Much of the legal negotiation related to the proposed real estate sale process and the post petition financing facility was performed by Gardner Davis, a lawyer with over 25 years of corporate, finance and bankruptcy experience.  Since June 2005, Mr. Davis has closed more than 60 acquisition, sale and merger transactions with a combined value of more than $7.4 billion.  Mr. Davis is listed in the Best Lawyers in America under the categories of mergers and acquisitions and corporate law.  Emerson Lotzia and Charles Commander, attorneys with over 25 years of real estate experience, have primarily handled the real estate and title issues.  Messrs. Lotzia and Commander are both include in the Best Lawyers in America under the category of real estate law.

j.   <u>The Undesirability of this Case</u>. This case was desirable in so far as the Debtor is a long-time client in need of assistance.

k.   <u>The Nature and Length of the Professional Relationship with the Client</u>. Mr. Commander has represented the Debtor for approximately 30 years.  Mr. Lotzia has worked on the Debtor's legal matters for more than 20 years.

l.   <u>Awards in Similar Cases</u>. The amount sought by Applicant is not unreasonable in terms of awards in similar cases where comparable results have been obtained through the diligence and skill of counsel.

6

**WHEREFORE**, for the foregoing reasons, Applicant requests that the Court (i) approve and allow $293,169.50 as compensation for professional services rendered in connection with this Chapter 11 case during the period November 13, 2009 through March 31, 2010, and $3,020.53 in cost reimbursement through such date, for a total amount of $296,190.03, and (ii) grant such other relief as is appropriate.

Dated April 23, 2010.

FOLEY & LARDNER LLP
/s/ Gardner F. Davis
Gardner F. Davis
   Florida Bar No. 0471712
    gdavis@foley.com
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
904.359.2000

7

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that, on April 23, 2010, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to the Office of the United States Trustee, 135W. Central Blvd., Room 620, Orlando, Florida 32280 and all parties who have consented to receiving electronic notifications in this case.

FOLEY & LARDNER LLP
/s/ Gardner F. Davis
Gardner F. Davis

8

**EXHIBIT A**

**(see attached)**



**FOLEY & LARDNER LLP**
P.O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE (904) 359-2000
FACSIMILE (904) 359-8700
WWW.FOLEY.COM

Amelia Island Company
Attn: Mr. Jack B. Healan, Jr.
Amelia Island Plantation
P. O. Box 3000
Amelia Island, FL  32034

Date: April 21, 2010
Invoice No.: 32029132
Our Ref. No.: 073661-0103

---

Services through
March 31, 2010

Amount due for professional services rendered regarding                    $33,484.50
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

Total Expenses:           $179.86

**Total Amount Due:       $33,664.36**

---

**Please reference your account number 073661-0103 and your
invoice number 32029132 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**AMELIA ISLAND COMPANY**                                      Page 2
Our Ref. No.: 073661-0103                            Foley & Lardner LLP
Invoice No.: 32029132                                      April 21, 2010

---

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 3/1/10 | GFD | Preliminary review of Grant Stein's comments to real estate sale sections of draft plan of reorganization; meeting with Jack Healan and Rick Thames to discuss PRIAC's most recent comments to real estate sale sections of plan of reorganization and potential strategy of debtor; meeting with Grant Stein and Rick Thames to discuss Mr. Stein's comments on behalf of PRIAC to reorganization plan real estate sale sections. | 0.90 | $378.00 |
| 3/1/10 | EML | Receipt and preliminary review of the Minutes (2000-2009), Articles and Bylaws for Amelia Island Company and memos to J. Smith (counsel for potential investor - Red Maple) and L. Plasencia (Debtor's financial advisor / broker) regarding the same. | 1.20 | $546.00 |
| 3/1/10 | EML | Review the memos from the title company regarding the Amelia Island Holding Company transactions with Amelia Land Company and the affect on the Long Point golf holes; memo to S. Kalmanson and M. Zeidman and B. Gudbranson regarding the history of these partnerships and scheduling a call to discuss in connection with effort to resolve potential issues in title insurance commitment. | 1.50 | $682.50 |
| 3/1/10 | EML | Locate 1985 title files on Long Point title issues raised by the title company; telephone conference with B. Gudbranson regarding the history of the Amelia Land Company and Amelia Island Holding Company; review the legal in the 1981 deed from A.J. Land to Amelia Land Company; organize a call with the title company to discuss. | 1.10 | $500.50 |
| 3/1/10 | EML | Telephone conference with B. Moore regarding the Brady Point conservation credit disallowance by the IRS and the St. Johns River Water Management District and Army Corps. of Engineer permit language; memo to J. Healan regarding the same. | 0.60 | $273.00 |

**AMELIA ISLAND COMPANY**                                         Page 3
Our Ref. No.: 073661-0103                                 Foley & Lardner LLP
Invoice No.: 32029132                                        April 21, 2010

| | | | | |
|---|---|---|---|---|
| 3/1/10 | GFD | Meeting with Jack Healan, Laura Palmisano, Rick Thames and Eric McKay to review status of real estate sale process and address specific legal issues which have arisen from various specific bidders in an effort to expedite receipt of acceptable bids; analysis of potential negative implication of disruption of discussions with Club board and preparation of Jack Healan as potential witness related to negative impact on sale process of removal of Club board from managing negotiations on behalf of Club members; attend Bankruptcy Court hearing on Club board issue; follow-up meeting with Jack Healan, Laura Palmisano, Rick Thames and Eric McKay to make final decisions and strategy for certain real estate sale issues. | 3.80 | $1,596.00 |
| 3/2/10 | EML | Review Long Point 1985 bound volumes for title evidence of name change from Amelia Land Company to Amelia Island Holding Company in response to memo from the title company caused by Deed and Affidavit prepared by Marshall Wood on Ancillary parcels being searched near the Dunes Club; memo to title company regarding the same. | 1.30 | $591.50 |
| 3/3/10 | GFD | Conference call with Jack Healan and Joe Gillespie, a potential purchaser, regarding Mr. Gillespie's due diligence questions and structuring questions; follow-up call with Jack Healan to discuss Mr. Gillespie's potential offer to purchase real estate; telephone call with Alan Weiss (counsel for secured creditor Compass Bank) at direction of Jack Healan to brief Mr. Weiss about Joe Gillespie's potential interest in dealing directly with Compass. | 1.30 | $546.00 |
| 3/4/10 | GFD | Telephone call with Grant Stein, attorney for secured creditor Prudential, to brief Mr. Stein regarding Mr. Gillespie's potential desire to deal directly with Prudential regarding Prudential debt in connection with Mr. Gillespie's proposed offer for property. | 0.20 | $84.00 |
| 3/4/10 | GFD | Meeting with Eric McKay to discuss Mr. McKay's comments and concerns regarding draft of plan and areas of revision dealing with real estate sale process; prepare checklist of issues identified by Mr. McKay; analysis of document per Mr. McKay's instructions. | 2.30 | $966.00 |
| 3/5/10 | EML | Telephone conference with Eric McKay regarding the title aspects of the Section 1141 or Section 363 sale and memo to him regarding the title commitment and additional requirements given orally to us by the title company. | 1.30 | $591.50 |
| 3/5/10 | EML | Memo on title insurance update for the golf course parcel exception and the search on the ancillary parcels. | 0.20 | $91.00 |

**AMELIA ISLAND COMPANY**                                                    Page 4
Our Ref. No.: 073661-0103                                            Foley & Lardner LLP
Invoice No.: 32029132                                                   April 21, 2010

| 3/6/10 | GFD | Multiple telephone calls with Jack Healan to discuss issues related to Club and correspondence from various Club members making material inaccurate statements regarding bankruptcy process and potential duty of debtor to become involved in order to provide accurate information; follow-up call with Jack Healan regarding other real estate issues and complications related to Club. | 0.40 | $168.00 |
|--------|-----|----|------|---------|
| 3/7/10 | GFD | Telephone conference with Jack Healan regarding matters related to development of strategy for addressing real estate issues and for negotiating with Compass Bank and Prudential regarding treatment of mortgage loans and disposition of real estate and financing for company after confirmation of plan. | 0.30 | $126.00 |
| 3/8/10 | GFD | Prepare for conference call with Prudential, Compass Bank, real estate broker, debtor and Rick Thames to review and discuss status of real estate sale process and to discuss strategy for extending deadline for potential bidders to submit bids as well as preliminary discussion of various bids received and impact on total debt amount on property; follow-up telephone call with Jack Healan; follow-up telephone call with Rick Thames and Jack Healan; follow-up telephone call with Alan Weiss, attorney for Compass. | 2.20 | $924.00 |
| 3/8/10 | EML | Receipt and review of the revised title commitment with the new parcels and new exceptions; telephone conference with K. Kalmanson and M. Zeidman at the title company regarding the new commitment requirements and the golf course exception limitation. | 1.90 | $864.50 |
| 3/8/10 | TJST | Participate in conference call with title underwriter and abstractor regarding golf course exception limitation, requirements related to prior entities and deed legal description; follow--up call to surveyor regarding affidavit relating to deed legal description; review revised title insurance commitment; review prior closing binders and draft affidavit for attorney. | 2.50 | $500.00 |
| 3/8/10 | GFD | Strategy conference with Jack Healan relating to recent developments in real estate sale process and potential alternative structures for deal with Prudential and Compass; telephone call with Lou Plasencia, Rick Thames and Jack Healan to discuss status of real estate sale process and recent issues; conference call with Jack Healan and Rick Thames to discuss adverse developments in real estate sales process, potential strategy for dealing with low bids and alternative potential arrangements for dealing with Prudential and Compass in order to effectuate sale/reorganization of real estate assets. | 0.80 | $336.00 |

**AMELIA ISLAND COMPANY**                                               Page 5
Our Ref. No.: 073661-0103                                       Foley & Lardner LLP
Invoice No.: 32029132                                               April 21, 2010

| 3/8/10 | GFD | Telephone conference with Jay Smith, attorney for Red Maple Investors, regarding potential Red Maple Investors offer and related due diligence questions regarding real estate matters; report to Rick Thames and Jack Healan. | 0.30 | $126.00 |
|---|---|---|---|---|
| 3/9/10 | TJST | Follow-up call to surveyor regarding status of executed affidavit required by title underwriter. | 0.10 | $20.00 |
| 3/9/10 | EML | Receipt and review of construction defect letter for Tennis Villas and memo to J. Healan and others regarding the same; memos from and to R. Thames regarding the SPE structure for the Tennis Villas LLCs. | 1.00 | $455.00 |
| 3/9/10 | EML | Memo summarizing the Brady Point Preserve LLC structure and the Management and the denial of the conservation easement deduction by the IRS and requested help by KPMG. | 1.60 | $728.00 |
| 3/9/10 | EML | Telephone conference with Keith Daw (attorney for potential purchaser - Red Maple) regarding any reserves that might be maintained by Amelia Island Company. | 0.30 | $136.50 |
| 3/10/10 | TJST | Review surveyor's affidavit attesting to legal description error. | 0.20 | $40.00 |
| 3/11/10 | TJST | Review archived file materials regarding Long Point parcel transfers' draft affidavit to respond to title underwriter requirements related to deeds in chain of title. | 1.20 | $240.00 |
| 3/11/10 | EML | Review the Met Life letter of intent for real estate purchase issues. | 0.20 | $91.00 |
| 3/12/10 | GFD | Prepare for call with secured creditors to review preliminary offers, including preliminary call with Jack Healan, Rick Thames and Lou Plasencia; extended conference call with Prudential and Compass lawyers and business people to review offers received to date as well as potential additional offers expected, to discuss merits of respective offers in hand and to discuss process for moving forward on sale of real estate; follow-up with Eric McKay regarding certain strategy issues related to Prudential's position; follow-up telephone conversation with Jack Healan regarding issues related to real estate sale process. | 2.40 | $1,008.00 |
| 3/13/10 | GFD | Telephone conversations and correspondence with Lou Plasencia, Rick Thames and Jack Healan and Huron Consulting related to development of side by side comparison of offers and efforts to develop a "net" number available for creditors under various options in order to have objective analysis of various sale offers; correspondence with Alan Weiss, attorney for secured creditor Compass Bank, regarding issues related to valuation of Compass collateral which may not be sold to potential purchaser under certain options. | 1.70 | $714.00 |

**AMELIA ISLAND COMPANY**                                                      Page 6
Our Ref. No.: 073661-0103                                              Foley & Lardner LLP
Invoice No.: 32029132                                                       April 21, 2010

| | | | | |
|---|---|---|---|---|
| 3/15/10 | GFD | Multiple telephone calls with Jack Healan, Lou Plasencia and Rick Thames in effort to develop side by side comparison of offers and to determine net proceeds available for creditors from each offer; analysis of legal issues related to each offer and implications for risk of transaction not closing to be included in comparison of offers. | 1.30 | $546.00 |
| 3/15/10 | TJST | Revise and finalize affidavits to satisfy title insurance requirements. | 0.50 | $100.00 |
| 3/16/10 | GFD | Updated to Alan Weiss, attorney for Compass, regarding status of potential HTG offer to purchase real estate. | 0.10 | $42.00 |
| 3/16/10 | EML | Memo on the HOA, Taxes, Title, Survey costs after analyzing the existing data for use in side-by-side comparison of various offers. | 0.70 | $318.50 |
| 3/16/10 | GFD | Efforts to finalize apples-to-apples comparison of offers received to date, including multiple telephone calls with Jack Healan, President of debtor, to compare letters of intent on line-by-line basis to determine specific exempt assets and excluded assets from each offer; multiple telephone calls with the Plasencia Group regarding analysis of various offers in effort to determine which assets are included and excluded from each offer and valuation; multiple telephone calls with Huron Group regarding development of spreadsheet of net cash available from various offers; review of spreadsheets and analysis with Jack Healan from both the debtor, the Plasencia Group and Huron and development of final apples-to-apples cash flow spreadsheet; circulate final apples-to-apples spreadsheet comparison of net cash funds to attorneys for Compass, Prudential, creditors' committee, National Bank of South Carolina and Club. | 3.70 | $1,554.00 |

**AMELIA ISLAND COMPANY**                                                      Page 7
Our Ref. No.: 073661-0103                                          Foley & Lardner LLP
Invoice No.: 32029132                                                    April 21, 2010

| 3/16/10 | GFD | Preliminary analysis of Prudential's objection to continuation of exclusivity, including Prudential's stated preference from MetLife offer and equity Club; draft and send preliminary response to Prudential counsel to draft objection setting forth debtor's concern regarding potential inaccuracies and clarifying that debtor is not opposing Met offer, but instead believes a side-by-side comparison of all offers by all constituencies is appropriate procedure; telephone conference with Alan Weiss, attorney for Compass, regarding proposed MetLife objection and implications on real estate sale process; extended conference call with Jack Healan and Rick Thames to develop strategy for dealing with Compass objection to exclusivity, which is vehicle for expressing Prudential's insistence on MetLife/equity club proposal and debtor's belief that all options must be examined and given fair hearing with level playing field; meeting with Rick Thames and Eric McKay to prepare for conference call with Prudential and Club attorneys; extended conference call with Betsy Cox, attorney for club, and Grant Stein, attorney for Prudential, to discuss their strong preference for Prudential offer, their objection to exclusivity for purpose of permitting them to proceed to seek approval and debtor's position that all offers need to receive fair hearing and that all constituencies should have an opportunity for input; follow-up conference call and report to Jack Healan. | 3.50 | $1,470.00 |

**AMELIA ISLAND COMPANY**
Our Ref. No.: 073661-0103
Invoice No.: 32029132

Page 8
Foley & Lardner LLP
April 21, 2010

| | | | | |
|---|---|---|---|---|
| 3/17/10 | GFD | Meeting with Jack Healan prior to Bankruptcy Court hearing to discuss real estate sale related issues, including status of negotiations with Red Maple and HTG for potential offers; meet with Grant Stein, attorney for Prudential, prior to Bankruptcy Court hearing to discuss issues related to real estate sale process; meet with Betsy Cox, attorney for Club members, prior to Bankruptcy Court hearing to discuss issues related to potential equity conversion of Club and need for apples-to-apples comparison in order to make sure that other bidder would not be willing to present superior offer on same framework if equity club is choice of various constituencies in bankruptcy process; attend Bankruptcy Court hearing; post-hearing meeting with Prudential, Compass and creditors' committee to discuss plan for going forward and need for secured creditors and creditors' committee to divide net cash funds from MetLife offer if MetLife is to be viable choice; follow-up meeting with Compass and Compass banker and creditors' committee to review Compass loans, Compass's concerns for bankruptcy process and Compass's input and views on sale process and potential acceptable alternatives for resolution of bankruptcy; follow-up meeting with Paul Rosenblatt, attorney for creditors' committee, Rick Thames and Jack Healan, President of debtor, to discuss unsecured creditors' interests and to develop contingencies in event that MetLife is not acceptable, including potential for unsecured creditors to obtain economic return from potential excess value on Compass collateral; follow-up telephone call with Grant Stein, attorney for Prudential, regarding Prudential's view on real estate sale process and concerns; follow-up telephone call with David Otero, attorney for National Bank of South Carolina, largest unsecured creditor in case, regarding competing interests in bankruptcy and concerns; follow-up telephone call with Alan Weiss, attorney for Compass, regarding Compass's concerns and status of real estate sale process; follow-up call with Rick Thames and Jack Healan, President of debtor, regarding overall situation, development of strategy and areas of concern. | 7.50 | $3,150.00 |
| 3/17/10 | EML | Review and revise the Affidavit of name change required by the title company for one of the ancillary parcels added to the commitment and check the tax and HOA figures for missing parcels; receipt and review new Assessment Report on the Village Parcels and the Resort Operations Building. | 1.40 | $637.00 |
| 3/17/10 | EML | Analyze the security interests of Prudential and Compass on general intangibles, subsidiary interests and Amelia Realty ownership at direction of Rich Thames. | 0.80 | $364.00 |
| 3/17/10 | EML | Telephone conference with L. Palmisano regarding the security interest held by Prudential. | 0.30 | $136.50 |

