UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: ) Case No. 3:09-bk-09601-PMG
)
    AMELIA ISLAND COMPANY, ) Chapter 11
)
Debtor. )
)
_____)

## NOTICE OF WITHDRAWAL OF CREDITOR, PRIAC REALTY INVESTMENTS, LLC'S, REQUEST TO RESCHEDULE THE MAY 11, 2010 CONTINUED HEARING ON THE DEBTOR'S MOTION FOR EXTENSION OF THE EXCLUSIVE PERIOD IN WHICH ONLY THE DEBTOR CAN FILE A PLAN AND SOLICIT ACCEPTANCES, AND REQUEST FOR OTHER RELIEF

PRIAC Realty Investments, LLC ("PRIAC"), hereby withdraws its Request to Reschedule the May 11, 2010 Continued Hearing on the Debtor's Motion for the Extension of the Exclusive Periods in Which Only the Debtor can File a Plan and Solicit Acceptances, and Request for Other Relief (Doc No. 447).

                                                    VOLPE, BAJALIA, WICKES,
                                                   ROGERSON & WACHS


                                           By: /s/ *John T. Rogerson, III*
                                                 John T. Rogerson, III
                                                 Florida Bar No. 832839
                                                 Michael L. Duncan
                                                 Florida Bar No. 0050946
                                                 501 Riverside Avenue, 7th Floor
                                                 Jacksonville, FL 32202
                                                 (904) 355-1700 (Telephone)
                                                 (904) 355-1797 (Facsimile)
                                                 jrogerson@vbwr.com
                                                 mduncan@vbwr.com

and

**ALSTON & BIRD, LLP**

By: /s/ Grant T. Stein
    Grant T. Stein
    Wendy R. Reiss
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    (404) 881-7000 (Telephone)
    (404) 881-7777 (Facsimile)
    grant.stein@alston.com
    wendy.reiss@alston.com

    Attorneys for Creditor, PRIAC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") system, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notices in this case. A copy of this notice was also furnished by mail to the Rule 1007-2 "Short List" list of creditors and parties in interest as reflected on the mailing matrix attached hereto.

                                          /s/ John T. Rogerson, III
                                                Attorney

Label Matrix for local noticing
113A-3
Case 3:09-bk-09601-PMG
Middle District of Florida
Jacksonville
Wed Apr 28 11:04:53 EDT 2010

(p)AMELIA ISLAND PLANTATION COMMUNITY ASSOC
C O AIM
PO BOX 3000
AMELIA ISLAND FL 32035-3000

AT&T
P.O. Box 79045
Baltimore, MD 21279-0045

Amelia Island Club, Inc.
c/o Betsy C. Cox, Esq.
1301 Riverplace Blvd., Ste. 1500
Jacksonville, FL 32207-9000

Amelia Island Plantation Comm. Assoc, Inc.
c/o Lance Cohen, Esq.
1723 Blanding Blvd., Ste. 102
Jacksonville, FL 32210-1947

Amelia Realty, Inc.
c/o Richard A. Cooper
P.O. Box 3000
Amelia Island, FL 32035-3000

Bachara Construction Law Group
1 Independent Dr., #1800
Jacksonville, FL 32202-5049

Beachside Villas Condominium Association, In
c/o James O. Birr III, Esquire
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5137

C. Popham Decunto, Esq.
Durna & Schoeppel, P.A.
6550 St. Augustine Rd Suite 105
Jacksonville, FL 32217-2847

City of Fernandina Beach, Florida
Attn: Tammi E. Bach, Esq.
204 Ash Street
Fernandina Beach, FL 32034-4230

Comcast
1600 S. 14th St.
Fernandina Beach, FL 32034-3041

Comcast
6805 Southpoint Pkwy.
Jacksonville, FL 32216-6220

Comcast
6850 Southpoint Pkwy.
Jacksonville, FL 32216

Compass Bank
c/o Alan M. Weiss, Esq.
50 North Laura St., Ste. 3900
Jacksonville, FL 32202-3622

Creditors' Committee
c/o Shane Ramsey, Esq.
1100 Peachtree St., Suite 2800
Atlanta, GA 30309-4528

Deere Credit, Inc.
c/o A. Christopher Kasten, II, Esq.
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

