UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )
)
AMELIA ISLAND COMPANY,[1] ) Case No. 09-bk-9601
a Delaware corporation, )
) Chapter 11
Debtor. )
_____ )

ORDER FURTHER EXTENDING
EXCLUSIVE PERIODS IN WHICH TO FILE A
CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

This Chapter 11 case came before the Court on the motion of the Debtor, Amelia Island Company, seeking an entry of an order extending the period during which it has the exclusive right to file a Chapter 11 plan and solicit acceptances thereof [Docket No. 313]. Pursuant to an order entered March 30, 2010 [Docket No. 392], the exclusivity periods were extended through May 11, 2010, at which time the Court held a continued hearing to determine if further extensions of the exclusivity periods were warranted. At the May 11, 2010 hearing, the Debtor announced that it was on the verge of filing a plan of reorganization and that it had reached an agreement with the major constituencies to file such plan by midnight, Wednesday, May 19, 2010.

It is therefore ORDERED:

---

[1] The tax identification number of the Debtor is 57-0527665. The address of the principal office of the Debtor is 6800 First Coast Highway-South, Amelia Island, Florida 32034, Post Office Box 3000, Amelia Island, Florida 32035-1000.

1. The exclusivity period within which AIC may file a plan of reorganization is hereby extended through midnight, May 19, 2010.

2. Provided the Debtor files its plan within such time period, the exclusive solicitation period is extended through and including July 19, 2010.

DATED this 17 day of May 2010, in Jacksonville, Florida.

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:

Office of the United States Trustee
135 W. Central Boulevard
Room 602
Orlando, Florida 32801

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202

All Creditors and Parties in Interest
77443