Exhibit II

Liquidation Analysis

[To Be Provided Prior to Disclosure Statement Hearing]