**AMELIA ISLAND COMPANY**                                               Page 9
Our Ref. No.: 073661-0103                                      Foley & Lardner LLP
Invoice No.: 32029132                                                April 21, 2010

| | | | | |
|---|---|---|---|---|
| 3/17/10 | DER | Consider issues regarding lien perfection relating to Amelia Island tradenames and trademarks; consider issues relating to liens on brokerage contracts; research UCC regarding perfection of liens with respect to certificated securities. | 0.60 | $246.00 |
| 3/17/10 | TJST | Consideration of issues regarding affidavit required by title company; revise and transmit same to title underwriter. | 0.30 | $60.00 |
| 3/18/10 | GFD | Correspondence with George Ridge, attorney for Cooper family interests, and follow-up conversation with George Ridge relating to need for all interested parties, including Cooper family interests, to reach agreement to facilitate orderly and efficient sale of real estate by debtor. | 0.20 | $84.00 |
| 3/18/10 | EML | Analyze the security interest in the real estate brokerage operation, if any, and memo on the size and tax assessed value of the developable property adjacent to the Racquet Park. | 0.50 | $227.50 |
| 3/18/10 | TJST | Review comments from title underwriter regarding affidavit, discuss with attorney, revise affidavit and submit for final approval. | 0.40 | $80.00 |
| 3/18/10 | GFD | Telephone conference with Jack Healan, President of debtor, regarding potential interest of Mr. Gillespie in purchasing resort and statements by Mr. Gillespie that he had arranged to purchase Compass and Prudential debt; follow-up correspondence with counsel for Compass and counsel for Prudential regarding Mr. Gillespie's statements and request for clarification in order to permit debtor to know the degree of seriousness with which the debtor should treat Mr. Gillespie's request for additional information and due diligence. | 0.20 | $84.00 |
| 3/18/10 | GFD | Extended telephone conference with David Otero, attorney for National Bank of South Carolina, regarding National Bank of South Carolina (largest unsecured creditor in bankruptcy) concerns regarding status of real estate sale process and potential impediment based on certain issues with secured creditors as well as discussion of strategy and discussion of details for transfer of Amelia River course to National Bank of South Carolina (including real estate documentation). | 0.40 | $168.00 |

**AMELIA ISLAND COMPANY**                                                Page 10
Our Ref. No.: 073661-0103                                      Foley & Lardner LLP
Invoice No.: 32029132                                              April 21, 2010

| | | | | |
|---|---|---|---|---|
| 3/18/10 | GFD | Conversation with Jack Healan, President of debtor, regarding preparing financial model of Compass collateral assets on standalone basis to determine cash flow generated by Compass assets and potential scenario, if auction sale process was unsuccessful, of debtor retaining Compass assets and using cash flow to service Compass debt with residual value for unsecured creditors; telephone conference with Alan Weiss, attorney for Compass, regarding debtor's examination of cash flow generated by Compass assets as potential stand-alone credit and Compass's appetite for restructuring of debt. Follow-up report to Paul Rosenblatt, attorney for creditors' committee, regarding analysis of Compass as stand-alone credit if sale process is unsuccessful. | 0.90 | $378.00 |
| 3/18/10 | GFD | Review of actual written RMI offer; follow-up with Huron, debtor's financial consultant, to request that Huron model net cash proceeds from RMI offer and included on spreadsheet for comparison purposes by secured creditors. | 0.30 | $126.00 |
| 3/18/10 | GFD | Prepare, revise and send email correspondence to counsel for Pru, Compass, creditors' committee and club regarding pivotal state of Amelia bankruptcy, need for secured creditors to reach prompt agreement regarding how to divide Met/equity club deal cash proceeds and if creditors unable to divide Met/equity club proceeds, the potential alternatives and requesting that they provide debtor with input regarding their preferred course of action from stated alternatives or others if they have them. | 1.00 | $420.00 |
| 3/18/10 | GFD | Research and analysis regarding potential unencumbered assets and correspondence to Paul Rosenblatt, attorney for creditors' committee, regarding status of Pru's lien on federal trademark, status of Pru's lien on real estate brokerage business and villa rental business and unencumbered 3.6 acre tennis parcel with assessed value of $286,000 in connection with Mr. Rosenblatt's upcoming negotiations, on behalf of creditors' committee, with Prue. | 0.20 | $84.00 |
| 3/19/10 | GFD | Preliminary review of cash flow model of Compass assets prepared by debtor relating to Compass assets independent ability to service debt; follow-up with Jack Healan regarding Compass assets spreadsheet and follow-up questions; follow-up correspondence with Betsy Cox, attorney for Club, regarding need to reduce Club-Met deal to writing. | 0.20 | $84.00 |
| 3/19/10 | EML | Telephone conference with L. Palmisano regarding the Amelia Realty interplay in the Shops and Spa loan and telephone conference with E. McKay regarding the background between Amelia Realty and the Shops and Spa mortgages and the overall plan between Met Life and the Club and PRIAC. | 1.20 | $546.00 |

**AMELIA ISLAND COMPANY**                                         Page 11
Our Ref. No.: 073661-0103                                  Foley & Lardner LLP
Invoice No.: 32029132                                          April 21, 2010

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/20/10 | GFD | Multiple telephone calls with Jack Healan relating to Amelia Island, sale process and development of strategy in order to assist secured creditors in reaching agreement on proposed course of action and for dealing with Noble offer and Red Maple offer; correspondence to secured creditors providing additional option for reorganization scenario related to leases between Prudential and Compass assets; review of cash flow projections for Compass assets and discussion of fair valuation of Compass assets with Jack Healan and possibility of reorganization based on Compass assets due to cash flow. | 1.20 | $504.00 |
| 3/22/10 | TJST | Review email from title company regarding proposed form of affidavit regarding name change. | 0.20 | $40.00 |
| 3/22/10 | EML | Receipt and review of Red Maple Offer regarding the club title insurance issues. | 0.60 | $273.00 |
| 3/22/10 | EML | Memo to and from S. Kalmanson regarding the 2005 Marshall Wood Conveyance and the affidavits for the AIHC conveyance. | 0.50 | $227.50 |
| 3/23/10 | JATU | Finalize and send settlement letter to Nick Pulignano. | 0.10 | $39.50 |
| 3/23/10 | GFD | Correspondence with Rick Thames and Jack Healan regarding development of strategy related to secured creditors in connection with potential sale of real estate and need to reach consensus with secured creditors on certain open issues. | 0.20 | $84.00 |
| 3/23/10 | EML | Memos on the current Noble LOI and revise purchase and sale agreement for most of Noble requested terms. | 6.40 | $2,912.00 |
| 3/23/10 | TJST | Assemble documents and draft email to obtain corrective affidavit relating to 2005 parcel transfer; submit to attorney for review. | 0.50 | $100.00 |
| 3/23/10 | GFD | Correspondence to counsel for creditors' committee and primary secured creditors regarding strategy for going forward with Noble in light of Noble's desire to negotiate purchase agreement; coordinate with Jack Healan regarding Noble real estate purchase contract and strategy for dealing with Noble; follow-up with creditors' committee regarding request to review draft real estate purchase contract; coordinate with Emerson Lotzia regarding preparation of Noble real estate purchase contract; follow-up on final letter of intent from Noble. | 0.50 | $210.00 |
| 3/24/10 | GFD | Telephone conference with Jack Healan regarding John Murray (HPT) decision not to move forward with acquisition of real estate, analysis of HTP's reasons for not moving forward and analysis of implications on efforts to sell resort. | 0.20 | $84.00 |

**AMELIA ISLAND COMPANY**                                                Page 12
Our Ref. No.: 073661-0103                                    Foley & Lardner LLP
Invoice No.: 32029132                                              April 21, 2010

| | | | | |
|---|---|---|---|---|
| 3/24/10 | EML | Review title issues with the 2005 transactions at Turtle Dunes between Amelia Island Company and Amelia Island Holding Company prepared by Marshall Wood and, pursuant to the requests from the title company, drafted a corrective affidavit for Marshall Wood's review and memo to M. Wood regarding the same. | 2.20 | $1,001.00 |
| 3/24/10 | EML | Revise the Corrective Affidavit for the 2005 AIHC transactions and memo to the attorney preparing the 2005 documents. | 1.00 | $455.00 |
| 3/24/10 | TJST | Consideration of issues regarding corrective affidavit and 2005 deeds. | 0.20 | $40.00 |
| 3/24/10 | GFD | Telephone conference with Grant Stein, attorney for Prudential, regarding status of transaction and Prudential's review relating to MetLife and need to proceed with MetLife offer as well as discussion of creditors' committee desire to move forward with Noble offer; telephone conference with Alan Weiss, attorney for Compass, regarding both MetLife offer and Noble offer; coordinate with creditors' committee regarding Noble offer and preparation of Noble asset purchase agreement; follow-up on preparation of Noble asset purchase agreement. | 0.80 | $336.00 |
| 3/25/10 | JATU | Review letter from Nick Pulignano; email to client. | 0.20 | $79.00 |
| 3/25/10 | EML | Memos from and to M. Wood regarding the Corrective Affidavit and memo to S. Kalmanson regarding the title company comments to the Corrective Affidavit. | 0.30 | $136.50 |
| 3/25/10 | TJST | Prepare affidavits for e-recording and submit for same. | 0.50 | $100.00 |
| 3/25/10 | GFD | Conference with Jay Smith, attorney for Red Maple, regarding Red Maple's desire to move forward with documentation of Red Maple acquisition structure based on Red Maple written term sheet; telephone conference with Jack Healan relating to Red Maple and strategy for dealing with Red Maple as potential purchaser. | 0.30 | $126.00 |
| 3/26/10 | GFD | Telephone conference with Jack Healan regarding Northview as potential purchaser and discussion of potential legal issues and practical business issues arising from potential Northview transaction; follow-up with Lou Plasencia regarding Northview as potential purchaser and review of correspondence related to Northview. | 0.60 | $252.00 |

**AMELIA ISLAND COMPANY**                                Page 13
Our Ref. No.: 073661-0103                           Foley & Lardner LLP
Invoice No.: 32029132                               April 21, 2010

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/26/10 | GFD | Conference call with Rick Thames and Jack Healan to prepare for conference call with Prudential related to proposed sale to MetLife and identification of issues to be discussed and negotiated; preparation of checklist of issues and arguments to be presented to Prudential; participate in extended conference call with Prudential business people, Prudential counsel, Jack Healan and Rick Thames to negotiate proposed joint strategy for dealing with Prudential in light of Compass objection and plan for moving forward. | 1.50 | $630.00 |
| 3/26/10 | GFD | Telephone call with Alan Weiss, attorney for Compass Bank, regarding Compass Bank's position on MetLife sale and Compass Bank's refusal to participate in sale with respect to Compass collateral at prices discussed and at proposed sharing formula for proceeds currently under consideration; review of spreadsheet prepared by Compass counsel regarding distribution of sale proceeds among creditors as settlement proposal; conference with Jack Healan regarding Compass attorney's spreadsheet of proposed distribution of sale proceeds. | 0.80 | $336.00 |
| 3/29/10 | TJST | Confirm e-recording of affidavits to satisfy title requirements; forward same to title underwriter; telephone calls to and from Nassau County clerk's office regarding timing of same. | 0.80 | $160.00 |
| 3/30/10 | EML | Receipt and review comments from the title company on the Corrective title affidavit for Amelia Island Holding Company; revise the affidavit and memo to Marshall Wood regarding the same. | 0.90 | $409.50 |
| 3/31/10 | EML | Telephone conference with B. Moore regarding Amelia Wheels parcel and Compass bank mortgage on the Shops and Spa. | 0.20 | $91.00 |
| 3/31/10 | GFD | Multiple telephone calls with Jack Healan related to Northview offer, draft letter of intent and necessary revisions to Northview letter of intent format; draft and revise form of letter of intent; follow-up telephone call with Jack Healan regarding form; follow-up telephone call with Eric McKay regarding draft letter of intent; prepare further revisions to letter of intent and circulate. | 1.50 | $630.00 |
| | | Services Total: | 81.20 | $33,484.50 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Emerson M. Lotzia | EML | Partner | 29.20 | $455.00 | $13,286.00 |
| Gardner F. Davis | GFD | Partner | 43.70 | $420.00 | $18,354.00 |
| John A. Tucker | JATU | Partner | 0.30 | $395.00 | $118.50 |

**AMELIA ISLAND COMPANY**

Our Ref. No.: 073661-0103

Invoice No.: 32029132

Page 14

Foley & Lardner LLP

April 21, 2010

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Danielle R. Whitley | DER | Senior Counsel | 0.60 | $410.00 | $246.00 |
| Tana J. Stringfellow | TJST | Paralegal | 7.40 | $200.00 | $1,480.00 |
| Totals | | | 81.20 | | $33,484.50 |

## Expenses Incurred

| | |
|---|---|
| Photocopying Charges - - VENDOR:  DOWNTOWN BUSINESS CENTERS, INC PHOTOCOPIES | $51.36 |
| Recording / Filing Fees - - VENDOR:  FOLEY & LARDNER LLP - JACKSONVILLE RECORDING FEES | $128.50 |
| Expenses Total: | $179.86 |


**FOLEY & LARDNER LLP**
P.O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE (904) 359-2000
FACSIMILE (904) 359-8700
WWW.FOLEY.COM

Amelia Island Company
Attn: Mr. Jack B. Healan, Jr.
Amelia Island Plantation
P. O. Box 3000
Amelia Island, FL  32034

Date: March 19, 2010
Invoice No.: 32029125
Our Ref. No.: 073661-0103

---

Services through
February 28, 2010

Amount due for professional services rendered regarding        $48,126.50
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

Total Expenses:        $474.12

**Total Amount Due:**        **$48,600.62**

---

**Please reference your account number 073661-0103 and your
invoice number 32029125 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**AMELIA ISLAND COMPANY**                                    Page 2
Our Ref. No.: 073661-0103                          Foley & Lardner LLP
Invoice No.: 32029125                                   March 19, 2010

_____

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 2/1/10 | TJST | Review emails from client with modification documents attached for six Compass Bank loans; continued review or archived files for due diligence items related to same in connection with potential purchaser's analysis of Loan assumption. | 3.40 | $680.00 |
| 2/1/10 | GFD | Additional research and analysis to address Club legal issues and revision of white paper to be provided to Betsy Cox, attorney for Club members, setting forth legal position of debtor regarding debtor's options for treatment of Club members pursuant to bankruptcy code in order to provide basis for discussion of legal issues at upcoming meeting; forward revised white paper on Club issues to Betsy Cox; work on agenda of issues to be discussed with Betsy Cox. | 5.30 | $2,226.00 |
| 2/1/10 | GFD | Conference call with Betsy Cox and Randy Adison, counsel for Club Board, regarding upcoming meeting regarding Club member issues and review of various positions. | 0.70 | $294.00 |
| 2/2/10 | TJST | Prepare indices of Compass loan documents; assemble paper and electronic copies of same for due diligence production for potential buyer of property seeking to assume Company debt; discuss status of same with attorney. | 4.60 | $920.00 |
| 2/2/10 | GFD | Telephone conference with Betsy Cox, attorney for Club board, in preparation for upcoming meeting between debtor, Prudential and Club board attorneys in effort to reach agreement on mutually acceptable resolution of Club real estate issues. | 0.40 | $168.00 |
| 2/2/10 | GFD | Correspondence to debtor, Rick Thames and Greenberg Traurig providing report on telephone conversation with Betsy Cox and Randy (attorney for Club board) in preparation for upcoming meeting on Club issues and real estate issues resulting from Club plan being recorded. | 0.40 | $168.00 |
| 2/3/10 | EML | Review the exiting loan documents to copy for RMI and all other potential purchasers and annotate summaries for the Compass $1MM Warehouse/Laundry Loan, the $700K Kountry Inn Loan, $1.5 Links Lodge soft cost loan, the $400K Office LOC, the $2MM Working Capital LOC, and the $2MM Brady Point LOC. | 1.90 | $864.50 |
| 2/3/10 | EML | Review the Shops and Spa Loan documents and annotate the amendments for RMI and other possible purchasers. | 0.50 | $227.50 |
| 2/3/10 | TJST | Review and discuss attorney comments to Compass loan summary lists; locate and assemble additional documents; assemble copies of full-size surveys and prepare transmittal letter to underwriting counsel. | 4.80 | $960.00 |

**AMELIA ISLAND COMPANY**                                                Page 3
Our Ref. No.: 073661-0103                                       Foley & Lardner LLP
Invoice No.: 32029125                                              March 19, 2010

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/3/10 | GFD | Prepare for and participate in conference call with Greenberg Traurig Club lawyers and Rick Thames to develop strategy and agenda for upcoming meeting with Club board attorneys regarding negotiation with Club board attorneys regarding Club/real estate issues. | 0.60 | $252.00 |
| 2/3/10 | GFD | Preliminary meeting with Greenberg Traurig lawyers and attorneys for Club board to establish general framework for upcoming meeting and to share preliminary thoughts and observations of how to make negotiations as efficient and productive as possible. | 0.30 | $126.00 |
| 2/3/10 | GFD | Telephone call with Jack Healan, president of Amelia Island Company, regarding development of strategy for upcoming negotiations with Club board as well as Mr. Healan's concerns of impact of treatment of Club members on efforts to secure purchaser for resort property; follow-up preparation of checklist of issues for discussion with Club board attorneys. | 0.40 | $168.00 |
| 2/3/10 | GFD | Telephone conversation with Grant Stein, attorney for Prudential, in preparation for upcoming meeting with Club board attorneys to review options and develop strategy. | 0.30 | $126.00 |
| 2/4/10 | TJST | Prepare new and revise previous Compass loan summaries and prepare for review by RMI counsel; meet with same and discuss document review and duplication requirements. | 4.80 | $960.00 |
| 2/4/10 | EML | Review the Articles, Bylaws and Minutes regarding the election of the board members on 2/5/10. | 0.50 | $227.50 |
| 2/4/10 | EML | Telephone conference with R. Thames regarding the Amelia River Golf Course/Bank of South Carolina issues and the title company's issues with the Non-Disturbance Agreement. | 0.50 | $227.50 |
| 2/4/10 | EML | Analyze missing documents for Kolar and Byrd loans for village unit around the administration building. | 0.60 | $273.00 |
| 2/4/10 | JW | Research sales free and clear pursuant to Section 363(f)(5) and potential use of 363(f) to sell free of certain club related contracts and covenants runing with land. | 2.10 | $598.50 |
| 2/4/10 | GFD | Meeting with Lou Plasencia, financial advisor/broker for debtor, to review real estate sale issues and to prepare for upcoming meeting with Prudential attorney and Greenberg Traurig Club law experts and counsel for Club members. | 0.80 | $336.00 |
| 2/4/10 | GFD | Meeting with Grant Stein, attorney for Prudential, in preparation for upcoming meeting with Club attorneys to develop consensus regarding strategy for addressing Club membership claims and real estate issues, including analysis of status of Club members' rights with respect to potential covenants running with the land and other real estate matters. | 0.90 | $378.00 |