Dynamix Group, Inc.
c/o Elaine N. Brasch, Esq.
255 Walhalla Court
Atlanta, GA 30350-1191

Fahlgren
400 N. Ashley Dr., #2020
Tampa, FL 33602-4311

Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Florida Public Utilities
P.O. Box 418
Fernandina Beach, FL 32035-0418

Foley & Lardner, LLP
P.O. Box 240
Jacksonville, FL 32201-0240

Ford Motor Credit Company
c/o Schuyler Stewart Smith
118 West Adams Street, #800
Jacksonville, FL 32202-3866

George E. Ridge
Tiffiny Douglas Safi
Cooper, Ridge & Safi, P.A.
136 East Bay Street, Suite 301
Jacksonville, FL 32202-5409

Heritage Paper Co., Inc.
P.O. Box 23517
Jacksonville, FL 32241-3517

James R. and Elizabeth W. Williamson
c/o J. Robert Williamson
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street NE
Atlanta, GA 30303-1810

KPMG, LLP
Dept. 0572
P.O. Box 120001
Dallas, TX 75312-0572

Martin Coffee Company
1633 Marshall St.
Jacksonville, FL 32206-6011

Martin Coffee Company, Inc.
c/o Ben Johnson
1633 Marshall St.
Jacksonville, FL 32206-6011

Microsoft Corporation and Microsoft Licensin
c/o Maria Milano
Riddell Williams P.S.
1001 4th Ave. Ste 4500
Seattle, WA 98154-1065

Microsoft Licensing, GP
c/o Bank of America
1401 Elm St., 5th Fl., D 842467
Dallas, TX 75202-2910

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
▲ Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-Up™
www.avery.com
1-800-GO-AVERY

Easy Peel Labels
Use Avery® Template 5160®
▲ Feed Paper
Bend along line to expose Pop-Up Edge™
AVERY® 8460™