**AMELIA ISLAND COMPANY**                                             Page 4
Our Ref. No.: 073661-0103                                  Foley & Lardner LLP
Invoice No.: 32029125                                          March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/4/10 | GFD | Extended meeting with Club board attorneys, Prudential and debtor's special club law counsel in efforts to negotiate and address real estate issues relating to Club members' potential claims to land and right to use golf course and Club members' desire to accomplish an equity conversion and debtor's position that an equity conversion may not be realistic given concerns by buyers and apparent negative impact on valuation of Resort as result of Equity Club conversion; follow-up extended telephone call with Jack Healan, president of Amelia Island Company, to brief Mr. Healan on Club board legal position and outcome of meeting and negotiations; preparation of outline of issues raised by Club board during meeting and potential responses. | 3.70 | $1,554.00 |
| 2/5/10 | JW | Research Section 363(f)(5) sales. Draft memorandum addressing issues under Section 363 with respect to the club members and their rights under potential sale free and clear of club memeber interests and related legal and equitable issues. | 1.90 | $541.50 |
| 2/5/10 | DER | Review employment agreements for N. Bray and J. Healan; prepare proofs of claim for same. | 0.70 | $287.00 |
| 2/5/10 | EML | Prepare for and meeting with RMI attorneys reviewing the Compass loan documents. | 1.30 | $591.50 |
| 2/5/10 | GFD | Draft "talking points" for Jack Healan, president of AIC, regarding real estate issues related to Club in connection with upcoming members' meeting of Club. | 0.50 | $210.00 |
| 2/5/10 | GFD | Extended telephone conference with Jack Healan regarding events which occur at annual meeting of members of Club and implications for efforts to maximize real estate value and other real estate issues in banktruptcy. | 0.30 | $126.00 |
| 2/8/10 | EML | Review memos from the title insurance company on the problems with the searches on the ancillary parcels near the Dunes Club. | 0.60 | $273.00 |
| 2/8/10 | GFD | Extended telephone conference with Grant Stein, attorney for Prudential, and Rick Thames, to discuss proposal made by Club board attorneys to Grant Stein related to potential equity club as well as implications for efforts to confirm plan of reorganization and related strategy issues; follow-up telephone call with Rick Thames regarding Club members' proposal; preparation of outline of pros, cons and issues related to Club board's proposal. | 2.20 | $924.00 |
| 2/8/10 | GFD | Continuation of legal research and revision of memorandum addressing whether debtor can sell resort property free and clear of Club membership plan pursuant to Section 363(f)(5) of the Bankruptcy Code. | 2.70 | $1,134.00 |

**AMELIA ISLAND COMPANY**  
Our Ref. No.: 073661-0103  
Invoice No.: 32029125  

Page 5  
Foley & Lardner LLP  
March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/8/10 | TJST | Respond to email from title insurance company regarding search status of additional parcels and title of cart part; review encroachment of Dunes Row replat; on-line research of related documents. | 1.20 | $240.00 |
| 2/8/10 | GFD | Telephone call with Grant Stein, attorney for Prudential, to discuss events which occurred at annual meeting of members at Amelia Island Club and to prepare Mr. Stein for his upcoming conference call with Club attorneys. | 0.40 | $168.00 |
| 2/8/10 | JW | Research bankruptcy court decisions regarding 363(f)(5). Draft memorandum analyzing the potential for the Company to complete a 363(f)(5) sale free of the club member's interests. | 3.10 | $883.50 |
| 2/9/10 | EML | Memo on the reported transfer of the Brady Point Lots and memo on what the title commitment is showing. | 0.40 | $182.00 |
| 2/9/10 | EML | Analyze the title requirements for the 1141 plan sale free and clear of the NDA. | 0.40 | $182.00 |
| 2/9/10 | TJST | Review vesting of Brady Point Preserve lots and discuss same with attorney. | 0.10 | $20.00 |
| 2/9/10 | JW | Research Bankruptcy law on Chapter 11 Plans of Reorganization in order to determine if the club members would be bound by a plan of reorganization that modifies the membership plan. | 4.50 | $1,282.50 |
| 2/9/10 | GFD | Prepare and revise settlement correspondence to Grant Stein, attorney for Prudential, setting forth debtor's current thinking regarding strategy to resolve certain real estate issues; follow-up telephone call with Grant Stein regarding same; follow-up telephone conference with Jack Healan regarding same. | 1.00 | $420.00 |
| 2/9/10 | GFD | Prepare for call with Greenberg Traurig Club attorneys; conference call with Greenberg Traurig club attorneys in order to prepare to return Betsy Cox and Randy Addison's call; preparation of list of points to make during call with Club counsel. | 0.40 | $168.00 |
| 2/9/10 | GFD | Telephone conference with Betsy Cox, Randy Addison and Greenberg Club attorneys and Prudential attorney to conduct settlement discussions with common goal of reaching consensual transactions supported by parties; follow-up telephone call with Jack Healan to report on settlement conference with Club attorneys and Prudential. | 1.10 | $462.00 |
| 2/9/10 | GFD | Revise memorandum setting forth statutory authority for sale of golf course and other Club real estate assets pursuant to Section 363(f)(5) and ability to sell free and clear of nondisturbance agreement which purports to create covenants running with the land; revise and provide to title insurance company white paper regarding authority under Section 363(f)(5) in connection with efforts to secure title insurance. | 0.80 | $336.00 |

**AMELIA ISLAND COMPANY**                                            Page 6
Our Ref. No.: 073661-0103                                    Foley & Lardner LLP
Invoice No.: 32029125                                           March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/10/10 | JW | Research Bankruptcy law regarding the ability of the debtor to alter the rights of the Club Membership Plan in a Chapter 11 plan. Draft memorandum outling the issues related thereto. | 6.70 | $1,909.50 |
| 2/10/10 | EML | Analyze the bankruptcy research for the title company's requested authority for the 363 (f) (5) sale; Review memo on the modified club plan. | 1.40 | $637.00 |
| 2/10/10 | TJST | Telephone call with title abstractor regarding plat encroachment into golf course parcel, fee interest in cart path easement ancillary parcel and chain of title for same. | 0.30 | $60.00 |
| 2/10/10 | GFD | Review and analysis of revised business terms outline for equity club proposal provided by Randy Addison/Betsy Cox and review of suggested revisions to lease plan; follow-up with Betsy Cox in preparation for upcoming conference call with Club attorneys, Club board members and debtor to negotiate toward consensual resolution of Club issues and related real estate law concerns arising from covenants running with land; review of transfer agreement and access use and easement agreement prepared by Randy Addison, attorney for Club members, in connection with upcoming conference call; review of preliminary listing of deferred maintenance and capital items to be funded under equity club proposal prepared by Club attorneys. | 1.70 | $714.00 |
| 2/10/10 | GFD | Telephone conference with Jack Healan regarding real estate issues related to Club and preparation for upcoming conference call with Club members and related strategy discussions. | 0.30 | $126.00 |
| 2/10/10 | GFD | Extended conference call with Randy Addison and Betsy Cox, attorneys for Club, regarding status of discussions and open issues, Club's agreement to provide revised term sheet and input on certain other issues under discussion and scheduling conference call. | 0.50 | $210.00 |
| 2/11/10 | JW | Review Club membership plan in order to determine which sections create covenants running with the land. Continue to draft memorandum regarding potential for AIC to confirm a plan altering the terms of the membership plan. | 3.80 | $1,083.00 |
| 2/11/10 | GFD | Prepare for and participate in conference call with Club attorneys and members of Club board and Jack Healan, Rick Thames and Greenberg Club lawyers in effort to negotiate consensual arrangement between debtor and Club board for plan of reorganization, including negotiation regarding equity club and nonequity club option. | 1.40 | $588.00 |

**AMELIA ISLAND COMPANY**                                        Page 7
Our Ref. No.: 073661-0103                                 Foley & Lardner LLP
Invoice No.: 32029125                                        March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/11/10 | GFD | Continue legal research, analysis and drafting of memorandum setting forth outside parameters of ability to modify real estate covenants and membership plan pursuant to Bankruptcy Code Sections 1129 and 1141 and confirmed plan of reorganization; telephone call with Rick Thames regarding status of research and status of drafting plan. | 2.30 | $966.00 |
| 2/12/10 | JW | Research Bankruptcy court case law for cases discussing golf club memberships. | 1.10 | $313.50 |
| 2/12/10 | DER | Further review and revision of proofs of claim for J. Healan and N. Bray. | 0.10 | $41.00 |
| 2/13/10 | GFD | Review of preliminary draft of plan of liquidation to address real estate/club issues and certain financing issues. | 2.50 | $1,050.00 |
| 2/15/10 | EML | Analyze title issue with the legal on the Chaffin and Light tract around the administration building. | 0.60 | $273.00 |
| 2/15/10 | EML | Revise the title insurance memo for the Title Company regarding the 363(f)(5) sale. | 1.60 | $728.00 |
| 2/15/10 | TJST | Review legal descriptions in deed, survey, and owner's policy for Holly parking lot in response to title company request for corrective deed; review and discuss same with attorney; locate transactional file. | 1.50 | $300.00 |
| 2/15/10 | JW | Review proof of claim filing instructions for Company officers. | 0.30 | $85.50 |
| 2/15/10 | GFD | Preliminary review and analysis of Grant Stein's initial comments and edits to draft Chapter 11 plan and preliminary analysis of Prudential's areas of concern and areas where further negotiation may be required. | 1.50 | $630.00 |
| 2/16/10 | TJST | Consideration of issues regarding resolution of legal description discrepancy; review file contents with sources and versions of legal description; request archived file. | 1.30 | $260.00 |
| 2/16/10 | GFD | Telephone conference with Jack Healan regarding revised financial model prepared with Club board for financial impact of equity club versus nonequity club and related impact on real estate sale process; correspondence to Grant Stein regarding financial analysis of equity versus nonequity club. | 0.50 | $210.00 |

**AMELIA ISLAND COMPANY**                                           Page 8
Our Ref. No.: 073661-0103                                   Foley & Lardner LLP
Invoice No.: 32029125                                        March 19, 2010

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 2/16/10 | GFD | Analysis and review of Prudential's comments and requested revisions to real estate portions of draft plan of reorganization; prepare checklist of items to discuss with Prudential related to Prudential's comments; telephone conference with Eric McKay regarding development of strategy for discussions with Prudential and preliminary analysis of position for Prudential; conference call with Prudential attorney and Eric McKay to discuss Prudential's comments and requested changes to real estate portions of plan of reorganization as well as discussion of impact of Prudential's comments on real estate sale process and debtor's efforts to maximize value of real estate. | 2.80 | $1,176.00 |
| 2/16/10 | GFD | Conference call with Rick Thames, Jack Healan and debtor's management team to discuss agenda of outstanding issues, including matters related to real estate sale process and upcoming financing issues. | 0.50 | $210.00 |
| 2/17/10 | EML | Revise memo for the title company on the law supporting the 363(f) sale free and clear of the NDA and the Membership Plan. | 0.70 | $318.50 |
| 2/17/10 | GFD | Analysis of Greenberg Traurig comments to draft plan of reorganization; follow-up with Glenn Gerena (Greenberg Traurig attorney) regarding suggested changes, areas of concern regarding plan of reorganization and impact on real estate sale process and real estate documentation; update checklist of issues for Club reorganization/treatment of real estate in plan of reorganization. | 1.30 | $546.00 |
| 2/17/10 | GFD | Preliminary analysis of revised Noble letter of intent making offer to purchase Resort assets and correspondence from Brian Butler, attorney with Morris Manning in Atlanta representing Noble and review of term sheet for resolving Club issue; preliminary report to Jack Healan regarding statsus. | 0.20 | $84.00 |
| 2/17/10 | GFD | Extensive telephone conversation with Jack Healan, President of debtor, regarding concern regarding reports of Prudential's position on sale process and intended course of action and discussion of strategy and need for conference call with Prudential business people to make sure that the debtor and Prudential have a clear understanding; follow-up with Grant Stein, attorney for Prudential, to request conference call with Prudential business people and debtor business people regarding real estate sale process. | 0.30 | $126.00 |
| 2/18/10 | EML | Telephone conference with B. Moore regarding his presentation on the development regulations governing the Plantation and future development. | 0.60 | $273.00 |
| 2/18/10 | TJST | Follow-up with attorney regarding underwriter's request for corrective deed; respond to email regarding same. | 0.20 | $40.00 |

**AMELIA ISLAND COMPANY**                                      Page 9
Our Ref. No.: 073661-0103                              Foley & Lardner LLP
Invoice No.: 32029125                                      March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/18/10 | GFD | Telephone conference with Greenberg lawyers to discuss Randy Addison (Club board counsel) revised term sheet for equity club and implications for efforts to reorganize/sell resort; update issues checklist relating to Club negotiations. | 0.40 | $168.00 |
| 2/18/10 | GFD | Follow up with Grant Stein regarding efforts to organize conference call between Prudential business people and debtor business people to address certain issues; telephone call with Jack Healan regarding development of strategy for discussions with Prudential; conference call with Prudential business people, Grant Stein, Rick Thames and Jack Healan to discuss and address certain real estate sale process related issues and to develop understanding that debtor's proposed sale strategy was supported by Prudential. | 0.60 | $252.00 |
| 2/19/10 | GFD | Analysis of real estate aspects of proposed turnover agreement for debtor to turn over Amelia River Golf Course to National Bank of South Carolina, including analysis of issues related to assignment and assumption of city lease, potential rejection damages from lease, issues related to membership rights and National Bank of South Carolina's desire to avoid assuming membership obligations and analysis of claims and National Bank of South Carolina's deficiencies; telephone call with Jack Healan regarding same; telephone call with Rick Thames regarding same; correspondence with David Otero, counsel for National Bank of South Carolina; review of follow-up correspondence from David Otero regarding additional issues and National Bank of South Carolina's position on certain points; follow-up correspondence to David Otero. | 1.20 | $504.00 |
| 2/19/10 | GFD | Telephone conference with Jack Healan regarding Noble revised offer; analysis of Noble revised offer; preparation of checklist of issues and concerns requiring further negotiation with respect to Noble revised offer and areas to tighten offer for purpose of providing basis for plan of reorganization. | 2.30 | $966.00 |
| 2/19/10 | GFD | Correspondence to Lou Plasencia, broker handling sale of resort, regarding revised business terms of equity club proposal by Club board on sale website as well as including additional information on club equity proposal on sale process website; correspondence to Randy Addison, attorney for Club board, regarding status of discussions between Club business people and debtor management regarding updating financial model. | 0.30 | $126.00 |
| 2/22/10 | TJST | Review response from title underwriter regarding error in bearing call and telephone call to same; telephone calls to and from surveyor to discuss obtaining affidavit requested by title underwriter; research electronic files for copies of closing documents to create closing binders for acquisition of Villa parcels and subsequent loan modifications. | 5.60 | $1,120.00 |

**AMELIA ISLAND COMPANY**                                                      Page 10
Our Ref. No.: 073661-0103                                         Foley & Lardner LLP
Invoice No.: 32029125                                                  March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/22/10 | GFD | Conference with Jack Healan, President of Amelia Island, to develop strategy for upcoming call with Prudential's counsel; conference with Rick Thames to develop strategy for upcoming call with Grant Stein, counsel for Prudential; conference call with Grant Stein, Jack Healan and Rick Thames regarding real estate related issues concerning potential sale of Amelia Island and Club covenant running with land and matters related to sale and maximizing value and Prudential's concerns with respect to Prudential's mortgage indebtedness. | 0.90 | $378.00 |
| 2/22/10 | GFD | Conference with real estate broker. Lou Plasencia, and Amelia Island management and Rick Thames to discuss issues related to real estate sale process, including development of strategy for specific different potential purchasers and review of areas of concern of various constituencies related to real estate marketing process, with particular attention to demand by Club board to Mr. Plasencia that Club board be permitted to participate in discussions with every potential purchaser; legal analysis of real estate issues raised by Lou Plasencia; follow-up report to Rick Thames and Jack Healan. | 2.10 | $882.00 |
| 2/22/10 | GFD | Participate in weekly conference call with Rick Thames and debtor's management team related to real estate sale and financing issues. | 0.70 | $294.00 |
| 2/23/10 | TJST | Draft affidavits requested by title underwriter; follow-up regarding status of survey review in connection with golf course exception. | 1.90 | $380.00 |
| 2/24/10 | EML | Memo on alternative access to minute book for AIC for RMI review as part of potential purchaser's due diligence review. | 0.30 | $136.50 |
| 2/24/10 | EML | Memo on the title company review and approval of the draft plan language for the Club issues. | 0.40 | $182.00 |
| 2/24/10 | TJST | Revise affidavits with attorney comments and transmit to title underwriter for review; respond to emails from same regarding parcel list for limitation of golf course exception; transmit list to same. | 1.50 | $300.00 |
| 2/24/10 | JW | Research bankruptcy journals regarding land covenants in a Chapter 11 Plan. Draft memorandum relating to ability of debtor to modify club membership plan in a chapter 11 plan. | 2.50 | $712.50 |
| 2/24/10 | GFD | Correspondence with David Otero, attorney for National Bank of South Carolina, regarding National Bank of South Carolina's claim and Mr. Otero's general questions relating to sale process and status of bankruptcy. | 0.30 | $126.00 |
| 2/24/10 | GFD | Telephone call with Jay Smith, attorney for Red Maple Investors, regarding status of Red Maple's forthcoming offer; report to Jack Healan and Rick Thames. | 0.20 | $84.00 |

**AMELIA ISLAND COMPANY**                                              Page 11
Our Ref. No.: 073661-0103                                      Foley & Lardner LLP
Invoice No.: 32029125                                            March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/25/10 | JW | Research bankruptcy case law regarding definition of claim of purposes of a Chapter 11 Plan. Research case law regarding Chapter 11 Plan ability to modify contractual rights. Continue drafting memorandum relating to ability to modify club membership plan in a chapter 11 plan. | 4.10 | $1,168.50 |
| 2/25/10 | EML | Review the title company's revisions to the title affidavits for the legal description for the village parcel and revise the affidavit and memo to title company regarding the same. | 0.90 | $409.50 |
| 2/25/10 | EML | Memos to RMI attorneys on extent of the minute book that RMI wanted to review as part of potential purchaser's due diligence review of real estate issue. | 0.40 | $182.00 |
| 2/25/10 | TJST | Respond to email regarding title affidavits to amend scrivener's error; email and telephone call to surveyor regarding same; respond to email regarding status and relationship of entities in chain of title; review prior deeds from abstractor in contravention of recent transfers. | 2.50 | $500.00 |
| 2/25/10 | GFD | Telephone conference with Grant Stein, attorney for PRIAC, regarding PRIAC's concerns regarding status of revised plan based on previous input from PRIAC and need to expedite finalization of working draft plan and disclosure statement; conference call with Rick Thames and Jack Healan regarding strategy for addressing PRIAC's concern; extensive drafting of revisions to plan of reorganization based on debtor's management's concerns with PRIAC's proposed structure and need to incorporate various revisions relating to real estate sale process; follow-up telephone call with Jack Healan regarding update on process of revision of plan of reorganization. | 6.40 | $2,688.00 |
| 2/25/10 | GFD | Review and prepare suggested revisions for Rick Thames to draft debtor's response to motion to establish additional committee in order to make sure factual statements and positions are consistent with overall position and plan related to rights of Club members. | 0.40 | $168.00 |