| | | |
|---|---|---|
| Microsoft Licensing, GP<br>c/o Maria Ann Milano<br>1001 4th Avenue, Suite 4500<br>Seattle, WA 98154-1192 | Nassau County Board of County Commissioners,<br>c/o Jeffrey R. Dollinger<br>Scruggs & Carmichael, P.A.<br>1 SE 1st Avenue<br>Gainesville, FL 32601-1205 | Nassau County Tax Collector<br>c/o C. Popham Decunto, Esq.<br>6550 St. Augustine Rd., Ste. 105<br>Jacksonville, FL 32217-2847 |
| National Bank of South Carolina<br>Attn: George W. Lindsey, Exec. V<br>P.O. Box 219<br>Myrte Beach, SC 29578-0219 | National Bank of South Carolina<br>c/o Raye Curry Elliott, Esq.<br>50 North Laura St., Ste. 2500<br>Jacksonville, Fl 32202-3646 | Nicola, Gudbranson & Cooper<br>Landmark Towers<br>Republic Bldg., #1400<br>Cleveland, OH 44115-1048 |
| Official Committee of Unsecured Creditors<br>c/o Paul M. Rosenblatt, Esq.<br>1100 Peachtree St., Suite 2800<br>Atlanta, GA 30309-4528 | Official Members/Depositors Committee<br>c/o Gerald Chalpin, Esq.<br>427 E. Mt. Pleasant Ave.<br>Philadelphia, PA 19119-1231 | Official Members/Depositors Committee<br>c/o Donald R. Kirk, Esq.<br>Fowler White Boggs P.A.<br>Post Office Box 1438<br>Tampa, FL 33601-1438 |
| Official Members/Depositors Committee<br>c/o John Francis Gough, Esq.<br>One South Broad St., Ste. 1500<br>Avenue of the Arts<br>Philadelphia, PA 19107-3401 | PRIAC Realty Investments, LLC<br>Attn: Grant T. Stein, Esq.<br>Alston & Bird, LLP<br>1201 West Peachtree St.<br>Atlanta, GA 30309-3424 | PRIAC Realty Investments, LLC<br>c/o Grant T. Stein, Esq.<br>1201 West Peachtree St.<br>Atlanta, GA 30309-3449 |
| R & D Cooper, Ltd.<br>Attn: Richard A. Cooper<br>25 W. Prospect Ave., No. 1400<br>Cleveland, OH 44115-1048 | R&D Cooper, Ltd.<br>c/o George E. Ridge, Esq.<br>136 East Bay St., Ste. 301<br>Jacksonville, FL 32202-5409 | Red Maple Investors, LLC<br>c/o Cynthia C. Jackson, Esq.<br>225 Water St., Ste. 1800<br>Jacksonville, FL 32202-5182 |
| Richard A. Cooper<br>c/o Tiffiny Douglas Safi<br>136 East Bay St., Ste. 301<br>Jacksonville, FL 32202-5409 | Richard A. Cooper,<br>Trustee: Robert N. Gudbranson<br>c/o 1336 East Bay St., Ste. 301<br>Jacksonville, FL 32202 | Richard A. Cooper, Trustee of<br>Trust No. 3 FBO Benjamin J. Cooper<br>c/o George E. Ridge<br>136 East Bay St., Ste. 301<br>Jacksonville, FL 32202-5409 |
| Richard A. Cooper, as Trustee of<br>Trust No. 4 FBO Shane P. Murton<br>c/o George E. Ridge<br>136 East Bay St., Ste. 301<br>Jacksonville, FL 32202-5409 | Richard A. Cooper, as Trustee of<br>Trust No. 5 FBO Zachary A. Cooper<br>c/o George E. Ridge<br>136 East Bay St., Ste.301<br>Jacksonville, FL 32202-5409 | Siemens Corp.<br>Attn: Kim Lem<br>186 Wood Ave. S.<br>Iselin, NJ 08830-2770 |
| Southern Living<br>2314 Paysphere Cir.<br>Chicago, IL 60674-0023 | Sysco / Gulf-Atlantic Services<br>P.O. Box 37045<br>Jacksonville, FL 32236-7045 | Sysco Corporation<br>c/o Jeff Becker, P.A.<br>4100 Southpoint Dr.<br>Jacksonville, FL 32216-8017 |
| TCF Equipment Finance, Inc.<br>c/o Michael A. Tessitore Esq.<br>612 E. Colonial Drive, Suite 150<br>Orlando, FL 32803-4650 | Textron Financial Corporation<br>c/o Keith Thomerson, Esq.<br>50 North Laura St., Ste. 2200<br>Jacksonville, FL 32202-3625 | Textron Financial Corporation<br>c/o CT Corporation System<br>1200 South Pine Island Rd.<br>Plantation, FL 33324-4413 |
| The City of Fernandina Beach Florida<br>c/o Tammi E. Bach, Esq..<br>204 Ash St.<br>Fernandina Beach, FL 32034-4230 | The National Bank of South Carolina<br>c/o David E. Otero, Esq.<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202-3646 | Thermaserve, Inc.<br>6676-1 Columbia Park Dr. S<br>Jacksonville, FL 32258-4406 |

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
▲ Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-Up™
www.avery.com
1-800-GO-AVERY

Easy Peel Labels
Use Avery® Template 5160® 
Feed Paper
Bend along line to expose Pop-Up Edge™
 AVERY® 8460™

Trustees Richard L. Cooper and
Robert N. Gudbranson
c/o Richard L. Cooper Trust
Attn: Richard A. Cooper, Trustee
25 W. Prospect Ave., No. 400
Cleveland, OH 44115-1066

Valleycrest Golf Course Maintena
24151 Ventura Blvd.
Calabasas, CA 91302-1449

United States Trustee
c/o Elena L. Escamilla, Esq.
135 W. Central Blvd., Ste. 620
Orlando, FL 32801-2440

ValleyCrest Golf Course Maintena
24151 Venture Blvd.
Calabasas, CA 91302-1449

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AIP Community Association
c/o A.I. Management
Amelia Island Plantation
Amelia Island, FL 32034

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Florida Public Utilities
P.O. Box 418
Fernandina Beach, FL 32035-0418

(u)Richard A. Cooper, as Trustee of
Trust No. 2 FBO Jessica L. Murt

(d)The City of Fernandina Beach, Florida
c/o Tammi E. Bach, Esq.
204 Ash St.
Fernandina Beach, FL 32034-4230

End of Label Matrix
Mailable recipients    63
Bypassed recipients     3
Total                  66

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-Up™
www.avery.com
1-800-GO-AVERY