**AMELIA ISLAND COMPANY**                                    Page 12
Our Ref. No.: 073661-0103                          Foley & Lardner LLP
Invoice No.: 32029125                                   March 19, 2010

| | | | | |
|---|---|---|---|---|
| 2/26/10 | GFD | Concerns expressed by Prudential regarding a "backup" credit bid auction option if sale does not close in order to expedite resort's exit from bankruptcy in the event that satisfactory bidders are not found or are unable to close; meeting with Rick Thames and Eric McKay to discuss strategy for negotiating with Prudential regarding plan of reorganization real estate provision potential revisions and to prepare for conference call with Prudential; conference call with Prudential and Prudential counsel, Rick Thames and Eric McKay to discuss proposed changes/revised structure from preliminary comment draft prepared by Prudential; continue extensive revisions of plan of reorganization relating to creation of second step backup credit bid auction and other provisions; telephone conference with Alan Weiss, attorney for Compass Bank, regarding proposed revised draft of plan of reorganization relating to real estate backup sale process; circulate revised draft to debtor's management, Prudential and Compass Bank and their counsel. | 7.80 | $3,276.00 |

Services Total:    140.80    $48,126.50

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Emerson M. Lotzia | EML | Partner | 13.60 | $455.00 | $6,188.00 |
| Gardner F. Davis | GFD | Partner | 62.60 | $420.00 | $26,292.00 |
| Danielle R. Whitley | DER | Senior Counsel | 0.80 | $410.00 | $328.00 |
| John J. Wolfel | JW | Associate | 30.10 | $285.00 | $8,578.50 |
| Tana J. Stringfellow | TJST | Paralegal | 33.70 | $200.00 | $6,740.00 |
| Totals | | | 140.80 | | $48,126.50 |

## Expenses Incurred

| | |
|---|---|
| Photocopying Charges - - VENDOR: DOWNTOWN BUSINESS CENTERS, INC PHOTOCOPIES | $34.24 |
| Photocopying Charges - - VENDOR: DOWNTOWN BUSINESS CENTERS, INC SCAN, NAE PDF, CD | $344.01 |
| Photocopying Charges - - VENDOR: IKON OFFICE SOLUTIONS PHOTOCOPIES | $95.87 |
| Expenses Total: | $474.12 |



**FOLEY & LARDNER LLP**
P.O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE (904) 359-2000
FACSIMILE (904) 359-8700
WWW.FOLEY.COM

Amelia Island Company
Attn: Mr. Jack B. Healan, Jr.
Amelia Island Plantation
P. O. Box 3000
Amelia Island, FL  32034

Date: February 24, 2010
Invoice No.: 32005982
Our Ref. No.: 073661-0103

---

Services through
January 31, 2010

Amount due for professional services rendered regarding                    $66,470.00
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

Total Expenses:          $1,198.00

**Total Amount Due:**          **$67,668.00**

---

**Please reference your account number 073661-0103 and your
invoice number 32005982 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**AMELIA ISLAND COMPANY**                                          Page 2
Our Ref. No.: 073661-0103                              Foley & Lardner LLP
Invoice No.: 32005982                                    February 24, 2010

_____

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 1/4/10 | GFD | Preliminary analysis of South Carolina Bankruptcy Court ruling in Daufuskie Island Properties, LLC  bankruptcy relating to sale of resort properties and treatment of club members' potential liens on real estate property; meeting with Jack Healan, President of debtor, and Bob Smith, President of Red Maple, to discuss matters related to potential sale of real estate and strategy for potential Red Maple investment in real estate; meet with creditors' committee counsel, Prudential counsel and Rick Thames to resolve final issues related to final hearing on financing order; attend hearing on financing order; meet with Betsy Cox, attorney for club members, and Jack Healan and Prudential to discuss current status of real estate process and potential alternative treatments of club members and club members' concerns and desire to participate in dialogue and preferably conduct equity purchase of golf course; status conference call with Jack Healan, debtor's senior management team and Rick Thames to provide input and advice regarding real estate issues, including strategy related to broker and various potential purchasers; conference call with David Otero, National Bank of South Carolina counsel, regarding efforts to dispose of Amelia River Golf Course. | 6.30 | $2,583.00 |
| 1/4/10 | EML | Prepare for and conduct the Microsoft Live meeting with A. Gomez and S. Kalmanson at Commonwealth regarding the B-1-28 Company Approval requirement and B-2-143 golf course requirements in connection with efforts to address title insurance/ on pay reservations and concerns regarding title insurance. | 2.40 | $1,068.00 |
| 1/4/10 | EML | Review comments from Priac on title B-1 requirements and memos to and from title company regarding the same and resolving the same in connection with efforts to negotiate title insurance coverage. | 2.30 | $1,023.50 |
| 1/4/10 | JW | Legal research regarding precedents in other Resort bankruptcies and treatment of Club member's legal rights in other Resort bankruptcies. Review motions and orders in precedent bankruptcies for information related to club member's rights upon a sale free and clear. | 1.10 | $302.50 |

**AMELIA ISLAND COMPANY**  Page 3
Our Ref. No.: 073661-0103  Foley & Lardner LLP
Invoice No.: 32005982  February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/5/10 | GFD | Telephone call with Robert Goldstein, attorney for MetLife, regarding MetLife's ongoing efforts related to potential purchase of property and discussion of potential structuring issues for MetLife's potential offer; meeting with Emerson Lotzia to review and analyze title insurance commitment issues, status of title insurance commitment and related real estate issues; prepare for and participate in conference call with Lou Plasencia and the TPG Group (real estate broker) and Jack Healan relating to development of strategy for marketing of real estate, technical bankruptcy issues which impact marketing process and related legal and business issues; follow-up telephone call with Jack Healan regarding real estate related issues and impact on reorganization; research regarding Daufuskie Island bankruptcy, the adversary proceeding relating to the rights of the Melrose Club and related bankruptcy issues in connection with analyses of treatment of Club member rights in precedent Golf Resort bankruptcies; participate in conference call with creditors' committee counsel and Eric McKay and Emerson Lotzia regarding creditors' committee's comments to draft "stalking horse" purchase contract and strategy for marketing and potential revisions; update checklist related to stalking horse bid and issues requiring consideration in sale process. | 5.60 | $2,296.00 |
| 1/5/10 | EML | Revise the Form Asset Purchase Agreement for use in auction of Resort assets per the comments from the Creditors's Committee and telephone conference with P. Rosenblatt and E. Heineman regarding Creditor's Committees comments on the draft Purchase Agreement. | 4.30 | $1,913.50 |
| 1/6/10 | GFD | Follow-up at request of Robert Goldstein, attorney for MetLife, regarding access to portions of disclosure schedules listing assets in electronic format; follow-up with Steven Kind with TPG Group regarding request of MetLife. | 0.20 | $82.00 |
| 1/6/10 | EML | Receipt of the revised title insurance commitment regarding the B-1 requirements and analyze the changes and analysis of potential strategy to address title insurance company concerns in order to attempt to get satisfactory title insurance policy coverage for Buyer ; Structure the analysis of the new RMI offer and the affect on the club structure; analyze how the Cooper family leased property will be positioned on the sale. | 3.40 | $1,513.00 |
| 1/6/10 | EML | Revise the indemnity sections of the form contract. | 1.20 | $534.00 |
| 1/6/10 | EML | Telephone conference with S. Kalmanson (title company) regarding the golf course title exception and analyze the Tesoro argument for the Club and the affect on the title. | 0.70 | $311.50 |
| 1/6/10 | TJST | Review numerous email and attachments and respond as required; review legal descriptions, maps and revised commitments; prepare notes regarding underwriting decisions for policy coverage amounts, requirements and exceptions. | 2.00 | $380.00 |

**AMELIA ISLAND COMPANY**                                                    Page 4
Our Ref. No.: 073661-0103                                      Foley & Lardner LLP
Invoice No.: 32005982                                           February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/6/10 | JW | Research two recent bankruptcy cases that dealt with issues related to golf club members and their membership rights applicable to a buyer in a 363 sale. (4.0) Analyze and draft summaries of raser per request Rich Thames and Jack Healan in order to analyze the two cases in order to develop a potential strategy for the Debtor moving forward with respect to Club member real estate lien issues. (1.5). | 5.50 | $1,512.50 |
| 1/6/10 | SLTR | Correspondence with Commonwealth Land Title regarding filing of Partial Release. Review and assemble various correspondence with Underwriter regarding comments to Title Commitment. | 0.70 | $119.00 |
| 1/6/10 | GFD | Continue analysis of membership plan, recorded as exhibit to nondisturbance agreement and independent covenant and various issues arising from membership plan on rights of Club members, Prudential and debtor with respect to future operation of Club and Club member's claim for mortgage securing repayment of deposit; analysis of right of first refusal purchase option in favor of Club in membership plan and implication on sale of property; work on preparation of white paper addressing membership plan issues. | 4.70 | $1,927.00 |
| 1/7/10 | TJST | Review annual report notice and procedure for on-line filing; consideration of issues regarding same. | 0.50 | $95.00 |
| 1/7/10 | JWA | Review research questions with G.Davis and E.Lotzia and conduct research re elements of mortgage (ie granting clause) in connection with analysis of whether Club members's refund obligations are secured by mortgage. . | 1.10 | $286.00 |
| 1/7/10 | GFD | Review of proposed letter of intent from Noble Hospitality Fund, LLC in preparation for upcoming meeting with Noble; telephone conference with Jack Healan, President of AIC and Lou Plasencia, broker, regarding suggestion to cancel upcoming meeting with Noble; follow-up with Brian Butler, attorney for Noble, regarding cancellation of meeting. | 0.30 | $123.00 |
| 1/7/10 | TJST | Review annotated maps and notes from client; prepare notes regarding ancillary parcels not included in title search and brief discussion with attorney regarding same; revise and finalize inventory. | 4.90 | $931.00 |
| 1/7/10 | EML | Draft memo to A. Gomez and S. Kalmanson at the title company regarding the title exceptions for the Non-Disturbance Agreement and the issues with what parts of the club plan are covenants running with the land and therefore can not be canceled by the Bankruptcy Court. | 2.40 | $1,068.00 |
| 1/7/10 | EML | Analyze the title aspects of the Club Plan being part covenant running with the land and part personal obligation and structure the research project for determining if the Club Plan or Non-Disturbance Agreement created a mortgage under Florida law. | 1.70 | $756.50 |

**AMELIA ISLAND COMPANY**                                              Page 5
Our Ref. No.: 073661-0103                                      Foley & Lardner LLP
Invoice No.: 32005982                                           February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/7/10 | JW | Research regarding whether club membership document is a covenant running with the land. Draft case summaries of the Tersoro bankruptcy case, which has similar facts and membership rights issues. | 2.50 | $687.50 |
| 1/7/10 | GFD | Continue analysis of legal and business implications of membership plan, which is recorded as part of the nondisturbance agreement and purports to create a covenant running with the land on rights of members, secured lender and debtor, including in-depth analysis of Tesoro bankruptcy (Southern District of Florida) which involved 363 sale of entire estate subject to covenants running with the land and now contains contested adversary proceeding between Club members and purchaser and the Daufuskie Island bankruptcy, dealing with right of first refusal for Club members for Club property; preliminary report to Jack Healan; continue drafting white paper analyzing in detail the issues in order to set out Debtor's position in settlement negotitation with Club memebers and Prudential. | 5.30 | $2,173.00 |
| 1/8/10 | JWA | Conduct research re granting clause in mortgages, covenants and touch and concern requirements in connection with analysis of Members legal rights; draft memorandum inserts for G.Davis re same. | 7.30 | $1,898.00 |
| 1/8/10 | GFD | Review of revised letter of intent from Noble Hospitality Fund, LLC relating to purchase of real estate assets. | 0.20 | $82.00 |
| 1/8/10 | EML | Analyze the Florida law requirements for filing a mortgage and covenants and restrictions running with the land; memo on the right of First offer in the Club plan and requesting title company's position on making it a B-1 requirement. | 1.40 | $623.00 |
| 1/8/10 | EML | Memo from and to L. Palmisano regarding the questions on the wire amounts for the title insurance for the PRIAC future advance; analyze the questions on the legal attached to the Non-Disturbance Agreement for the Club Plan analysis. | 0.40 | $178.00 |
| 1/8/10 | JW | Draft insert to White Paper Settlement Document for the strategy for dealing with the club membership. | 0.60 | $165.00 |
| 1/8/10 | GFD | Continue preparation of white paper analyzing respective rights and obligations of members, Prudential and debtor with respect to Club issue arising from membership plan recorded as purported covenant running with the land pursuant to nondisturbance agreement; multiple telephone calls with Jack Healan and Rick Thames regarding same; circulate preliminary working internal draft of settlement White Paper on Club real estate issue. | 7.20 | $2,952.00 |

**AMELIA ISLAND COMPANY**                                              Page 6
Our Ref. No.: 073661-0103                                    Foley & Lardner LLP
Invoice No.: 32005982                                          February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/11/10 | GFD | Telephone conference with Jack Healan regarding development of Club strategy and proposed framework for resolving Club issues prior to confirmation hearing; call with Rick Thames and Eric McKay regarding their feedback and input to white paper addressing Club issues; work on revision of white paper regarding Club issues including additional legal research and analysis; telephone conference with Lou Plasencia and Jack Healan regarding real estate sale strategy as well as need to resolve Club issue in order to maximize value of sale; discussion and analysis with Lou Plasencia and Jack Healan of Noble amended letter of intent and discussion of legal issues and concerns with Noble LOI and potential requested legal changes to LOI as well as general development of legal and business strategy for conducting further negotiations with Noble regarding real estate purchase; agenda conference call with Rick Thames and Jack Healan and AIC senior management to review real estate issues and financing issues, including matters related to DIP loan facility; circulate white paper; correspondence with counsel for Red Maple regarding Club issue resolution strategy. | 4.60 | $1,886.00 |
| 1/11/10 | JWA | Conduct research re horizontal privity and ownership interest requirement in connection with analysis of Member's legal rights; draft memo insert for G.Davis re same; conduct research re right of first refusal and covenants running with the land; draft memo insert for G.Davis re same. | 5.60 | $1,456.00 |
| 1/11/10 | EML | Review legals of Company property that has not been searched but are shown as owned by the Company in the Nassau County Property Records. | 1.40 | $623.00 |
| 1/11/10 | EML | Analyze the provisions of the Club White paper in connection with what the title company may desire from the Bankruptcy Court. | 1.30 | $578.50 |
| 1/11/10 | EML | Memos to J. Healan and L. Plasencia regarding the missing title information on ancillary parcels and general status of the title commitment. | 0.80 | $356.00 |
| 1/11/10 | EML | Telephone conference with Title Company regarding the golf course exceptions and the non-disturbance agreement and independent covenant. | 1.20 | $534.00 |
| 1/11/10 | TJST | Review ancillary parcel research with attorney; cross-check same; telephone calls to and from client regarding ancillary parcel legal descriptions; participate in conference call with regional underwriting counsel regarding exception for golf course lands and right of first offer in club plan. | 6.70 | $1,273.00 |

**AMELIA ISLAND COMPANY**                                                                                        Page 7
Our Ref. No.: 073661-0103                                                                              Foley & Lardner LLP
Invoice No.: 32005982                                                                                      February 24, 2010

| 1/11/10 | JW | Research bankruptcy court decisions on whether 363(f) can be used to sell the estate free and clear of the club membership document. (1.9) Research bankruptcy court decisions on whether an option to repurchase is a covenant running with the land. (1.0). | 2.90 | $797.50 |
|---|---|---|---|---|
| 1/12/10 | JWA | Review email from G.Davis enclosing revisions to memorandum and review revisions to same. | 0.10 | $26.00 |
| 1/12/10 | SLTR | Correspondence with EML regarding title/survey. Request closed Florida Title Agency file. (073661.0216 - Amelia Village). | 0.40 | $68.00 |
| 1/12/10 | SLTR | Correspondence regarding status of open Title Commitments. Correspondence requesting closed Florida Title Agency files. | 0.30 | $51.00 |
| 1/12/10 | EML | Analyze the possible tasks for the removal of the golf course exception via Bankruptcy and the requirement of notice and memo to A. Gomez at title company. | 0.80 | $356.00 |
| 1/12/10 | TJST | Follow-up with client regarding availability of legal descriptions for ancillary parcels; prepare email to client regarding revisions to items posted on due diligence web-site; draft email to title company regarding real estate parcel identification numbers, cross-check and verification of same; research regarding legal descriptions. | 4.60 | $874.00 |
| 1/13/10 | GFD | Telephone conference with Jack Healan to prepare for conference call with Greenberg Traurig on club issues; conference call with Greenberg Traurig and Rick Thames to discuss white paper on club issues, Greenberg Traurig's input as special club counsel and preliminary development of strategy; follow-up telephone call with Jay Smith, counsel for Red Maple, regarding proposed framework for resolving club issues. | 1.50 | $615.00 |
| 1/13/10 | EML | Review the legals for the Village Parcels, the Little Dunes Parcels and materials for the Sandcastle Conference Rooms. | 1.20 | $534.00 |
| 1/13/10 | EML | Revise the strategy Horse Asset Purchase Agreement per additional imput from Creditor's Committee. | 3.60 | $1,602.00 |
| 1/13/10 | TJST | Review archived files, maps and surveys for ancillary parcel legal descriptions; download and review deeds in connection with same; revisions to draft email to title company regarding searches on ancillary parcels and discuss same with attorney; consideration of issues regarding filing of annual report. | 5.60 | $1,064.00 |

**AMELIA ISLAND COMPANY**                                                                    Page 8
Our Ref. No.: 073661-0103                                                        Foley & Lardner LLP
Invoice No.: 32005982                                                              February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/14/10 | GFD | Correspondence with Robert Goldstein, attorney for Met Life, regarding Met Life concerns and issues related to purchase process, including issues related to Club and resolution of Club claims; telephone conference call with Rick Thames, Steve Busey and Smith Hulsey lawyers regarding Red Maple's proposed offer and concerns relating to Club issues and request for alternative approach for dealing with Club issues; extended meeting with Rick Thames and Eric McKay to address strategy for Club issues; legal research regarding Club issues raised by potential purchaser; draft and revise second white paper outline of alternative approach for dealing with Club issues through confirmation and sale free and clear; circulate white paper internally to Jack Healan and Rick Thames. | 4.80 | $1,968.00 |
| 1/14/10 | TJST | Review Sandcastles condominium declaration; revise email to title company for memo structure and assemble attachments; consideration of issues regarding same. | 4.10 | $779.00 |
| 1/15/10 | GFD | Telephone call with Rick Thames regarding his input and suggestions to second white paper relating to reorganization structure; telephone conference with Jack Healan regarding Mr. Healan's comments and input to second white paper on reorganization structure and approach to dealing with Club; correspondence to Lou Plasencia, broker handling potential sales process and to Steve Busey, representing potential purchaser, regarding second white paper; telephone call with Greenberg Traurig attorneys regarding Club matters in preparation for upcoming meeting to discuss strategy for dealing with Club. | 0.40 | $164.00 |
| 1/19/10 | GFD | Review of revised asset purchase agreement for Amelia to be used as stalking horse contract; preparation of list of issues for discussion related to asset purchase agreement. | 1.20 | $492.00 |
| 1/19/10 | EML | Revise the Asset Purchase Agreement and memo on the summary of the revisions; Review and memo on the title searches for the ancillary parcels; Memos from K. Daw and RMI regarding the permits that need to be searched and AIPCA common property which is separate and distinct from Club Facilities. | 3.10 | $1,379.50 |
| 1/19/10 | TJST | Review Sandcastle condominium materials from archived files for prior title; review email from client regarding legal descriptions. | 0.60 | $114.00 |

**AMELIA ISLAND COMPANY**                                    Page 9
Our Ref. No.: 073661-0103                          Foley & Lardner LLP
Invoice No.: 32005982                                February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/19/10 | GFD | Preliminary meeting with Greenberg Traurig Club attorneys to review second white paper relating to alternative approach for restructuring Club rights in bankruptcy; meeting with Greenberg Traurig and Rick Thames and Jack Healan to discuss potential Club resolution, strategy and related real estate issues; conference call with Greenberg Traurig and Amelia Island management and real estate broker/financial advisor in order to obtain real estate broker's input to proposed club plan resolution; meeting with Red Maple Investors attorney regarding Club plan issues and proposed resolution; conference call with Betsy Cox, attorney for Club board, regarding proposed Club resolution; conference call with Greenberg Traurig, AIC management and Prudential and Prudential counsel to review Club plan resolution. | 5.70 | $2,337.00 |
| 1/20/10 | TJST | Review voice and email from B. Moore regarding legal descriptions for development parcels; review and revise memo to title company regarding same; assemble additional support documentation with prior title evidence; prepare notes regarding title exception for golf course lands and affected parcels. | 1.40 | $266.00 |
| 1/20/10 | EML | Analyze the title company's position on the first offer and the general golf course exception; Review the underwriting guidelines for Section 363 (f) Bankruptcy Court sales and the notice requirements and apply to the title company's position; finalize the ancillary property to title search. | 2.80 | $1,246.00 |
| 1/20/10 | EML | Analyze the Bankruptcy path for the various sale proposals anticipated and review the suggested changes to the asset purchase agreement. | 1.30 | $578.50 |
| 1/21/10 | JATU | Telephone call with Tim Seyda regarding lawsuit status; email to client and Rich Thames regarding next steps; review and respond to email regarding next steps. | 0.60 | $225.00 |
| 1/21/10 | JATU | Telephone call with Jack Harland. | 0.20 | $75.00 |
| 1/21/10 | EML | Memo to title company regarding the sale of the property free and clear of the Club Plan. | 0.60 | $267.00 |
| 1/21/10 | EML | Memos from and to K. Daw, RMI's attorney, regarding the permits and AIPCA member rights to the Club Property; Revise the Asset purchase agreement. | 1.70 | $756.50 |

**AMELIA ISLAND COMPANY**                                              Page 10
Our Ref. No.: 073661-0103                                     Foley & Lardner LLP
Invoice No.: 32005982                                          February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/21/10 | GFD | Telephone conference with Keith Daw, attorney for Red Maple Investors, regarding various real estate issues related to Red Maple's proposed offer, including Club member covenant and claim issues and proposed resolution; correspondence to Jack Healan and Rick Thames regarding real estate issues of Club members and concern of Red Maple; telephone conference with Betsy Cox, attorney for Club members, regarding Club member issues and efforts to resolve; follow-up correspondence with Jack Healan regarding Club member concern; preliminary analysis of Greenberg Traurig term sheet for Club facilities and membership program and develop list of items to discuss with AIC management and Greenberg Traurig regarding Greenberg term sheet. | 2.30 | $943.00 |
| 1/22/10 | EML | Proof and revise the Asset purchase agreement and memo to J. Heineman and others regarding the same and a summary of the changes. | 1.40 | $623.00 |
| 1/22/10 | EML | Memo from and to L. Plasencia regarding who Justin Heineman represents. | 0.20 | $89.00 |
| 1/22/10 | EML | Telephone conference with B. Moore regarding the permit questions raised by K. Daw and specifically the consumptive use permit, Long Point Development Orders and planning and development agreement for the core plantation and the general title insurance exception for implied golf course rights and the aerial maps of the golf course. | 1.20 | $534.00 |

**AMELIA ISLAND COMPANY**
Our Ref. No.: 073661-0103
Invoice No.: 32005982

Page 11
Foley & Lardner LLP
February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/22/10 | GFD | Receipt and review of message from Bob Smith, President of Red Maple Investors, regarding Mr. Smith's views on potential Club plan solution; telephone conference with Jay Smith, attorney at Smith Hulsey for Red Maple Investors regarding Mr. Smith's inquiry; telephone conference with Jack Healan, President of Amelia Island Company, regarding Red Maple inquiry; conference call with Mr. Smith and Mr. Healan regarding Red Maple's position on proposed Club plan resolution; conference call with Greenberg Traurig lawyers, Jack Healan and Rick Thames to discuss draft Amelia Island term sheet for Club facilities and membership plan (so-called "proposed Club solution"), including discussion of general Club strategy and specific comments to Club plan; follow-up telephone call with Jack Healan to discuss Jack Healan's concerns regarding real estate issues and specific Club related issues; telephone conference with Lou Plasencia, real estate broker handling sale of real estate, regarding Mr. Plasencia's concerns of how Club issues must be resolved to facilitate sale of real estate at maximized value; conference call with Greenberg Traurig lawyers and Jack Healan and Rick Thames with Prudential and Prudential lawyers to explain Club plan to Prudential lawyers, to determine Prudential's concerns and to build preliminary agreement on strategy for Club plan; telephone call with Betsy Cox, attorney for existing Club board, regarding moving forward and scheduling meeting with Club board attorneys; correspondence with Grant Stein, attorney for Prudential, regarding additional Club related issues. | 4.50 | $1,845.00 |
| 1/22/10 | GFD | Final review and revision of revised draft asset purchase agreement to be used as stalking horse contract and review of disclosure to creditors' committee, Prudential and various interested creditors. | 0.30 | $123.00 |
| 1/25/10 | TJST | Review surveys and legal descriptions and prepare notes for limitation of golf course exception to specific parcels. | 4.20 | $798.00 |
| 1/25/10 | GFD | Telephone call with Greenberg Traurig lawyers regarding Club real estate issues and white paper; revise white paper based on input from Greenberg Traurig lawyers. | 0.50 | $205.00 |
| 1/25/10 | GFD | Participate in portion of debtor's weekly status call to address real estate issues per instructions of Rick Thames. | 0.40 | $164.00 |
| 1/26/10 | EML | Memos from and to A. Ricks regarding the Non-Disturbance Agreement and the title requirements for removing it as an exception. | 0.40 | $178.00 |
| 1/26/10 | EML | Prepare for and call with A. Ricks and J. Reinhardt at Commonwealth Land Title Company regarding the 363 (f) or 1141 (c) sale/discharge of the Non-Disturbance Agreement; Analyze the Title Company's reluctance to rely upon 363 (m) for insuring despite an appeal of the Club issues. | 1.40 | $623.00 |

**AMELIA ISLAND COMPANY**                                                    Page 12
Our Ref. No.: 073661-0103                                          Foley & Lardner LLP
Invoice No.: 32005982                                               February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/26/10 | TJST | Continued review of surveys and legal descriptions and prepare notes for limitation of golf course exception to specific parcels. | 2.80 | $532.00 |
| 1/26/10 | GFD | Prepare for and participate in conference call with Alston & Bird, attorney for Prudential, and debtor's counsel to review and explain debtor's proposed approach to resolving real estate related lien issues arising from Club membership plan and recorded noninsurable agreement and soliciting Prudential's support and input to proposal; follow-up telephone call with Jack Healan to discuss Prudential's response; correspondence to Grant Stein confirming upcoming meeting with Club board counsel, status as privileged settlement discussions and related matters. | 1.10 | $451.00 |
| 1/26/10 | GFD | Extended conference call with Commonwealth Title Insurance Company senior underwriters to discuss noninsurable agreement related to Club membership and need for title insurance policy which will insure over issues based on Bankruptcy Court order and Commonwealth Title Insurance Company's concerns that Commonwealth may not be able to issue title policy, including discussion of legal issues and identification of issues as to which Commonwealth Title Insurance Company requests further information for its consideration of whether to issue title insurance policy; follow-up notes regarding issues requiring additional research and briefing to title insurance company. | 0.70 | $287.00 |
| 1/27/10 | EML | Memo from K. Daw regarding the existing title information on the Amelia Property and memo to K. Daw regarding the structure of the new title commitment and the problems that the title company was having with the deletion of the Non-Disturbance Agreement with the potential 363(f) sale and 1141(c) confirmation order and the general golf course exception. | 1.90 | $845.50 |
| 1/27/10 | EML | Telephone conference with J. Smith and K. Daw and other Smith & Hulsey attorneys regarding the structure of the Prudential and Compass loan documents and the properties encumbered thereby and the structure of the proposed reorganization; prepare Prudential Loan documents for review of RMI. | 1.40 | $623.00 |
| 1/27/10 | TJST | Prepare list of parcels for limitation of golf course title insurance exception; consideration of issues regarding RMI due diligence and loan document review; review and assemble files for same; telephone call to client to request copies of current modification of Compass loan documents. | 4.00 | $760.00 |

**AMELIA ISLAND COMPANY**                                                    Page 13
Our Ref. No.: 073661-0103                                          Foley & Lardner LLP
Invoice No.: 32005982                                                February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/27/10 | GFD | Extended telephone call with Jay Smith and Keith Daw, attorneys for Red Maple, regarding Red Maple's due diligence process and proposed formulation of offer; telephone conference with Jack Healan regarding Red Maple due diligence process; review of files for information as requested by Red Maple and forward to Jay Smith. | 0.50 | $205.00 |
| 1/28/10 | EML | Memos from to K. Daw regarding existing surveys and Asset Purchase Agreement and structure therefor; Analyze structure for future review of Prudential documents and conference with C. Henderson regarding RMI's review of the Prudential documents. | 1.40 | $623.00 |
| 1/28/10 | EML | Memo from L. Plasencia on RMI status and memo to J. Healan regarding the same. | 0.30 | $133.50 |
| 1/28/10 | TJST | Follow-up with client regarding copies of Compass loan modification documents; assemble Prudential documents for due diligence production; begin assembling Compass loan documents; prepare transmittal to RMI counsel transmitting due diligence; telephone call from same regarding real property inventory and surveys. | 4.80 | $912.00 |
| 1/28/10 | GFD | Correspondence with Greenberg Traurig attorneys regarding language to be added to draft term sheet for resolution of Club real estate issues to protect settlement discussions and to protect from discovery by third parties; draft and revise proposed language and forward to Greenberg Traurig; follow-up with Greenberg Traurig regarding language in various situations. | 0.30 | $123.00 |
| 1/28/10 | GFD | Telephone call with Betsy Cox to prepare for video conference on Club issues; telephone call with Greenberg Traurig to prepare for upcoming video conference (January 29) on Club issues; telephone call with Jack Healan, President of Amelia Island Company, regarding his recommendations, observations and concerns relating to efforts to resolve Club real estate related issues. | 0.30 | $123.00 |
| 1/28/10 | GFD | Follow-up legal research and analysis of issues raised by title insurance company in telephone conference with senior title insurance underwriters, relating to Club plan and jurisdiction and authority of Bankruptcy Court to sell free and clear of certain liens and encumbrances as a prerequisite to title insurance company's providing title insurance, which debtor's financial advisor/broker believes is very important to securing best price for property (partial research of issue). | 1.80 | $738.00 |
| 1/29/10 | EML | Analyze the hotel and golf course exemptions from the Hart Scott Rodino filing requirement for Amelia Island Plantation Asset Purchase Agreement. | 0.40 | $178.00 |

**AMELIA ISLAND COMPANY**                                             Page 14
Our Ref. No.: 073661-0103                                        Foley & Lardner LLP
Invoice No.: 32005982                                            February 24, 2010

| | | | | |
|---|---|---|---|---|
| 1/29/10 | EML | Analyze the List of parcels affected by the golf course exception in B-2-143 of the title commitment and compare to the surveys and revise the List and memo to the title company regarding the list and the specific exclusions of some parcels (e.g. the Hotel, Conference Center and Beach Club). | 2.30 | $1,023.50 |
| 1/29/10 | EML | Memos from A. Ricks and S. Kalmanson regarding the surveys for the golf course exception and memo to S. Kalmanson regarding forwarding the electronic copy of the surveys; Telephone conference with S. Kalmanson regarding the copies of the surveys and the review time. | 0.50 | $222.50 |
| 1/29/10 | GFD | Preliminary conference call with Greenberg Traurig lawyers to develop strategy and prepare for video conference call with Club attorneys in order to present debtor's Club real estate sale proposal; participate in extended video conference with Club board attorneys regarding debtor's proposal for resolution of real estate issues related to Club noninsurable agreement and independent covenant and potential solution for Club issues; follow-up meeting with Betsy Cox, bankruptcy attorney for Club board, to discuss further the debtor's analysis of real estate issues related to Club memberships and Club member rights and to explore potential resolution; preparation of white paper for Club board attorneys sharing legal analysis of multiple complex real estate issues related to Club members' rights under recorded documents; telephone conference with Jack Healan, president of Amelia Island Company, regarding Club call; telephone call with Rick Cooper, director of Amelia Island Company, regarding call on Club issues. | 3.80 | $1,558.00 |
| 1/29/10 | GFD | Correspondence with Paul Rosenblatt, attorney for creditors' committee, regarding creditors' committee investigation of liens and security interests on Amelia Island Company assets; follow-up with Paul Rosenblatt regarding sharing research by Foley & Lardner on liens and lien analysis and lien searches. | 0.20 | $82.00 |

Services Total:  192.6  $66,470.00

**Professional Services Summary**

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Emerson M. Lotzia | EML | Partner | 52.80 | $445.00 | $23,496.00 |
| Gardner F. Davis | GFD | Partner | 64.70 | $410.00 | $26,527.00 |
| John A. Tucker | JATU | Partner | 0.80 | $375.00 | $300.00 |
| John  J. Wolfel | JW | Associate | 12.60 | $275.00 | $3,465.00 |
| Joanna A. White | JWA | Associate | 14.10 | $260.00 | $3,666.00 |
| Sara L. McGraw | SLTR | Paralegal | 1.40 | $170.00 | $238.00 |
| Tana J. Stringfellow | TJST | Paralegal | 46.20 | $190.00 | $8,778.00 |
| Totals | | | 192.60 | | $66,470.00 |

**AMELIA ISLAND COMPANY**                                                                 Page 15
Our Ref. No.: 073661-0103                                                      Foley & Lardner LLP
Invoice No.: 32005982                                                            February 24, 2010

Expenses Incurred

| Description | Amount |
|---|---|
| C-T Corporation System - - VENDOR:  CT CORPORATION SYSTEM SERVICE | $1,198.00 |
| Expenses Total: | $1,198.00 |



FOLEY & LARDNER LLP
P.O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE (904) 359-2000
FACSIMILE (904) 359-8700
WWW.FOLEY.COM

Amelia Island Company                                  Date: January 14, 2010
Attn: Mr. Jack B. Healan, Jr.                          Our Ref. No.: 073661
Amelia Island Plantation
P. O. Box 3000
Amelia Island, FL  32034

---

## Statement of Account

---

**Outstanding Invoices:**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 07/16/08 | 29065804 | $19,394.93 | ($8,480.43) | $10,914.50 |
| 08/08/08 | 29074121 | $3,532.77 | ($504.77) | $3,028.00 |
| 09/11/08 | 29088514 | $9,793.99 | ($63.99) | $9,730.00 |
| 10/07/08 | 29098087 | $50,597.36 | ($3,222.36) | $47,375.00 |
| 11/07/08 | 29110835 | $59,632.85 | ($1,294.85) | $58,338.00 |
| 12/09/08 | 29125010 | $38,575.55 | ($10,961.23) | $27,614.32 |
| 01/09/09 | 29138978 | $26,765.25 | ($1,377.75) | $25,387.50 |
| 02/11/09 | 31000376 | $342.00 | $0.00 | $342.00 |
| 02/11/09 | 31000377 | $2,240.00 | $0.00 | $2,240.00 |
| 02/11/09 | 31000378 | $16,932.73 | ($613.23) | $16,319.50 |
| 02/11/09 | 31000379 | $17,361.26 | ($1,019.26) | $16,342.00 |
| 02/19/09 | 31004445 | $85.00 | $0.00 | $85.00 |
| 03/10/09 | 31011136 | $10,443.61 | ($184.11) | $10,259.50 |
| 03/10/09 | 31011137 | $50,249.32 | ($427.32) | $49,822.00 |
| 03/17/09 | 31015557 | $168.24 | ($6.24) | $162.00 |

---

**Please reference your account number 073661-0103 and your
invoice number 31135814 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
P.O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE (904) 359-2000
FACSIMILE (904) 359-8700
WWW.FOLEY.COM

| 03/17/09 | 31015558 | $1,467.80 | ($135.30) | $1,332.50 |
| 03/17/09 | 31015559 | $1,195.00 | $0.00 | $1,195.00 |
| 03/17/09 | 31015566 | $20,925.14 | ($372.14) | $20,553.00 |
| 03/19/09 | 31016470 | $112.42 | ($1.42) | $111.00 |
| 04/10/09 | 31024293 | $221.00 | $0.00 | $221.00 |
| 04/10/09 | 31024296 | $231.40 | ($44.40) | $187.00 |
| 04/10/09 | 31024297 | $8,117.00 | ($1,493.69) | $6,623.31 |
| 04/10/09 | 31024298 | $13,010.30 | ($433.80) | $12,576.50 |
| 04/10/09 | 31024299 | $110,192.30 | ($552.30) | $109,640.00 |
| 04/10/09 | 31024324 | $1,462.50 | $0.00 | $1,462.50 |
| 04/28/09 | 31031149 | $37.16 | ($0.16) | $37.00 |
| 04/28/09 | 31031150 | $741.17 | ($1.17) | $740.00 |
| 05/08/09 | 31034652 | $47,734.43 | ($719.93) | $47,014.50 |
| 06/16/09 | 31051779 | $42,421.44 | ($10,817.80) | $31,603.64 |
| 07/16/09 | 31063802 | $21,812.32 | $0.00 | $21,812.32 |
| 08/07/09 | 31071051 | $10,931.20 | $0.00 | $10,931.20 |
| 09/04/09 | 31083463 | $23,358.67 | $0.00 | $23,358.67 |
| 10/08/09 | 31095779 | $33,048.55 | ($4,463.01) | $28,585.54 |
| 11/12/09 | 31108856 | $10,482.01 | ($4,780.50) | $5,701.51 |
| 11/12/09 | 31130601 | $694.30 | $0.00 | $694.30 |

*Total Balance Outstanding:*    $602,339.81

**Current Invoice:**

| **Date** | **Invoice No.** | **Amount** | **Credits** | **Balance** |
|---|---|---|---|---|
| 1/14/10 | 31135814 | $145,742.05 | $0.00 | $145,742.05 |

**Please reference your account number 073661-0103 and your invoice number 31135814 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
P.O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE (904) 359-2000
FACSIMILE (904) 359-8700
WWW.FOLEY.COM

**Total Amount Due:**          **$748,081.86**

---

**Please reference your account number 073661-0103 and your invoice number 31135814 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800



FOLEY & LARDNER LLP
P.O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE (904) 359-2000
FACSIMILE (904) 359-8700
WWW.FOLEY.COM

Amelia Island Company                                    Date: January 14, 2010
Attn: Mr. Jack B. Healan, Jr.                            Invoice No.: 31135814
Amelia Island Plantation
P. O. Box 3000
Amelia Island, FL  32034

---

Services November 13, 2009 through December 31, 2009

## Summary of Services

| Our Ref. | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 073661-0103 | CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL ESTATE AND FINANCE MATTERS | $145,088.50 | $653.55 | $145,742.05 |
| | **Totals:** | **$145,088.50** | **$653.55** | **$145,742.05** |
| | **Total Amount Due:** | | | **$145,742.05** |

**Please reference your account number 073661-0103 and your invoice number 31135814 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**AMELIA ISLAND COMPANY**                                                      Page 5
Our Ref. No.: 073661-0103                                        Foley & Lardner LLP
Invoice No.: 31135814                                               January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

_____

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 11/13/09 | SLTR | Telephone conversation with lender's counsel regarding PRIAC future advance title request. Correspondence with TJST regarding same. Draft correspondence to Commonwealth Land Title requesting Title Commitment. Open Title Insurance Policy file for Florida Title Agency. | 0.50 | $85.00 |
| 11/13/09 | EML | Telephone conference with L. Plasencia regarding the next move with Met Life and the other potential bidders. | 0.40 | $178.00 |
| 11/13/09 | TJST | Discussion with title agency manager regarding title update request for future advance. | 0.30 | $57.00 |
| 11/13/09 | GFD | Telephone conference with counsel for Prudential and Rick Thames, counsel for debtor, regarding matters relating to DIP loan; telephone conference with S. Busey, counsel for Red Maple, proposed DIP lender, regarding DIP loan issues; telephone conference with Rick Thames regarding discussion of DIP loan issues, development of strategy for DIP hearing and corporate finance related legal concerns. | 1.50 | $615.00 |
| 11/15/09 | GFD | Work on preparation for upcoming hearing on Amelia Island DIP financing loan; multiple telephone calls with J. Healan regarding Amelia Island issues for real estate; preparation of checklist of issues for closing DIP loan and for matters related to choice between Prudential loan and Red Maple loan and appropriate factors for consideration by Court; follow-up with Smith Hulsey regarding same. | 3.80 | $1,558.00 |
| 11/16/09 | MFG | Conduct Florida UCC search (Amelia Island Company) and analysis of results; order Delaware UCC search on same entity on expedited basis from CT Corporation. | 0.80 | $152.00 |
| 11/16/09 | EML | Review memos requesting advice on the Prudential security interest on the Brokerage and Villa Leasing business and review the Master Security Agreement and memo on security interest position; review the Prudential UCC/Intercreditor file information on the expired Prudential UCC and memo on the notice given to Prudential's in-house counsel; review new UCC filed in 2008 by Prudential and memo to on the new filing. | 2.80 | $1,246.00 |
| 11/16/09 | EML | Telephone conference with N. Bray regarding the disclaimer or notice for the real estate brokerage clients and others dealing with AIC; review the proposed letter to clients listing property with AIC and memo to N. Bray regarding the same. | 0.70 | $311.50 |

**AMELIA ISLAND COMPANY**                                            Page 6
Our Ref. No.: 073661-0103                                    Foley & Lardner LLP
Invoice No.: 31135814                                          January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/09 | EML | Memos to J. Elzeer regarding Commonwealth's position on the DIP insurance exceptions and telephone conference with J. Jacob, in-house counsel for Prudential regarding the same and to S. Collier at Alston & Bird regarding the same; Analyze flexibility with the title company in Prudential loan future advance instead of a DIP loan. | 1.30 | $578.50 |
| 11/16/09 | TJST | Telephone calls to title company regarding production status of new future advance order; review and compare real estate parcel identification numbers and prepare email to title company regarding same; locate and transmit bankruptcy petition to title underwriter. | 2.40 | $456.00 |
| 11/16/09 | GFD | Work on DIP loan facility documentation with Smith Hulsey in connection with Red Maple DIP facility, including providing comments to loan agreements, security agreements and related matters; legal research regarding issues related to DIP financing facility; multiple strategy telephone calls with J. Healan, President of Amelia Island Company, related to real estate disposition strategy and DIP loan facility; prepare for and attend meeting with National Bank of South Carolina related to potential sale/disposition of Amelia River Golf Course which is subject to mortgage in favor of National Bank of South Carolina; update issue checklist related to proposed resolution of Amelia River Golf Course / NBSC real estate matter.. | 9.30 | $3,813.00 |
| 11/16/09 | CEC | Analyze and review DIP financing proposals by Red Maple and PRIAC's anticipated response; develop strategy recommendation for J. Healan regarding competing DIP Loans.. | 1.00 | $530.00 |
| 11/17/09 | MFG | Receive/review UCC-1 Delaware search performed by CT Corporation; organize and summarize all active financing statements; prepare spreadsheet and distribute same to attorneys. | 3.70 | $703.00 |
| 11/17/09 | EML | Receipt and review and suggest changes and open issues in the Prudential Future Advance, Modification and Reaffirmation Agreement for real estate and title issues, memo to D. Jacobs at Alston & Bird regarding the title insurance options; telephone conference with Title Company regarding the "Junior Lien" requested by the Future Advance documents and the 10 day appeal period. | 3.90 | $1,735.50 |
| 11/17/09 | EML | Memos from D. Jabobs choosing the traditional future advance option for title insurance and telephone conference with J. Elzeer at the title company regarding the title insurance for the Future Advance and issues with novation; memos to J. Elzeer regarding the 2000 mortgage and the 2000 loan policy. | 1.70 | $756.50 |

**AMELIA ISLAND COMPANY**
Our Ref. No.: 073661-0103
Invoice No.: 31135814

Page 7
Foley & Lardner LLP
January 14, 2010

CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 11/17/09 | TJST | Telephone calls and email with title company regarding structure of insuring judicially-approved financing, vetting tax parcel identification numbers and related title insurance matters. | 2.90 | $551.00 |
| 11/17/09 | DER | Assist with review PRIAC loan documentation and prepare preliminary comments to same. | 3.30 | $1,287.00 |
| 11/17/09 | SLTR | Receipt and review Title Commitment. Edit same and forward to TJST. | 0.40 | $68.00 |
| 11/17/09 | GFD | Review Prudential preliminary draft of loan agreement; provide preliminary comments to Alston & Bird on Prudential form of loan agreement; follow-up with G. Stein regarding additional issues on Prudential form of loan agreement and respond to second round of comments from Alston & Bird in effort to finalize form of loan agreement so that an "apples to apples" comparison could be made between Red Maple loan facility terms and Prudential loan terms; meeting with J. Healan to prepare for negotiations with Red Maple regarding DIP facility in preparation for hearing; meeting with Red Maple and its counsel and negotiate term of written $20 million equity commitment; attend bankruptcy court hearing on DIP Loan Facility; follow-up meeting with J. Healan regarding bankruptcy court hearing and various paries' objections to Red Maple DIP Loan; work on loan terms for DIP facility. | 9.90 | $4,059.00 |
| 11/17/09 | CEC | Conference with J. Healan regarding strategy recommendation for DIP financing and Prudential objection and analysis of possible alternative financing; attend hearing; follow-up telephone conference with Gudbranson regarding status of bankruptcy case and real estate issue related to potential sale and desire for comprehensive resolution of real estate issues. | 3.00 | $1,590.00 |
| 11/17/09 | EML | Memos from R. Thames regarding the Compass $2MM LOC documents and Prudential UCC and locate and memos to R. Thames regarding the same. | 1.30 | $578.50 |
| 11/18/09 | EML | Memo to D. Jabobs regarding the title company approval of the future advance treatment of the Future Advance Document prepared by Prudential. | 0.30 | $133.50 |
| 11/18/09 | GFD | Multiple telephone calls with J. Healan, G. Stein and S. Busey in effort to reach compromise on DIP loan facility; develop structure for compromise; follow-up correspondence regarding compromise on DIP facility. | 3.70 | $1,517.00 |
| 11/18/09 | TJST | Review and respond to email regarding parcel identification numbers, revisions to insured instrument, title commitment and over-limit approvals. | 1.10 | $209.00 |

**AMELIA ISLAND COMPANY**  
Our Ref. No.: 073661-0103  
Invoice No.: 31135814  
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL  
ESTATE AND FINANCE MATTERS

<div align="right">

Page 8  
Foley & Lardner LLP  
January 14, 2010

</div>

| | | | | |
|---|---|---|---|---|
| 11/19/09 | EML | Telephone conference with J. Elzeer regarding the Amelia Prudential insurance; review and revise the Future Advance and review the existing mortgage documents for defaults and telephone conference with L. Palmisano regarding the same. | 4.80 | $2,136.00 |
| 11/19/09 | DER | Attend hearing regarding approval of motion regarding DIP financing; review revised credit agreement with PRIACc and prepare comments to same; meeting with PRIAC counsel to discuss same; consider additional comments and revision of same. | 3.90 | $1,521.00 |
| 11/19/09 | GFD | Meeting with J. Healan, President of AIC, to prepare for continue Bankruptcy Court hearing and to discuss issues related to sale of real estate and negotiations with Prudential and Red Maple regarding loans; meeting with Red Maple and Prudential and counsel to discuss DIP financing issues and to negotiate regarding DIP financing issues; attend court hearing approving DIP facility; review of revised draft of loan agreement and proposed DIP order; negotiate with Alston & Bird regarding loan agreement; negotiate with G. Stein regarding DIP order; meet with Rick Thames to review and discuss the DIP and Mr. Thames' input and supervision; follow-up on title insurance matters and real estate matters related to conditions to approve loan. | 9.80 | $4,018.00 |
| 11/19/09 | TJST | Review bylaws and articles; draft resolutions for future advance and incumbency certificate; review revised future advance agreement and closing checklist; prepare corporate signature page including notary acknowledgment. | 1.80 | $342.00 |
| 11/20/09 | EML | Review and revise the PRIAC future advance and the Interim Order; review the articles of incorporation regarding the approval rights of the Company for the Future Advance Order; memos to title company and telephone conference with J. Elzeer regarding the proposed Interim Order and the provisions for approval of financing. | 3.10 | $1,379.50 |
| 11/20/09 | GFD | Continue work on efforts to finalize financing order; multiple telephone calls with J. Healan for issues impacting potential sale of real estate, marketing process and specialized real estate issues related to bankruptcy and potential sale; follow-up with G. Stein, counsel for Prudential, in effort to finalize loan documents and implement initial advance. | 2.70 | $1,107.00 |
| 11/20/09 | EML | Memo from D. Jacobs regarding the title insurance status. | 0.10 | $44.50 |
| 11/23/09 | EML | Memos from D. Jacobs and J. Elzeer regarding the title and the Future Advance and problems with the motions; Memo on debtor's position and organize 10:30 AM call to discuss. | 0.80 | $356.00 |

**AMELIA ISLAND COMPANY**

Page 9

Our Ref. No.: 073661-0103

Foley & Lardner LLP

Invoice No.: 31135814

January 14, 2010

CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 11/23/09 | EML | Memos from W. Reiss and J. Elzeer regarding the title company; telephone conference with B. Cox regarding the "Club" carve out in the Future Advance and the title company perspective; Memo on the title covenants in the Mortgage and the Title Policy and the Independent Covenant. | 1.30 | $578.50 |
| 11/23/09 | EML | Telephone conference with B. Cox regarding the Existing Permitted Senior Liens for the Club and memo to D. Jacobs. | 0.60 | $267.00 |
| 11/23/09 | JW | Conference call with AIC and bankruptcy counsel in order to address critical issues, dates and general strategy for the Chapter 11 case. | 1.70 | $467.50 |
| 11/23/09 | DER | Working parties telephone conference with client, primary bankruptcy counsel and Foley team. | 1.50 | $585.00 |
| 11/23/09 | GFD | Work on matters related to finalization of loan and security agreement with Prudential and finalization of proposed cash collateral order, including multiple telephone calls with Prudential's counsel; telephone call with J. Healan regarding potential sale of real estate to Red Maple Investors and coordinate with J. Healan and Red Maple Investors' counsel regarding matters related to potential sale of real estate; analysis of real estate related legal issues raised by B. Cox, counsel to Club members, regarding potential purchase of Club by Club members; participate in status conference call with Rick Thames and J. Healan to review all outstanding issues at request of Mr. Thames and to discuss strategy with respect to real estate sale/ marketing program. | 6.60 | $2,706.00 |
| 11/23/09 | EML | Review changes in the Friday, Sunday and Monday morning versions of the Future Advance and memos to and from D. Jacobs and J. Elzeer regarding the title company issues; telephone conference with J. Elzeer regarding the same. | 0.90 | $400.50 |
| 11/24/09 | DER | Review revised draft of Future Advance, Modification and Reaffirmation Agreement; telephone conference with PRIAC counsel regarding same; prepare draft legal opinion; review and revise secretary certificate and resolutions; prepare correspondence to PRIAC counsel forwarding same for review; review comments to secretary certificate and resolutions and revise same; telephone conference with R. Thames regarding whether PRIAC filed draft loan documents with bankruptcy court with its objection. | 5.80 | $2,262.00 |
| 11/24/09 | EML | Telephone conference with J. Healan regarding the 10:30 call on the Future Advance language on the "lien" rights and memo on the conflict waiver letter for Met Life. | 0.50 | $222.50 |

**AMELIA ISLAND COMPANY**                                                Page 10
Our Ref. No.: 073661-0103                                      Foley & Lardner LLP
Invoice No.: 31135814                                              January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/24/09 | EML | Telephone conference with G. Stein, B. Cox and others on the carve out of the "Club" lien issues and telephone conference with J. Elzeer regarding the title insurance issues for the Future Advance; Review the survey exception in the $5MM Title Commitment; Telephone conference with J. Elzeer regarding the documents filed with the Objection or soon thereafter regarding the future advance; telephone conference with R. Thames regarding the same. | 3.70 | $1,646.50 |
| 11/24/09 | TJST | Review closing checklist and mark status and additions to same; examine title commitment; draft title affidavits; email and phone calls to title company regarding survey affidavit and added exceptions. | 2.60 | $494.00 |
| 11/24/09 | JW | Draft Secretary's certificate and board resolutions for entry into the financing agreement. | 0.80 | $220.00 |
| 11/24/09 | GFD | Coordinate with G. Stein and Prudential in effort to finalize cash collateral order; participate in call with B. Cox related to potential sale of Club property to Club members; meeting with J. Healan to review agenda of items related to real estate sale issues; prepare and revise correspondence to Prudential's counsel relating to Prudential's extreme concerns related to sale process. | 4.50 | $1,845.00 |
| 11/24/09 | EML | Memos from G. Stein and D. Jacobs regarding the "Club" lien language and memo to B. Cox regarding the 10:30 call to discuss the same; memo to J. Elzeer regarding the title issues with the separate "Motion" requirement; Memo to J. Healan regarding the Met Life conflict waiver letter. | 1.20 | $534.00 |
| 11/25/09 | JATU | Telephone call and email with defendant's attorney and bankruptcy counsel; prepare suggestion of bankruptcy for Rental Agreement dispute with Sandcastle Association. | 0.20 | $75.00 |
| 11/25/09 | GFD | Multiple, extended telephone calls with G. Stein, attorney for Prudential, relating to Prudential's very material issues and concerns regarding Met Life's due diligence process for potential investment in real estate and finalization of DIP order; multiple telephone calls with J. Healan regarding Prudential concerns re real estate sale process and DIP financing order and potential strategy to address and respond to Prudential's concerns; multiple telephone calls with R. Thames regarding DIP order and real estate sale issues; negotiate resolution of Prudential's issues and concerns. | 3.70 | $1,517.00 |

**AMELIA ISLAND COMPANY**
Our Ref. No.: 073661-0103
Invoice No.: 31135814

Page 11
Foley & Lardner LLP
January 14, 2010

CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 11/25/09 | EML | Memos to and from R. Thames regarding the filing of the Order and the Future Advance and corrections to the recording information in the Order; Memos to and from D. Jacobs regarding the Secretary's Certificate, the Officer's Certificate and the Written Consent and draft the officer's certificate and revise the Secretary's Certificate; telephone conference with R. Thames regarding the filing and telephone conference with B. Gudbranson regarding the Secretary's certificate; memo on the title insurance status to D. Jacobs and analyze the Section B 1 requirements for the Order. | 5.30 | $2,358.50 |
| 11/25/09 | TJST | Respond to email regarding final order,exhibits, budget, resolutions and organizational documents; review final version of interim order and title requirements for same; telephone call and email to J. Elzeer; discussion of title requirements with E. Lotzia; draft statement of costs; calculate title premium. | 4.70 | $893.00 |
| 11/25/09 | DER | Consider issues regarding final order and documentation requested by Pru as conditions precedent to funding; review and respond to multiple correspondence regarding same. | 0.60 | $234.00 |
| 11/29/09 | GFD | Review of emails and correspondence from Prudential counsel relating to DIP loan facility and Met Life's request for due diligence in order to consider purchasing portions of resort, including inn; preparation of checklist of items to discuss with J. Healan, President of Amelia Island, related to potential sale and appropriate approach for conducting fair, even-handed sale process; prepare checklist for issues to be discussed with Red Maple regarding Red Maple's purchase of certain real estate assets. | 1.80 | $738.00 |
| 11/30/09 | DER | Review executed secretary certificate from B. Gubrandson; prepare correspondence to B. Gubrandson regarding re-execution of same. | 0.10 | $39.00 |
| 11/30/09 | EML | Review the attorney's opinion and memo to J. Elzeer on the various title commitment issues with the requirements for the Motion, Order, Survey and payment of taxes. | 1.60 | $712.00 |
| 11/30/09 | EML | Update Closing Checklist. | 0.20 | $89.00 |
| 11/30/09 | EML | Memo on the corrections to the Interim Order and the calculation of the $41,292,070.22 used at the accrued and unpaid Existing Indebtedness; memo from B. Gudbranson regarding the Secretary's certificate; Analyze the need for and the specific legal description for the Estoppel Statements needed for the title commitment. | 1.20 | $534.00 |
| 11/30/09 | EML | Memos from D. Jacobs regarding the Yield Maintenance Premium being in the outstanding balance in the Future Advance; Memos from J. Elzeer and to J. Elzeer regarding the title issues with the Order and the calculation of the title insurance premium. | 2.20 | $979.00 |

**AMELIA ISLAND COMPANY**                                    Page 12
Our Ref. No.: 073661-0103                          Foley & Lardner LLP
Invoice No.: 31135814                                 January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 11/30/09 | EML | Memo from and to J. Elzeers regarding the Substitution Rate Title Insurance Premium. | 0.40 | $178.00 |
| 11/30/09 | TJST | Consideration of issues regarding events of default contained in interim order including date of entering order; review and respond to email from underwriting counsel regarding use of survey affidavit, satisfaction of title requirements, title insurance premium calculation and applicable rates; review statement of costs; draft survey affidavit; prepare legal description exhibit and redline version of same; review and revise borrower's affidavit; telephone call regarding required estoppel letter(s) and applicable legal description. | 3.70 | $703.00 |
| 11/30/09 | GFD | Work on efforts to finalize future advance loan agreement, including negotiation of language with Alston & Bird, counsel for Prudential; review and update checklist for future advance loan closing and other outstanding issues; attention to form of legal opinion; telephone conference with J. Smith regarding future advance as well as potential matters related to sale of property; extended conference call with R. Thames and J. Healan to review status of outstanding issues for bankruptcy with particular attention to real estate sales items, proposed engagement of real estate broker and real estate sale process; work on outline and checklist for real estate sale process; telephone conference with J. Smith regarding potential investment by RMI in connection with real estate. | 4.90 | $2,009.00 |
| 12/1/09 | GFD | Follow-up on status of real estate title work in order to provide title commitment as part of due diligence process for potential purchasers of real estate, including conversation with Emerson Lotzia and title company and review of checklist of additional items necessary on title work; preliminary work on preparation of "stalking horse" real estate purchase contract to be provided to all potential purchasers of real estate to "mark up" and conference with Emerson Lotzia regarding preparation and appropriate provisions and structure of stalking horse real estate contract; coordinate with Alston & Bird regarding matters related to DIP loan; telephone conference with J. Healan regarding matters related to Met Life due diligence process; meeting with J. Healan and Red Maple and Red Maple counsel regarding Red Maple's potential investment in company and purchase of assets; extended conference call with Alston & Bird, Prudential, Compass Bank, Holland & Knight and J. Healan to review budget for DIP loan and to address questions from lenders related to DIP loan and use of cash collateral; correspondence to primary creditors related to terms of engagement of real estate broker; correspondence to real estate broker regarding proposed terms of engagement. | 5.70 | $2,337.00 |

**AMELIA ISLAND COMPANY**                                    Page 13
Our Ref. No.: 073661-0103                           Foley & Lardner LLP
Invoice No.: 31135814                                  January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/1/09 | EML | Review the memos on the revised future advance and memo to J. Elzeer regarding the revisions and the insured amount; telephone conference with J. Elzeer regarding the calculation of the insured amount and receipt and review the premium calculation and telephone conference with J. Elzeer regarding the same. | 2.70 | $1,201.50 |
| 12/1/09 | EML | Memo on the title insurance premiums and the calculation; Structure the research on the note and intangible tax for the Future Advance; Structure the Stalking Horse Purchase and Sale Contract; review note stamp research. | 3.70 | $1,646.50 |
| 12/1/09 | TJST | Telephone calls and email to and from title underwriting counsel regarding use and form of survey affidavit, legal descriptions, and title premium calculations; review revised future advance; revise statement of costs; transmit title affidavits to client for confirmation of representations and signature; telephone call to operations office regarding deadline for estoppel letter. | 3.20 | $608.00 |
| 12/1/09 | DER | Review comments to Foley legal opinion from PRIAC counsel and consider issues regarding same. | 0.80 | $312.00 |
| 12/1/09 | MGBR | Analysis of issues related to payment of documentary stamp tax and intangible tax in connection with future advance loan as part of bankruptcy reorganization plan. | 0.60 | $240.00 |
| 12/2/09 | HSC | Review of article in The Arizona Republic regarding Wigwam Resort Auction and review of docket of Chapter 11 proceeding of Kabuto Arizona Properties, LLC filed in the U.S. Bankruptcy Court, District of Arizona (Phoenix) to ascertain whether or not a proposed contract for the auction of Wigwam Resort has been filed; identify and print out relevant court pleadings for review by Mr. E. Lotzia; review article in The New York Times regarding bankruptcy filing by Greenbrier Resort; review docket of Chapter 11 proceeding of Greenbrier Hotel Corporation filed in U.S. Bankruptcy Court, Eastern district of Virginia (Richmond) to ascertain whether or not a "stalking horse" bid or contract had been filed by Marriott Hotels; identify and print out relevant court pleadings for review by Mr. E. Lotzia. | 0.90 | $171.00 |

**AMELIA ISLAND COMPANY**
Our Ref. No.: 073661-0103
Invoice No.: 31135814
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

<div align="right">
Page 14
Foley & Lardner LLP
January 14, 2010
</div>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/2/09 | GFD | Follow-up on efforts to finalize and close DIP loan; coordinate with Alston & Bird counsel regarding DIP loan matters and legal opinion and budget; follow-up telephone call with G. Stein regarding Mr. Stein's concerns related to debtor's real estate sale process; work on outline of objectives for sale process for discussion with G. Stein and with management of debtor; work on outline of Red Maple real estate purchase offer, including timetable and list of secondary issues requiring decision by business people; multiple telephone calls with J. Healan regarding Red Maple offer to purchase real estate and need for fair and level playing field for other potential bidders; legal research regarding alternatives for sale of assets free and clear in connection with real estate sale process and related legal issues; work on preparation of checklist. | 5.50 | $2,255.00 |
| 12/2/09 | JTS | Review Preliminary Order, paragraph 17 of Mortgage document. Work on paragraphs (i) and (iii) to opinion letters. | 1.80 | $810.00 |
| 12/2/09 | JTS | Confer with Danielle Whitley and Gardner Davis. Review proposed e-mail to Grant. Conference telephone call with Grant. | 1.10 | $495.00 |
| 12/2/09 | EML | Research the note stamp possible exemption and structure the follow up with the Department of Revenue. | 1.10 | $489.50 |
| 12/2/09 | EML | Outline the Stalking Horse Contract; Review the revised Future Advance Document; finalize the portions of the opinion dealing with the note Stamps and Intangible Tax; Memos from the Bankruptcy Trustee regarding the Resort Operations building; Compute final costs for title and recording and taxes for the Future Advance and memo to all parties; Telephone conference with D. Jacobs and G. Dawson and J. Elzeer regarding the Title Premium and the substitution rate premium calculation. | 5.40 | $2,403.00 |
| 12/2/09 | EML | Memo to D. Jacobs regarding the note stamp exemption. | 0.40 | $178.00 |
| 12/2/09 | DER | Multiple telephone conferences with PRIAC counsel regarding legal opinion issues; further analysis of requested enforceability carveouts and opinions relating to documentary and intangible taxes; review and revise legal opinion; prepare follow up correspondence to PRIAC counsel regarding opinion; review executed secretary certificate and forward same to PRIAC counsel; prepare letter to PRIAC counsel forwarding originals. | 3.80 | $1,482.00 |
| 12/2/09 | TJST | Telephone calls and email to and from title underwriting counsel regarding title premium calculations, note stamps and intangible taxes; review revised future advance; follow-up with client regarding title affidavits; follow-up regarding estoppels. | 3.80 | $722.00 |

**AMELIA ISLAND COMPANY**                                      Page 15
Our Ref. No.: 073661-0103                              Foley & Lardner LLP
Invoice No.: 31135814                                     January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/2/09 | MGBR | Multiple phone calls with FL DOR regarding payment of documentary stamp tax and intangible tax; continue analysis of issues related to payment of documentary stamp tax and intangible tax in connection with future advance loan as part of bankruptcy reorganization plan. | 0.80 | $320.00 |
| 12/3/09 | GFD | Coordinate with U.S. Trustee's office regarding additional request for information relating to engagement of Foley & Lardner as special counsel; meeting with R. Thames and J. Healan to discuss real estate sales process and status of closing DIP loan; attend hearing in Bankruptcy Court; post-hearing meeting with R. Thames and J. Healan to further address issues related to real estate sales process including negotiations with broker and form of stalking horse contract and concern of potential bidder being competitor at Ritz Carlton on Amelia; negotiate with Red Maple regarding Red Maple's real estate purchase proposal; follow-up with broker regarding broker's form of contract; follow-up on Red Maple terms; telephone conference with B. Cox, attorney for club members, regarding sale of club. | 7.20 | $2,952.00 |
| 12/3/09 | EML | Collate the information requested the Trustee for the Resorts Operations Building and memo to the Trustee about the structure of the notes to the law firms, the guaranty and the mortgage securing the guaranty. | 2.10 | $934.50 |
| 12/3/09 | EML | Review and revise the marked title commitment; telephone conference with J. Elzeer at the title company regarding the simultaneous issue rate; memos to D. Jacobs and Laura Palmisano regarding the $28K needed for recording and the assembling of the Future Advance to be recorded; memo to and from L. Palmisano regarding the Resort Operations Building Lease. | 1.90 | $845.50 |
| 12/3/09 | SLTR | Review various correspondence regarding premium calculation. | 0.30 | $51.00 |
| 12/3/09 | EML | Draft the affidavit for the Resorts Operations Building and telephone conference with J. Elzeer and D. Jacobs regarding the Substitution Loan Rate not being charged, thereby saving $40K; memo to all parties on the Substitution Loan Rate. | 2.40 | $1,068.00 |
| 12/3/09 | EML | Receipt and review the HOA assessments estoppel letters and telephone conference with C. Allan at Amelia Island Management and Memo to J. Elzeer regarding the affect of Section 10 Article V of the AIPCA Covenants and Section 720.0385 on the priority. | 1.30 | $578.50 |
| 12/3/09 | JW | Draft and file affidavit as part of the Foley fee application. | 1.50 | $412.50 |

**AMELIA ISLAND COMPANY**

Our Ref. No.: 073661-0103

Invoice No.: 31135814

CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/09 | TJST | Numerous phone calls and email regarding title insurance premium; prepare spreadsheet calculation of same with remittance and retainage amounts and confirm with title underwriter; phone calls and email regarding assessments; phone calls and email regarding wired funds and replacement pages; review original signature pages and confirm receipt; electronically record Future Advance; review title update and interim recordings; draft and revise proforma title endorsement; discuss current transaction and upcoming requirements with S. McGraw/. | 7.20 | $1,368.00 |
| 12/4/09 | GFD | Work on issues related to proposed contract to engage real estate broker, including multiple telephone calls with J. Healan regarding resolution of issues in brokerage contract; continue preparation of stalking horse contract to be used as part of bid package for sale process relating to real estate; analysis of precedent transactions and appropriate terms involved in real estate bid contracts for this type situation; analysis of Amelia Island title insurance issues and efforts to secure appropriate title insurance binder as part of bid process. | 6.80 | $2,788.00 |
| 12/4/09 | JWA | Conduct research re priority of outstanding association liens and assessments per the Declaration and FS 720.3085; voicemail to J.Elzeer from title company re same; draft summary memo of position. | 3.00 | $780.00 |
| 12/4/09 | EML | Revise the Exclusive Business Marketing Agreement; memos on the outstanding HOA assessments and the title insurance effect; memo on the Claims of Liens for AIPCA Assessments and the effect on the title insurance. | 2.70 | $1,201.50 |
| 12/4/09 | EML | Review the Outstanding Assessment Research regarding the title effect of the liens filed by AIPCA yesterday. | 0.70 | $311.50 |
| 12/4/09 | SLTR | Receipt and review title update. Review with EML. Correspondence with J. Elzeer regarding Claim of Liens. | 0.60 | $102.00 |

**AMELIA ISLAND COMPANY**
Our Ref. No.: 073661-0103
Invoice No.: 31135814
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

<div align="right">
Page 17
Foley & Lardner LLP
January 14, 2010
</div>

| | | | | |
|---|---|---|---|---|
| 12/7/09 | GFD | Conference call with J. Healan and R. Thames to discuss a variety of checklist issues relating to real estate including development of strategy for dealing with proposed compensation to L. Plasencia as broker and negotiating strategy to reach agreement with broker on mutually acceptable compensation arrangement; prepare extensive revised draft of brokerage agreement and circulate to J. Healan and R. Thames; coordinate with R. Goldstein, attorney for MetLife, regarding real estate title matters and issues related to potential purchase by MetLife of real estate assets and structure; follow-up on title policy issues for due diligence by various potential purchasers of real estate; participate in conference call with debtor's counsel regarding work in process; telephone conference with B. Cox, attorney for club members, regarding matters related to potential sale of club to members in equity conversion and related legal issues requiring attention as part of club sale/ equity conversion process. | 6.50 | $2,665.00 |
| 12/7/09 | JWA | Call with J.Elzeer (title company) re applicability of Chapter 720 to AIPCA assessments; revise and complete memo re same. | 0.50 | $130.00 |
| 12/7/09 | EML | Memos from and to C. Allen regarding the AIPCA assessments and the date of the Chapter 11 filing. | 0.30 | $133.50 |
| 12/7/09 | EML | Memo from and to D. Jacobs regarding the title commitment and the marked commitment to come later in the day. | 0.30 | $133.50 |
| 12/7/09 | EML | Memos from A. Bishop regarding the officers and shareholders of Amelia Island Company and telephone conference with A. Bishop regarding the same and memos on the subsidiaries of the Amelia Island Company and memos to R. Cooper regarding the same; structure the terms of payments of the stalking horse contract. | 0.90 | $400.50 |
| 12/7/09 | EML | Memos from and to L. Plasencia on the title insurance and telephone conference with B. Moore regarding the same; Draft the Confidentiality Agreement for the sale information; Receipt and review of the Title company's approval of the marked commitment and endorsement. | 3.50 | $1,557.50 |
| 12/7/09 | TJST | Respond to email regarding title; review claims of lien; review certified copy of Interim Order; mark down title commitment to endorse, revise proforma endorsement and transmit same to title underwriter; request revised estoppel letters for Village Center and AIPCA; review due diligence items and begin assembling legal descriptions for new title search and parcel inventory list. | 6.80 | $1,292.00 |

**AMELIA ISLAND COMPANY**

<div style="float:right">Page 18<br>Foley & Lardner LLP<br>January 14, 2010</div>

Our Ref. No.: 073661-0103
Invoice No.: 31135814
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/8/09 | GFD | Follow-up with D. Jacobs regarding real estate title work for Prudential DIP loan; correspondence with J. Smith, attorney for Red Maple, relating to proposed engagement of L. Plasencia as broker and draft listing and marketing agreement with Mr. Plasencia in order to obtain Red Maple's consent as well as to follow up on additional issues for Red Maple; telephone conference with B. Cox, attorney for Club members, on issues related to Club; telephone conference with R. Goldstein, attorney for MetLife, regarding Mr. Goldstein's request for various due diligence materials and coordinate regarding due diligence materials; follow-up on preparation of proposed model real estate purchase contract to be submitted to various bidders for "mark-up" as part of bidding process; telephone conference with J. Healan regarding various real estate sales issues including management of MetLife due diligence process and efforts to resolve brokerage contract. | 3.20 | $1,312.00 |
| 12/8/09 | EML | Telephone conference with R. Goldstein at MetLife regarding the title and general background of the project; telephone conference with and memo with M. Godat and J. Elzeer with Commonwealth regarding the new commitment and the existing title work and the title exceptions; Memo from B. Moore regarding the existing surveys and memo to J. Goldstein regarding the same; Commence revising the Purchase Agreement. | 6.90 | $3,070.50 |
| 12/8/09 | TJST | Obtain parcel maps for tax parcel numbers to determine date and location of prior title; telephone calls to title company regarding electronic versions of exception documents; telephone call to client to obtain electronic copies of 2000 surveys; create Adobe file of same. | 6.90 | $1,311.00 |
| 12/9/09 | GFD | Telephone conference with J. Healan to review status of various negotiations relating to real estate sale process and to develop strategy for meeting with Metropolitan Life, a potential purchaser; meeting with R. Goldstein, in-house lawyer with MetLife, to discuss MetLife's due diligence sale process and Met Life's potential interest in purchasing real estate and process for submitting a bid and addressing issues; follow-up telephone call with J. Healan regarding issues related to L. Plasencia's proposed brokerage contract and problem resolving proposed compensation to Mr. Plasencia in the event that the real estate brokerage process does not generate a better offer than the existing Red Maple offer. | 1.30 | $533.00 |
| 12/9/09 | JWA | Review Declaration and Florida Statutes re relation back theory of association assessments; draft email to E.Lotzia with summary of same; review emails between E.Lotzia and R.Tames re same. | 1.70 | $442.00 |

**AMELIA ISLAND COMPANY**                                    Page 19
Our Ref. No.: 073661-0103                              Foley & Lardner LLP
Invoice No.: 31135814                                    January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/9/09 | EML | Memo from and to R. Thames regarding the Motion for relief of Stay filed by the AIPCA and the outstanding assessments due pre-petition; Structure research and analyze research and memo to R. Thames regarding the same; Draft the Purchased Asset section of the Asset Purchase Agreement. | 3.10 | $1,379.50 |
| 12/9/09 | EML | Analyze the requirements and legal descriptions for the new title commitment and telephone conference with M. Godat at Commonwealth; draft the Purchase Price, Representations and Warranties and Covenant sections of the Purchase Contract. | 4.40 | $1,958.00 |
| 12/9/09 | TJST | Review and assemble legal descriptions and prior title commitments for new title insurance order and transmit same to title company; prepare spreadsheet of parcel numbers for comparison; follow-up with client regarding pending affidavits; prepare spreadsheet to compare parcel tax parcel numbers; prepare letter transmitting certified copy of interim order to clerk for recording; respond to email regarding proforma endorsement reflecting future advance. | 7.60 | $1,444.00 |
| 12/10/09 | GFD | Multiple telephone calls with J. Healan and L. Plasencia in an effort to negotiate terms of brokerage contract between debtor and Mr. Plasencia's company; review and revision of proposed email correspondence from J. Healan to L. Plasencia; follow-up telephone call with J. Healan regarding efforts to resolve impasse on brokerage contract and implications for general real estate sale process. | 0.90 | $369.00 |
| 12/10/09 | TJST | Prepare correspondence transmitting original future advance to D. Jacobs; comparison of tax parcel numbers for identification of ancillary legal descriptions; draft spreadhsheet for same. | 4.00 | $760.00 |
| 12/10/09 | EML | Memos to R. Thames on the AIPCA's Motion for Relief of Stay; telephone conferences with J. Healan and B. Moore regarding the Borrower's affidavit and the Surveyor's Affidavit; Draft the Conditions to Close, Title and Survey Provisions and Indemnity Sections of the Purchase and Sale Agreement. | 5.90 | $2,625.50 |
| 12/10/09 | EML | Receipt and review the Linked 2000 Title Policy and memo to J. Goldstein at MetLife regarding the overall title and exceptions; Analyze the AIPCA's secured or unsecured lien position for defense purposes. | 1.90 | $845.50 |
| 12/10/09 | JW | Review purchase agreement relating to indemnification sections and how the deductible would function. | 0.60 | $165.00 |
| 12/11/09 | SLTR | Draft Florida Title Agency Invoice. | 0.30 | $51.00 |
| 12/11/09 | JATU | Prepare information for bankruptcy counsel regarding pending claims; telephone call with bankruptcy counsel. | 0.40 | $150.00 |

**AMELIA ISLAND COMPANY**                                    Page 20
Our Ref. No.: 073661-0103                          Foley & Lardner LLP
Invoice No.: 31135814                                  January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/11/09 | TJST | Finalize spreadsheet comparison and charts of client information, parcel identification numbers, asset use descriptions and identification of required ancillary legal descriptions for new title search. | 6.10 | $1,159.00 |
| 12/11/09 | EML | Revise the Amelia Island Plantation Purchase Agreement; Revise the Affidavits for the Borrower and Survey and memo to J. Healan; review the legal descriptions and the analysis of the missing parcels for title insurance purposes. | 5.20 | $2,314.00 |
| 12/11/09 | EML | Memos on the missing items for the Future Advance Title Insurance and the required premium and wire instructions to D. Jacobs and J. Healan and memos on the extension of the developer agreement for the Links Lodge after reviewing the notice and extension sections. | 1.10 | $489.50 |
| 12/11/09 | GFD | Telephone conference with J. Healan regarding further developments related to engagement of real estate broker and strategy for addressing issues raised by real estate broker, investigation by Red Maple of due diligence issues related to potential purchase and MetLife offer status; continue work on preparation of stalking horse real estate contract; coordination regarding matters related to DIP financing; analysis of revised DIP financing documents in order to determine conditions; follow-up regarding condition of title work; respond to inquiry from R. Thames, primary debtor's counsel, regarding various matters and follow-up research at request of R. Thames in connection with preparation for upcoming hearing. | 5.30 | $2,173.00 |
| 12/11/09 | KEHA | Legal research in connection with limited objection raised by G. Stein, counsel to Prudential, regarding administrative matters related to real estate. | 0.80 | $156.00 |
| 12/14/09 | GFD | Revision of draft stalking horse real estate contract based on comments from privacy secured creditors; telephone conference with J. Healan regarding matters related to real estate sale process, negotiations with National Bank of South Carolina regarding potential sale/leaseback of Amelia River golf course and club conversion matters and development of potential "term sheet" for deal; conference with R. Thames regarding DIP financing final order; review and revision of DIP financing final order; prepare checklist of items necessary for final closing of DIP financing order; follow-up with J. Healan related to negotiations with broker regarding proposed terms of engagement of broker for sale of real estate and conducting even-handed sale process. | 4.70 | $1,927.00 |
| 12/14/09 | JATU | Review Defendant's Motion for Summary Judgment. | 0.20 | $75.00 |
| 12/14/09 | EML | Telephone conference with L. Palmisano regarding the leases for the Modified Borrower Affidavit and the wire for the Title Insurance. | 0.50 | $222.50 |

**AMELIA ISLAND COMPANY**

Our Ref. No.: 073661-0103

Invoice No.: 31135814

Page 21

Foley & Lardner LLP

January 14, 2010

CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/15/09 | GFD | Review and negotiation of changes to draft DIP financing order and coordinate with G. Stein regarding changes to DIP financing order; follow-up with David Otero, attorney for National Bank of South Carolina, relating to proposed resolution/settlement of real estate issues related to Amelia River Golf Course and potential transfer of Amelia River Golf Course to National Bank of South Carolina; review of email correspondence from Red Maple Investors to Club board relating to Red Maple Investors potential purchase of real estate and terms of equity conversion and follow-up with B. Cox, attorney for Club board; subsequent telephone call with B. Cox regarding issues related to equity conversion; telephone conference with J. Smith, attorney for Red Maple, related to Red Maple sale opportunity; conference call with J. Healan relating to L. Plasencia brokerage contract and effort to reach mutually acceptable terms of commission structure; follow-up review and analysis of open issues for L. Plasencia brokerage contract; conference call with J. Healan and L. Plasencia and L. Plasencia's attorney to negotiate changes to Plasencia's real estate brokerage contract; telephone conference with R. Thames related to developing strategy for resolving objections to DIP financing agreement and analysis of creditors' committee potential objections and why they may be misplaced; telephone call with Met Life attorney regarding Met Life's due diligence and specific questions related to water use permits for golf course watering and efforts to obtain due diligence materials for MetLife. | 4.50 | $1,845.00 |
| 12/15/09 | EML | Memos to and from L. Palmisano regarding the leases on the Prudential property and telephone conference with W. Reece regarding the signed originals of the Note; analyze the RMI positions on the Club and the L. Plasencial contract; memo to the title company regarding the possibility of keeping open the commitment for simultaneous issue rate. | 0.90 | $400.50 |
| 12/15/09 | EML | Telephone conference with R. Goldstein and B. Moore regarding the Title summaries and the consumptive use permit; memo to J. Elzeer regarding the title premium and requesting the simultaneous issue rate using a subsequent sale policy and memo of denial from J. Elzeer. | 2.10 | $934.50 |

**AMELIA ISLAND COMPANY**                                          Page 22
Our Ref. No.: 073661-0103                                  Foley & Lardner LLP
Invoice No.: 31135814                                         January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/16/09 | GFD | Prepare agenda of items related to real estate sale process for discussion with Prudential and Prudential's counsel; meeting with J. Healan to prepare for meeting with Prudential regarding real estate sale process and marketing efforts; meeting with Prudential to discuss real estate sale process and Prudential's areas of concern and potential resolution of Prudential concerns; attend 341 meeting of creditors; meet with creditors' committee counsel and Prudential's counsel in effort to resolve creditors' committee objection to DIP financing order and to explain matters related to DIP financing agreement; attend bankruptcy court hearing; meeting with B. Cox and Club board member related to potential conversion of Club to equity club and concerns related to real estate aspects of transfer of Longpoint Golf Course and other Club facilities to Club as part of purchase equity conversion; meeting with L. Plasencia, broker for Trailer Bridge, and J. Healan to discuss legal issues and strategy issues for real estate sale process; conference call with J. Healan and S. Busey to discuss Red Maple investors offer to purchase real estate assets and related matters; revision of brokerage contract for L. Plasencia. | 8.90 | $3,649.00 |
| 12/16/09 | EML | Memos to and from L. Plasencia regarding the Consumptive Use Permit and the Title Information Call at 10:30. | 0.50 | $222.50 |
| 12/16/09 | EML | Prepare for Title and survey and Microsoft Live Meeting with R. Goldstein and L. Plasencia regarding the same. | 4.00 | $1,780.00 |
| 12/16/09 | EML | Check and Issue the final Title Endorsement for PRIAC future advance. | 0.70 | $311.50 |
| 12/16/09 | SLTR | Telephone conversation with M. Zeidman regarding status of Title Commitment. Conference call with EML, broker and in house counsel for MetLife regarding title and survey. Receipt of original recorded Interim Order. Finalize Endorsement to Loan Policy. Draft correspondence to D. Jacobs forwarding original of same. Draft Trust Account check request to disburse title funds. | 1.70 | $289.00 |
| 12/17/09 | JWA | Review emails from E.Lotzia re lease reviews, obtain and organize leases and begin to review same. | 0.90 | $234.00 |
| 12/17/09 | GFD | Work on revision of brokerage agreement with L. Plasencia and TPG of Florida, LLC, including multiple telephone calls with Mr. Plasencia's attorney and telephone calls with J. Healan and review of revised draft of brokerage agreement; telephone call with J. Healan regarding legal and practical implications of extension of real estate brokerage agreement with TPG of Florida. | 0.80 | $328.00 |
| 12/17/09 | EML | Memos from and to the title insurance company regarding the legal description to be searched and the leasehold interest. | 1.00 | $445.00 |

**AMELIA ISLAND COMPANY**

Our Ref. No.: 073661-0103

Invoice No.: 31135814

CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/18/09 | JWA | Continue to review leases and prepare spreadsheet of summary abstracts. | 1.80 | $468.00 |
| 12/18/09 | EML | Contact the title company on the leasehold requirements. | 0.30 | $133.50 |
| 12/18/09 | EML | Revise confidentiality agreement and memo to G. Davis regarding the same. | 0.30 | $133.50 |
| 12/18/09 | GFD | Telephone conference with J. Healan regarding revised draft of brokerage agreement prepared by TPG of Florida, LLC; prepare revised draft of TPG of Florida brokerage agreement and circulate revised draft together with email outlining changes; follow-up telephone call with J. Healan regarding outstanding issues to be resolved and position of AIC on outstanding issues; follow-up with TPG of Florida's attorney; preliminary review of revised draft from TPG attorney; third conversation with J. Healan regarding TPG issues. | 2.40 | $984.00 |
| 12/21/09 | JWA | Complete summary of lease abstracts for AIC and submit same to E.Lotzia. | 0.60 | $156.00 |
| 12/21/09 | GFD | Multiple telephone calls with Paul Kelly, attorney for TPG Group, regarding efforts to negotiate form of real estate brokerage contract which is acceptable to both real estate broker and debtor; multiple telephone calls with J. Healan relating to efforts to resolve impasse on real estate brokerage contract; follow-up with D. McGinnis, potential purchaser of real estate, regarding potential purchase of Amelia Island real estate; follow-up with B. Cox, counsel for Amelia Island Club, related to segregated funds belonging to Club and issues related to potential transaction involving sale of real estate to Club in equity transaction; follow-up legal research regarding issues raised by B. Cox related to equity conversion, including telephone call with J. Healan and telephone call with R. Thames. | 3.50 | $1,435.00 |
| 12/21/09 | EML | Analyze the Lease Abstract and memo to L. Palmisano regarding the location of certain leased facilities. | 1.00 | $445.00 |
| 12/22/09 | SLTR | Assemble prior Commitments, Policies and Endorsements. Correspondence with EML regarding same. | 0.40 | $68.00 |
| 12/22/09 | EML | Review and revise the Lease Abstract for title insurance purposes. | 1.60 | $712.00 |
| 12/22/09 | SLTR | Receipt of Title Commitment. Edit and assemble same. Forward to TJST and EML. | 0.50 | $85.00 |

**AMELIA ISLAND COMPANY**

Page 24

Our Ref. No.: 073661-0103

Foley & Lardner LLP

Invoice No.: 31135814

January 14, 2010

CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/22/09 | GFD | Work on real estate title insurance commitment, summary of leases for potential sale to purchaser of real estate and related real estate matters; conference call with J. Healan and R. Thames to address real estate sales related issues; follow-up with TPG Group counsel regarding execution of brokerage contract and court approval; telephone call with R. Goldstein, attorney for Met Life, regarding potential Met Life offer to purchase real estate assets. | 2.80 | $1,148.00 |
| 12/22/09 | JWA | Revise spreadsheet of AIC leases to include parcel numbers and forward same to E.Lotzia. | 0.20 | $52.00 |
| 12/23/09 | GFD | Telephone call with J. Healan, president of AIC, regarding Curt Hamilton's potential interest in purchase of real estate for price which would satisfy all debts; preliminary legal research regarding issues related to Curt Hamilton proposal; conference call with J. Healan and Rick Cooper regarding Curt Hamilton potential acquisition of real estate and draft proposed email from J. Healan to Mr. Hamilton's representative; follow-up with David Otero regarding Amelia Island golf course numbers and proposed resolution of National Bank of South Carolina interest in Amelia Island golf course, including potential deed to Amelia Island golf course. | 2.50 | $1,025.00 |
| 12/23/09 | SLTR | Review legal description on Title Commitment with prior policy and Commitment. Review with EML. | 0.70 | $119.00 |
| 12/26/09 | GFD | Correspondence to Bob Long, representative of resigned Club member, to respond to his correspondence relating to resigned club members' claim and disclosure schedule issues. | 0.10 | $41.00 |
| 12/28/09 | EML | Draft summary of Title Commitment and Lease Summary; memos to and from title company regarding the revisions to the commitment and the prior title policies. | 2.80 | $1,246.00 |
| 12/28/09 | GFD | Continue work on preparation of master asset purchase agreement to be submitted to bidders; follow-up with various interested parties regarding their input on master form of purchase agreement; telephone call with broker regarding process for sale of real estate; follow-up with R. Goldstein, attorney for MetLife, regarding sale process and issues raised by Met Life related to real estate purchase. | 2.30 | $943.00 |
| 12/28/09 | EML | Review and revise the commitment for the sale and memos to the title company regarding the revisions. | 3.80 | $1,691.00 |
| 12/28/09 | JWA | Revise spreadsheet of AIC leases per E.Lotzia's instructions. | 0.20 | $52.00 |
| 12/29/09 | EML | Memo from title company on releasing the commitment with final approval contingencies and special golf course restrictions. | 0.20 | $89.00 |
| 12/29/09 | SLTR | Receipt of survey. Edit same and save to DeskSite. Review with EML. Review various correspondence with Underwriter. | 0.60 | $102.00 |

**AMELIA ISLAND COMPANY**                                          Page 25
Our Ref. No.: 073661-0103                                   Foley & Lardner LLP
Invoice No.: 31135814                                         January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| | | | | |
|---|---|---|---|---|
| 12/29/09 | GFD | Conference call with David Otero and National Bank of South Carolina and J. Healan to negotiate potential arrangements for sale of Amelia River Golf Course and other potential disposition strategies; follow-up analysis of issues raised by National Bank of South Carolina; update issues checklist related to Amelia Island course; follow-up with R. Goldstein of Met Life regarding Met Life's potential purchase of real estate assets. | 2.20 | $902.00 |
| 12/29/09 | EML | Memos to and from J. Elzeer regarding the golf course exceptions and the final Commonwealth approval; memos on the missing surveys and telephone conference with B. Moore regarding the same. | 3.30 | $1,468.50 |
| 12/29/09 | EML | Review surveys for the office complex, the laundry/warehouse and the Kountry Inn; memos to and from the title company regarding new golf course exceptions for the commitment and limiting or deleting the exceptions. | 3.20 | $1,424.00 |
| 12/30/09 | EML | Memo from and to M. Zeidman and N. Bray and R. Cooper about the Class A Covenants not applying to the Office Complex. | 1.20 | $534.00 |
| 12/30/09 | EML | Telephone conference with and memos to and from R. Goldstein at MetLife regarding the status of title and survey and memo requests to B. Moore regarding the location of ancillary properties not previously searched but having separate tax parcel numbers. | 1.10 | $489.50 |
| 12/30/09 | EML | Telephone conference with E. McKay regarding the structure of the Stalking Horse contract; memos to and from J. Elzeer regarding the exception for final approval of the title company in the commitment. | 0.80 | $356.00 |
| 12/30/09 | SLTR | Correspondence with EML regarding surveys. Request closed Florida Title Agency files. Receipt of same and forward survey for scanning. | 0.60 | $102.00 |
| 12/31/09 | EML | Revise the title B 1 exceptions and memo to S. Kalmanson regarding the golf course exception and the B 1 requirements; telephone conference with J. Heineman at Kilpatrick regarding the Asset Purchase Agreement global issues and scheduling for a call to discuss these issues. | 2.20 | $979.00 |

|  |  | Services Total: | 389.30 | $145,088.50 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Charles E. Commander, III | CEC | Partner | 4.00 | $530.00 | $2,120.00 |
| Emerson M. Lotzia | EML | Partner | 129.70 | $445.00 | $57,716.50 |
| Gardner F. Davis | GFD | Partner | 139.30 | $410.00 | $57,113.00 |
| John A. Tucker | JATU | Partner | 0.80 | $375.00 | $300.00 |

**AMELIA ISLAND COMPANY**                                              Page 26
Our Ref. No.: 073661-0103                                    Foley & Lardner LLP
Invoice No.: 31135814                                           January 14, 2010
CHAPTER 11 BANKRUPTCY - SPECIAL COUNSEL FOR REAL
ESTATE AND FINANCE MATTERS

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| John T. Sefton | JTS | Partner | 2.90 | $450.00 | $1,305.00 |
| Matthew G. Breuer | MGBR | Partner | 1.40 | $400.00 | $560.00 |
| Danielle R. Whitley | DER | Senior Counsel | 19.80 | $390.00 | $7,722.00 |
| John  J. Wolfel | JW | Associate | 4.60 | $275.00 | $1,265.00 |
| Joanna A. White | JWA | Associate | 8.90 | $260.00 | $2,314.00 |
| H. Susan Coleman | HSC | Paralegal | 0.90 | $190.00 | $171.00 |
| Katherine E. Hall | KEHA | Paralegal | 0.80 | $195.00 | $156.00 |
| Mary F. Greenhill | MFG | Paralegal | 4.50 | $190.00 | $855.00 |
| Sara L. McGraw | SLTR | Paralegal | 6.60 | $170.00 | $1,122.00 |
| Tana J. Stringfellow | TJST | Paralegal | 65.10 | $190.00 | $12,369.00 |
| | | Services Total: | 389.30 | | $145,088.50 |

Expenses Incurred

| | |
|---|---|
| Csc Networks / Prentice Hall Fees- - Vendor:  Corporation Services Company Service | $153.55 |
| Lien/title Search Fees - - Vendor: Commonwealth Land Title Search Fees | $250.00 |
| Lien/title Search Fees - - Vendor: Commonwealth Land Title Search Fees | $250.00 |
| Expenses Total: | $653.55 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Matter Total:**                          **$145,742.05**