# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMELIA ISLAND COMPANY,[1] | ) | Case No. 09-bk-9601 |
| a Delaware corporation, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss. |
| COUNTY OF ESSEX | ) |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey.

3.  On  July 16, 2010 I caused copies of:

    - **Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; Exhibit A** [D.I. 653]

    - **Amended Sale Procedures Order (A) Authorizing the Debtor to Enter Into an Asset Purchase Agreement for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid  Protections in Connection Therewith; (C) Approving the Form and Manner of Notice; and (D) Approving Assumption and Assignment Procedures** [D.I. 633]

    to be served via first-class U.S. mail, postage prepaid to those persons on the Service List attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_____
Kathleen M. Logan

Sworn to before me this
27th day of July 2010

_____
Notary Public

MELISSA MENDEZ
NOTARY PUBLIC OF NEW JERSEY

---

[1] The tax identification number of AIC is 57-0527665. The address of the principal office of AIC is 6800 First Coast Highway-South, Amelia Island, Florida 32034, Post Office Box 3000, Amelia Island, Florida 32035-1000.

EXHIBIT A
SERVICE LIST

# SERVICE LIST
## Notice of Proposed Assumption and Assignment of Certain Executory Contracts
## and Unexpired Leases [DI 653]
### Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
### for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
### Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                                                      **CASE:  09-BK-9601**

CREDITOR ID: 6663-14
ACORDIA
P.O. BOX 31666
TAMPA FL 33631-3666

CREDITOR ID: 283-97
AIP COMMUNITY ASSOCIATION
C/O A.I. MANAGEMENT
AMELIA ISLAND PLANTATION
AMELIA ISLAND FL 32034

CREDITOR ID: 2052-99
AKERMAN SENTERFITT
COUNSEL TO NATIONAL BANK OF SOUTH CAROLINA
DAVID E. OTERO, ESQ.
50 NORTH LAURA STREET, SUITE 2500
JACKSONVILLE FL 32202

CREDITOR ID: 6664-14
ALLIED T.PRO INC.
500 7TH AVENUE
NEW YORK NY 10018

CREDITOR ID: 2239-99
ALSTON & BIRD LLP
COUNSEL TO PRIAC REALTY INVESTMENTS LLC
GRANT T. STEIN, ESQ.
WENDY R REISS, ESQ
1201 WEST PEACHTREE STREET
ATLANTA GA 30309

CREDITOR ID: 6666-14
AMELIA ANGLER II CHARTERS
AMELIA ISLAND PLANTATION
C/O TERRY LACROSS
AMELIA ISLAND FL 32034

CREDITOR ID: 6665-14
AMELIA ANGLER II CHARTERS
6800 FIRST COAST HWY 8
AMELIA ISLAND FL 32034-5008

CREDITOR ID: 325-98
AMELIA ISLAND PLANTATION COMMUNITY ASSOC.
C/O ROBERT S. BOLAN
PO BOX 3000
AMELIA ISLAND FL 32035

CREDITOR ID: 6668-14
AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION
P.O. BOX 3000
C/O ROBERT S. BOLAN
AMELIA ISLAND FL 32034

CREDITOR ID: 6667-14
AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION
1723 BLANDING BLVD.
SUITE 102
C/O LANCE COHEN, ESQ.
JACKSONVILLE FL 32210-1947

CREDITOR ID: 6669-14
AMELIA URGENT CARE
96279 BRADY PT. RD.
FERNANDINA BEACH FL 32034

CREDITOR ID: 6670-14
AMERICAN SOCIETY OF COMPOSERS AUTHORS &
PUBLISHERS
2690 CUMBERLAND PKWY.,
ATLANTA GA 30339

CREDITOR ID: 371-99
ASCENSION CAPITAL GROUP INC
COMPASS BANK (SECURED) DEPT.
PO BOX 201347
ARLINGTON TX 76006

CREDITOR ID: 6671-14
ASSOCIATED LUXURY HOTELS INC,
2295 S. HIAWASSEE ROAD
SUITE 306
ATTN:ACCOUNTING DEPT.
ORLANDO FL 32835

CREDITOR ID: 6672-14
AT HOME NET
P.O. BOX 1405
SUWANEE GA 30024-0968

CREDITOR ID: 379-99
AT WORK SALES CORPORATION
D/B/A AT WORK UNIFORMS
MARIETTA LAY, CONTROLLER
PO BOX 40
ORANGE BEACH AL 36561

CREDITOR ID: 385-97
AT&T
P.O. BOX 79045
BALTIMORE MD 21279-0045

CREDITOR ID: 6673-14
ATLANTIC COMPANIES, INC.
DBA ATLANTIC SECURITY
1714 CESERY BOULEVARD
JACKSONVILLE FL 32211

CREDITOR ID: 395-99
ATLANTIC SEAFOOD
ANNE COONROD
316 ASH STREET
FERNANDINA BCH FL 32034

CREDITOR ID: 6674-14
B & B EXTERMINATING CO., INC.
215 OSCEOLA STREET
JACKSONVILLE FL 32204

CREDITOR ID: 416-97
BACHARA CONSTRUCTION LAW GROUP
1 INDEPENDENT DR., #1800
JACKSONVILLE FL 32202

CREDITOR ID: 6437-13
BENDER, BRADLEY & JOYCE
6726 SW 35TH WAY
GAINESVILLE FL 32608

CREDITOR ID: 6675-14
BOWEN CIVIL ENGINEERING INC
8075 GATE PARKWAY W. STE 204
JACKSONVILLE FL 32216-3685

CREDITOR ID: 6676-14
BP BUSINESS SOLUTIONS
P. O. BOX 70995
CHARLOTTE NC 28272-0995

CREDITOR ID: 6677-14
BROADCAST MUSIC INC.
320 WEST 57TH STREET
NEW YORK NY 10019

CREDITOR ID: 6678-14
BURRELLES INFORMATION SERVICES
75 EAST NORTHFIELD RD
LIVINGSTON NJ 07039

CREDITOR ID: 6679-14
CENTER STAGE MUSIC AND EVENTS
11250-15 ST AUGUSTINE RD
SUITE 15111
JACKSONVILLE FL 32257

Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                                              **CASE:   09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6457-13<br>CHRISTY, JOHN & CECI<br>100 PARC DU CHATEAU<br>ATLANTA GA 30327 | CREDITOR ID: 6680-14<br>CIT GROUP<br>21146 NETWORK PL.<br>CHICAGO IL 60673-1211 | CREDITOR ID: 659-99<br>CLEAR CHANNEL OUTDOOR INC<br>ATTN ROSIE MEEKS, A/R<br>PO BOX 591790<br>SAN ANTONIO TX 78259 |
| CREDITOR ID: 6681-14<br>CLUB & COMMUNITY CONSULTING CO<br>1515 N. FEDERAL HWY, SUITE 420<br>BOCA RATON, FL 33432 | CREDITOR ID: 326-99<br>COHEN & THURSTON PA<br>COUNSEL TO AMELIA ISLAND PLANTATION<br>COMMUNITY ASSOCIATION INC<br>LANCE PAUL COHEN, ESQ<br>1723 BLANDING BLVD, STE 102<br>JACKSONVILLE FL 32210 | CREDITOR ID: 693-97<br>COMCAST<br>6805 SOUTHPOINT PKWY.<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 692-97<br>COMCAST<br>1600 S. 14TH ST.<br>FERNANDINA BCH FL 32034 | CREDITOR ID: 2021-04<br>COMCAST, COASTAL REGION<br>ATTN MS. TERESE DELGADO<br>551 N.CATTLEMEN RD., #300<br>SARASOTA FL 34232 | CREDITOR ID: 6682-14<br>COMPASS BANK<br>P O BOX 192<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 6683-14<br>COMPASS BANK<br>PO BOX 830927<br>BIRMINGHAM AL 35283-0927 | CREDITOR ID: 6684-14<br>COMPETITIVE SOLUTIONS, INC<br>7334 CHAPEL HILL ROAD<br>SUITE 200<br>RALEIGH NC 27607 | CREDITOR ID: 2313-99<br>COOPER RIDGE & SAFI PA<br>COUNSEL TO R&D COOPER LTD<br>GEORGE E. RIDGE & TIFFIANY DOUGLAS SAFI, ESQS<br>BAYWATER SQUARE BUILDING<br>136 EAST BAY STRETT, STE 301<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 2363-99<br>COOPER RIDGE & SAFI PA<br>COUNSEL TO RIVHARD A COOPER , ET AL<br>GEORGE E RIDGE & TIFFIN DOUGLAS SAFI, ESQS<br>BAYWATER SQUARE BUILDING<br>136 EAST BAY STREET, STE. 301<br>JACKSONVILLE FL 32202 | CREDITOR ID: 334-99<br>COOPER RIDGE & SAFI PA<br>COUNSEL TO AMELIA REALTY, INC.<br>GEORG E RIDGE & TIFFIN DOUGLAS SAFI, ESQS<br>BAYWATER SQUARE BUILDING<br>136 EAST BAY STREET, STE 301<br>JACKSONVILLE FL 32202 | CREDITOR ID: 6685-14<br>CORPORATE CARE WORKS<br>8665 BAYPINE ROAD<br>STE 100<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 6687-14<br>CRANE ISLAND COMPANY, INC.<br>961687 GATEWAY BLVD.<br>SUITE 2010<br>C/O JACOBS & ASSOCIATES, P.A., ATTN: ARTHUR JACOBS<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 6686-14<br>CRANE ISLAND COMPANY, INC.<br>437 EAST MONROE STREET<br>SUITE 100<br>ATTN: LYNWOOD G. WILLIS<br>JACKSONVILLE FL 32202 | CREDITOR ID: 4876-99<br>CROWLEY, JAMES M<br>1 RED CEDAR ROAD<br>AMELIA ISLAND FL 60203-4503 |
| CREDITOR ID: 6688-14<br>CVENT SUPPLIER NETWORK<br>P.O. BOX 822699<br>PHILADELPHIA PA 19182-2699 | CREDITOR ID: 6689-14<br>D.B. TECHNOLOGY, LLC<br>60 WALNUT AVENUE<br>CLARK NJ 07066 | CREDITOR ID: 836-99<br>DATAVISION<br>SHERRY MAREK CHARY<br>860 MARINA DRIVE<br>WESTON FL 33327 |
| CREDITOR ID: 6690-14<br>DATAVISION TECH<br>860 MARINA DRIVE<br>C/O SHERRY MAREK CHERRY<br>WESTON FL 33327 | CREDITOR ID: 6691-14<br>DATAWORKS<br>28200 OLD 41 ROAD<br>SUITE 209<br>BONITA SPRINGS FL 34135 | CREDITOR ID: 6692-14<br>DAVE BENSON SKYDIVE AUSTRALIA<br>2951 MORELANDS RD.<br>P.O. BOX 2951<br>BUNDABURG, QUEENSLAND  4670<br>AUSTRALIA |
| CREDITOR ID: 875-99<br>DEERE CREDIT INC<br>C/O BUSH ROSS PA<br>ATTN A CHRISTOPHER KASTEN II, ESQ<br>POST OFFICE BOX 3913<br>TAMPA FL 33601-3913 | CREDITOR ID: 6693-14<br>DEGROVE SURVEYORS, INC<br>2131 CORPORATE SQUARE BLVD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 6694-14<br>DESTINATION PLANNING CORP<br>3161-1 ST JOHNS BLUFF RD<br>JACKSONVILLE FL 32246-3741 |

# SERVICE LIST
## Notice of Proposed Assumption and Assignment of Certain Executory Contracts
### and Unexpired Leases [DI 653]
### Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
### for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
### Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:  AMELIA ISLAND COMPANY**                                              **CASE:  09-BK-9601**

CREDITOR ID: 6438-13
DR & MRS ANDREW S TRIEBWASSER
139 NAYATT RD
BARRINGTON RI 02806

CREDITOR ID: 6331-12
DR & MRS CHRISTIAN L KOPPEL
23 WAX MYRTLE
AMELIA ISLAND FL 32034

CREDITOR ID: 6439-13
DR & MRS EMORY C BOHLER
302 LEE ST WEST
BROOKLET GA 30415

CREDITOR ID: 6332-12
DR & MRS GUY O BILEK
8116 HARDWICKE DR
JOHNSTON IA 50131

CREDITOR ID: 6440-13
DR & MRS HS PENNYPACKER
1657 NW 19TH CIR
GAINESVILLE FL 32605

CREDITOR ID: 6333-12
DR & MRS JEFFREY HOY
800 S. LAKESHORE DR.
VALDOSTA GA 31605

CREDITOR ID: 6441-13
DR & MRS JOHN A POWELL
150 CAMFIELD SQ
ST  LOUIS MO 63141

CREDITOR ID: 6442-13
DR & MRS LOUIS H PERRONE
17 THERESA DR
MALVERN PA 19355

CREDITOR ID: 6443-13
DR & MRS MARC NUSSMAN
14 ERIL DR.
KINNELON NJ 07405

CREDITOR ID: 6334-12
DR & MRS MAYO SMITH
9601 SOUTHBROOK DR, APT S206
JACKSONVILLE FL 32256

CREDITOR ID: 6335-12
DR & MRS MICHAEL BALDWIN
101 TOAD RD
ANDERSONVILLE GA 31711

CREDITOR ID: 6336-12
DR & MRS MICHAEL THOMPSON
6312 COUNT FLEET TRAIL
TALLAHASSEE FL 32309

CREDITOR ID: 6444-13
DR & MRS RICHARD E HOLMAN
5670 S NEWPORT ST
GREENWOOD  VILLAGE CO 80111-1712

CREDITOR ID: 6445-13
DR & MRS MALONE
127 WOODCHASE
LAGRANGE GA 30240

CREDITOR ID: 6337-12
DR & MRS THOMAS N DEBO
1695 ASH COVE CT
MORGANTON NC 28655

CREDITOR ID: 6338-12
DR & MRS WASEEM KHAN
462 NW LAKE VALLEY TERR
LAKE CITY FL 32055

CREDITOR ID: 6446-13
DR & MRS WILLIAM & CHRISTINA CHOI
6315 QUAIL ST.
HASLETT MI 48840

CREDITOR ID: 6330-12
DR AND MRS DAVID S MEDICH
311 HAZEL LANE
SEWICKLEY PA 15143

CREDITOR ID: 6447-13
DR DAVID B EHLERT
1331 BRADFORD CT
NEENAH WI 54956

CREDITOR ID: 6448-13
DR DENNIS L FIELDER
715 OCEAN CLUB PL
AMELIA  ISLAND FL 32034

CREDITOR ID: 6449-13
DR HOAN SENG TAN
2855 GOLF CIR
EMMAUS PA 18049

CREDITOR ID: 6450-13
DR JENNIE G BYRD
77 SOLANO SQ STE 155
BENICIA CA 94510

CREDITOR ID: 6339-12
DR MARC NUSSMAN
14 ERIE DR
KINNELON NJ 07405

CREDITOR ID: 6451-13
DR MARK DOSCH & DR MADELINE DUPREE
4615 PINE TREE DR
BOYNTON  BEACH FL 33436

CREDITOR ID: 6452-13
DR MICHAEL H BALDWIN
101 TOAD RD
ANDERSONVILLE GA 31711

CREDITOR ID: 6453-13
DR PATRICK SULLIVAN
C/O KIM LYNCH
276 OTTER RUN DR
FERNANDINA  BEACH FL 32034

CREDITOR ID: 6340-12
DR ROBERT M (ROB) STOFER JR DDS
10521 WATCH HILL LN.
CENTERVILLE OH 45458

**Notice of Proposed Assumption and Assignment of Certain Executory Contracts**
**and Unexpired Leases [DI 653]**
**Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement**
**for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid**
**Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:     AMELIA ISLAND COMPANY**                                             **CASE:  09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6454-13<br>DR SALIM M OSTA<br>PO BOX 24388<br>ST. SIMONS ISLAND GA 31522 | CREDITOR ID: 6455-13<br>DR THOMAS C BLACK<br>TCB OPERATIONS<br>1010 CARONDELET DRIVE, SUITE #103<br>KANSAS CITY MO 64114 | CREDITOR ID: 6456-13<br>DRS DAVID & GRETCHEN MEDICH<br>311 HAZEL LANE<br>SEWICKLEY PA 15143-1140 |
| CREDITOR ID: 6341-12<br>DRS WILLIAM J. HOSKINS<br>8901 SHORE RD, #2D<br>BROOKLYN NY 11209 | CREDITOR ID: 6695-14<br>DUNES CLUB COMMUNITY ASSN/AMELIA ISL HOLDING CO<br>C/O ASSOCIATION MANAGEMENT<br>AMELIA ISLAND PLANTATION<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6696-14<br>DUNES CLUB COMPANY<br>P.O. BOX 3000<br>AMELIA ISLAND FL 32035-3000 |
| CREDITOR ID: 6697-14<br>DUNES CLUB VILLA COMPANY LLC<br>1301 RIVERPLACE BLVD.<br>SUITE 1500<br>C/O ADAM G. ADAMS, ESQ.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2048-99<br>DURANT & SCHOEEPPEL PA<br>COUNSEL TO NASSAU COUNTY TAX COLLECTOR<br>C POPHAM DECUNTO, ESQ<br>STEPHEN H DURANT & KEVIN A SCHOEPPEL, ESQS<br>6550 ST AUGUSTINE ROAD, STE 105<br>JACKSONVILLE FL 32217 | CREDITOR ID: 6698-14<br>DYNAMIX GROUP INC<br>1905 WOODSTOCK RD<br>SUITE 4150<br>ROSWELL GA 30075-5625 |
| CREDITOR ID: 3032-99<br>E.H. THOMPSON<br>C/O JEFFREY R ROTH, ESQ<br>7700 NORTH KENDELL DRIVE, STE 507<br>MIAMI FL 33156 | CREDITOR ID: 6699-14<br>ECOLAB PEST ELIMINATION<br>P.O. BOX 6007<br>GRAND FORKS ND 58206-6007 | CREDITOR ID: 6700-14<br>ENSEMBLE TRAVEL<br>29 W 36TH ST<br>8TH FLOOR<br>NEW YORK NY 10018 |
| CREDITOR ID: 6701-14<br>EZ YIELD.COM, INC.<br>125 EXCELSOR PARKWAY<br>STE 101<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 1027-97<br>FAHLGREN<br>400 N. ASHLEY DR., #2020<br>TAMPA FL 33602 | CREDITOR ID: 6702-14<br>FEDERAL EXPRESS COLLECTION<br>P.O. BOX 94515<br>PALATINE IL 60094-4515 |
| CREDITOR ID: 6703-14<br>FERNANDO DIEZ PHOTOGRAPHY<br>6899 SW 62ND TERR<br>SOUTH MIAMI FL 33143-1928 | CREDITOR ID: 1066-04<br>FL DEPT. OF REVENUE<br>JACKSONVILLE SERVICE CENTER<br>921 N. DAVIS ST., #A-215<br>JACKSONVILLE FL 32209-6828 | CREDITOR ID: 1065-97<br>FL DEPT. OF REVENUE<br>5050 W. TENNESSEE ST.<br>TALLAHASSEE FL 32399 |
| CREDITOR ID: 1084-97<br>FLORIDA PUBLIC UTILITIES<br>PO BOX 418<br>FERNANDINA BCH FL 32034 | CREDITOR ID: 6704-14<br>FLORIDA'S FIRST COAST OF GOLF,<br>415 PABLO AVENUE<br>SUITE 102<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 1099-97<br>FOLEY & LARDNER LLP<br>ATTN EMERSON M. LOTZIA, ESQ.<br>ONE INDEPENDENT DRIVE, SUITE 1300<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 6706-14<br>FORD MOTOR CREDIT<br>P.O. BOX 6275<br>DEARBORN MI 48121-6275 | CREDITOR ID: 6705-14<br>FORD MOTOR CREDIT<br>118 WEST ADAMS ST.<br>SUITE 800<br>C/O SCHUYLER STEWART SMITH<br>JACKSONVILLE FL 32202-3866 | CREDITOR ID: 2123-99<br>FOWLER WHITE BOGGS PA<br>COUNSEL TO OFFICIAL MEMBERS/DEPOSITORS COMMITTEE<br>JOHN D EMMANUEL, ESQ<br>DONALD R KIRK, ESQ<br>POST OFFICE BOX 1438<br>TAMPA FL 33601-1438 |
| CREDITOR ID: 963-99<br>FSB LEGAL COUNSEL, A FISHER BROYLES LLP<br>COUNSEL TO DYNAMIX GROUP INC<br>ELAINE N. BRASCH, ESQ<br>255 WALHALLA COURT<br>ATLANTA GA 30350 | CREDITOR ID: 6707-14<br>GALLAGHER BASSETT SERVICES, IN<br>6 CAMPUS DRIVE<br>PARSIPPANY NJ 07054 | CREDITOR ID: 2124-99<br>GERALD CHALPIN, ESQ<br>COUNSEL TO OFFICIAL MEMBERS/DEPOSITORS COMMITTEE<br>427 E MT PLEASANT AVENUE<br>PHILADELPHIA PA 19119 |

# SERVICE LIST
## Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [DI 653]
### Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                                                          **CASE:   09-BK-9601**

CREDITOR ID: 6708-14
GOLF HOLIDAYS INTERNATIONAL
10815 RANCHO BERNARDO ROAD
SUITE 320
SAN DIEGO CA 92127

CREDITOR ID: 6709-14
GOLF RESORT WORLD
500 RENE-LEVESQUE WEST
MONTREAL QC H2Z 1W7
CANADA

CREDITOR ID: 6710-14
GOLF ZOO INC
11419 CRONRIDGE DR
STE 2
OWINGS MILLS MD 21117

CREDITOR ID: 2125-99
GOUGHLW ASSOCIATES RLLC
COUNSEL TO OFFICIAL MEMBERS/DEPOSITORS COMMITTEE
JOHN FRANCIS GOUGH, ESQ
ONE SOUTH BROAD STREET, STE 1500
AVENUE OF THE ARTS
PHILADELPHIA PA 19107

CREDITOR ID: 452-99
GUNSTER YOAKLEY & STEWART PA
COUNSEL TO BEACHSIDE VILLAS CONDO. ASSOC. INC
JAMES O BIRR III, ESQ
225 WATER STREET, STE 1750
JACKSONVILLE FL 32202

CREDITOR ID: 6711-14
HASTY'S COMMUNICATIONS OF FLA,
7033 COMMONWEALTH AVE.,
SUITE 6
JACKSONVILLE, FL 32220

CREDITOR ID: 3003-99
HAYNES AND BOONE LLP
COUNSEL TO SYSCO CORPORATION
TREY A MONSOUR, ESQ
JASON B BINDFORD, ESQ
2323 VICTORY AVE, STE 700
DALLAS TX 75219

CREDITOR ID: 6463-13
HEFFERNAN, MICHAEL R & BARBARA
4607 DEEPWOOD DR
LOUISVILLE KY 40241

CREDITOR ID: 3031-99
HELD & ISREAL
COUNSEL TO UNS CREDITORS' COMMITTEE
KIMBERLY HELD ISREAL
6320 ST AUGUSTINE ROAD, STE 2
JACKSONVILLE FL 32217

CREDITOR ID: 1363-97
HERITAGE PAPER CO. INC.
C/O DAVID B. CLEVINGER
4011 MORTON STREET
JACKSONVILLE FL 32217

CREDITOR ID: 3001-99
HIDAY AND RICKE PA
COUNSEL TO SYSCO CORPORATION
JEFF BECKER,. ESQ
PO BOX 550858
JACKSONVILLE FL 32255-0858

CREDITOR ID: 2706-99
HINSHAW & CULBERTSON LLP
COUNSEL TO TEXTRON FINANCIAL CORPORATION
KEITH THOMERSON, ESQ
50 NORTH LAURA STREET, STE. 2200
JACKSONVILLE FL 32202

CREDITOR ID: 700-99
HOLLAND & KNIGHT LLP
COUNSEL TO COMPASS BANK
ALAN M WEISS, ESQ.
50 NORTH LAURA STRET, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 6712-14
HP EXPRESS SERVICE
P.O. BOX 22160
OAKLAND CA 94623-2160

CREDITOR ID: 1456-99
IBM CORPORATION
BEVERLY H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE IL 60181

CREDITOR ID: 6714-14
IBM CREDIT LLC
TWO LINCOLN CENTER
ATTN: B.H. SHIDLER
OAKBROOK TERRACE IL 60181

CREDITOR ID: 6713-14
IBM CREDIT LLC
1360 BOUL RENE-LEVES
MONTREAL QC H3G2W6
CANADA

CREDITOR ID: 1463-99
IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA 31208-3708

CREDITOR ID: 1468-99
IKON OFFICE SOLUTIONS
RECOVERY & BANKRUPTCY GROUP
3920 ARKWRIGHT ROAD, STE 400
MACON GA 31210

CREDITOR ID: 6715-14
INNOVATIVE PRINTING, INC.
6648 N ORANGE BLOSSOM TR
ORLANDO FL 32810

CREDITOR ID: 1486-99
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114

CREDITOR ID: 1485-99
INTERNAL REVENUE SERVICE
ATTN: SPECIAL PROCEDURES
PO BOX 34045, STOP 572
JACKSONVILLE FL 32202

CREDITOR ID: 6718-14
JOHNSON CONTROLS, INC
P.O. BOX 905240
CHARLOTTE NC 28290

CREDITOR ID: 6717-14
JOHNSON CONTROLS, INC
8245 BAYBERRY RD.
JACKSONVILLE FL 32256-7473

CREDITOR ID: 6716-14
JOHNSON CONTROLS, INC
507 E. MICHIGAN STREET
ATTN: M-72
MILWAUKEE WI 53202-5211

CREDITOR ID: 6719-14
KELLEY TERMITE AND PEST CONTRO
P O BOX 521
FERNANDINA BEACH FL 32035

CREDITOR ID: 786-99
KILPATRICK STOCKTON LLP
COUNSEL TO UNS CREDITORS' COMMITTEE
PAUL M ROSENBLATT, ESQ
SHANE  G RAMSEY, ESQ
1100 PEACHTREE STREET, STE 2800
ATLANTA GA 30309

**Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:  AMELIA ISLAND COMPANY**                                                         **CASE:  09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 2111-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>COUNSEL TO NVHG ACQUISITIONS LLC<br>DAVID A SAMOLE, ESQ<br>2525 PONCE DE LEON BLVD 9TH FL<br>CORAL GABLES FL 33134 | CREDITOR ID: 1250-97<br>KPMG, LLP<br>DEPT. 0572<br>P.O. BOX 120001<br>DALLAS TX 75312-0572 | CREDITOR ID: 6720-14<br>KRISAM GROUP<br>2501 M ST. NW<br>SUITE 515<br>WASHINGTON DC 20037-1310 |
| CREDITOR ID: 6721-14<br>KVL AUDIO VISUAL SERVICES<br>466 SAW MILL RIVER ROAD<br>ARDSLEY NY 10502 | CREDITOR ID: 6722-14<br>LIFE FITNESS A DIVISION OF BRUNSWICK CORP.<br>5100 N RIVER ROAD<br>SCHILLER PARK IL 60176 | CREDITOR ID: 6461-13<br>LOKAY CORP<br>ATTN LOIS BRODERICK<br>444 E 82ND ST APT 31D<br>NEW YORK NY 10028-5919 |
| CREDITOR ID: 6462-13<br>MAJOR LINDA SUTTLEHAN<br>609 ROCK CREEK DR.<br>LANSING KS 66043 | CREDITOR ID: 6723-14<br>MANAGEMENT TECHNOLOGIES<br>9941 WEST JESSAMINE STREET<br>MIAMI FL 33157 | CREDITOR ID: 6724-14<br>MARTEX SERVICES<br>1417 AVERY ROAD SUITE 200<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 1835-98<br>MARTIN COFFEE COMPANY, INC.<br>C/O BEN JOHNSON<br>1633 MARSHALL STREET<br>JACKSONVILLE FL 32206-6011 | CREDITOR ID: 6725-14<br>MEDIA MAX, LLC<br>400 COLUMBUS AVE<br>VALHALLA NY 10595 | CREDITOR ID: 6726-14<br>MEETINGS DATABASE INSTITUTE<br>1011 E. TOUHY AVE.<br>SUITE 321<br>DES PLAINES IL 60018 |
| CREDITOR ID: 6727-14<br>MERIT GOLF VACATIONS<br>145 KING STREET W STE. 2020<br>TORONTO ON M5H1J8<br>CANADA | CREDITOR ID: 6728-14<br>MESSAGELABS INC<br>512 SEVENTH AVE. 6TH FLOOR<br>NEW YORK NY 10018 | CREDITOR ID: 1947-97<br>MICROSOFT LICENSING, GP<br>C/O BANK OF AMERICA<br>1401 ELM ST., 5TH FL., D 842467<br>DALLAS TX 75202 |
| CREDITOR ID: 6729-14<br>MICROSOFT LICENSING, GP.<br>C/O BANK OF AMERICA<br>1401 ELM ST, 5TH FL/D. 842467<br>DALLAS TX 75202 | CREDITOR ID: 6730-14<br>MINIBAR NORTH AMERICA, INC<br>P O BOX 631285<br>BALTIMORE MD 21263 | CREDITOR ID: 3038-99<br>MORRIS MANNING & MARTIN LLP<br>COUNSEL TO NOBLE HOSPITALITY FUND ACQUISITION LLC<br>DAVID W CRANSHAW, ESQ<br>G BRIAN BUTLER, ESQ<br>3343 PEACHTREE RD NE, 1600 ATLANTA FIN CNTR<br>ATLANA GA 30326 |
| CREDITOR ID: 6465-13<br>MR & MRS JOHN PD CRIST II<br>2951 EAGLE ESTATE CIR E<br>CLEARWATER FL 33761 | CREDITOR ID: 6466-13<br>MR & MRS A KENNETH HEWITT III<br>9470 RIVER CLUB PKWY<br>DULUTH GA 30097 | CREDITOR ID: 6467-13<br>MR & MRS ALEX LELLI JR<br>27C W 15TH ST<br>CHICAGO IL 60605 |
| CREDITOR ID: 6468-13<br>MR & MRS ANDREW MESSINA<br>9550 HILDRETH LN<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 6469-13<br>MR & MRS BEN H ROWAN II<br>PO BOX 727<br>BRENTWOOD TN 37027 | CREDITOR ID: 6470-13<br>MR & MRS BILL FERRIELL<br>2613 EVERGREEN CT<br>LOUISVILLE KY 40223 |
| CREDITOR ID: 6471-13<br>MR & MRS BRODERICK REYNOLDS<br>58 LEXINGTON DR<br>PENNINGTON NJ 08534 | CREDITOR ID: 6472-13<br>MR & MRS BRUCE GARDNER<br>2 JUNIPER CT<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6473-13<br>MR & MRS BRYCE SHRIVER<br>ONE SEA MARSH RD<br>AMELIA ISLAND FL 32034 |

# SERVICE LIST
## Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
### Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                                                **CASE:   09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6474-13<br>MR & MRS CHARLES A PRESLEY<br>401 HIGHLAND AVE<br>SALEM OH 44460 | CREDITOR ID: 6475-13<br>MR & MRS CHRIS MILHOUS<br>3775 CLUBLAND TRAIL<br>MARIETTA GA 30068 | CREDITOR ID: 6342-12<br>MR & MRS DAVID BYERS<br>219 ST NICHOLAS CIR NW<br>ATANTA GA 30327 |
| CREDITOR ID: 6476-13<br>MR & MRS DAVID DRESSLER<br>22291 BUTTERFIELD<br>MISSION  VIEJO CA 92692 | CREDITOR ID: 6343-12<br>MR & MRS DAVID J CAPLES<br>1617 ATLANTIC AVE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 6477-13<br>MR & MRS DAVID L FOBES<br>PO BOX 295<br>CHESTERFIELD MA 01012 |
| CREDITOR ID: 6478-13<br>MR & MRS DAVID L PUNZELT<br>13 CANNON POINT<br>PO BOX 216<br>CASTINE ME 04421 | CREDITOR ID: 6344-12<br>MR & MRS DAVID MCNICHOLS<br>15250 HIGHGROVE RD<br>MILTON GA 30004 | CREDITOR ID: 6479-13<br>MR & MRS DAVID MCNICHOLS<br>15250 HIGHGROVE RD<br>MILTON GA 30004 |
| CREDITOR ID: 6569-13<br>MR & MRS WILLIAM C DANIEL<br>447 TIMBERLEA TRAIL<br>DAYTON OH 45429 | CREDITOR ID: 6570-13<br>MR & MRS WILLIAM C SHIPPEY<br>PO BOX 421506<br>ATLANTA GA 30342 | CREDITOR ID: 6571-13<br>MR & MRS WILLIAM CHOW<br>10116 HIGH HILL CT<br>GREAT  FALLS VA 22066 |
| CREDITOR ID: 6572-13<br>MR & MRS WILLIAM E PINKSTON<br>1067 CREEKSIDE VILLAGE WAY<br>SEYMOUR TN 37865 | CREDITOR ID: 6573-13<br>MR & MRS WILLIAM S DEPUY<br>32 ALEXANDER ST<br>ALEXANDRIA VA 22314 | CREDITOR ID: 6574-13<br>MR A BOYD SIMPSON<br>C/O MELODY MANN-SIMPSON<br>1401 PEACHTREE ST, STE 400<br>ATLANTA GA 30309 |
| CREDITOR ID: 6364-12<br>MR A BOYD SIMPSON<br>1401 PEACHTREE ST, STE 400<br>ATLANTA GA 30309 | CREDITOR ID: 6365-12<br>MR AND MRS BILL (WILLIAM C) DANIEL<br>447 TIMBERLEA TRAIL<br>DAYTON OH 45429 | CREDITOR ID: 6366-12<br>MR AND MRS CAMILLO SIMONETTI<br>4442 THORNHILL DR<br>AUBURN HILLS MI 48326 |
| CREDITOR ID: 6367-12<br>MR AND MRS CHARLES G (PETE) CAYE, JR<br>946 JOHNS RD<br>AUGUSTA GA 30904 | CREDITOR ID: 6368-12<br>MR AND MRS CHRISTOPHER J MITCHELL<br>600 HADDINGTON LN<br>PEACHTREE CITY GA 30269 | CREDITOR ID: 6369-12<br>MR AND MRS DONALD ALT<br># 4 MAGNOLIA POINT<br>COVINGTON LA 70433 |
| CREDITOR ID: 6370-12<br>MR AND MRS DOUGLAS C MILLER<br>2306 GREENSIDE CT<br>PONTE VEDRA BCH. FL 32082 | CREDITOR ID: 6371-12<br>MR AND MRS ED HALL<br>6 WATER OAK<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6372-12<br>MR AND MRS EDWARD MCCABE<br>705 OCEAN CLUB PL<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6373-12<br>MR AND MRS FORREST ADAIR<br>110 RIVER HOLLOW CT<br>DULUTH GA 30097 | CREDITOR ID: 6374-12<br>MR AND MRS GERALD W NIPPER<br>140 LAKEVIEW CIRCLE<br>CORDELE GA 31015 | CREDITOR ID: 6375-12<br>MR AND MRS J NICHOLAS KLEIN,  III<br>35159 OCCOHANNOCK DR<br>BELLE HAVEN VA 23306 |

# SERVICE LIST
## Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [DI 653]
## Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                              **CASE:  09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6376-12<br>MR AND MRS JAMES F FLYNN<br>8256 RESIDENCE CT<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6377-12<br>MR AND MRS JAMES HARDWICK<br>6735 LINFORD LN<br>JACKSONVILLE FL 32217 | CREDITOR ID: 6378-12<br>MR AND MRS JOHN A GRISWOLD<br>1061 LAKE CLUB VIEW<br>GREENSBORO GA 30642 |
| CREDITOR ID: 6379-12<br>MR AND MRS JOHN JOHNSON<br>108 MARSH CREEK RD<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6380-12<br>MR AND MRS JOHN MARRA<br>PO BOX 171008<br>MILWAUKEE WI 53217 | CREDITOR ID: 6381-12<br>MR AND MRS JOHN T CRAWFORD<br>114 MARSH CREEK RD<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6382-12<br>MR AND MRS JOSEPH A KOCHIS<br>6655 OLD ROYALTON RD<br>BRECKSVILLE OH 44141 | CREDITOR ID: 6383-12<br>MR AND MRS LAURENCE MOLLNER<br>599 WASHINGTON AVE<br>GLENCOE IL 60022 | CREDITOR ID: 6384-12<br>MR AND MRS LAWRENCE HONIG<br>481 RIO CT<br>MARCO ISLAND FL 34145 |
| CREDITOR ID: 6385-12<br>MR AND MRS LOVICK P SUDDATH<br>9 MARSH HAWK RD<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6386-12<br>MR AND MRS MICHAEL E TOMPKINS<br>3417 TUXEDO RD NW<br>ATLANTA GA 30305 | CREDITOR ID: 6387-12<br>MR AND MRS MICHAEL R COTE<br>1650 LAZY RIVER LN<br>ATLANTA GA 30350 |
| CREDITOR ID: 6388-12<br>MR AND MRS PAUL GALE<br>101 LAKEVIEW DR<br>GULF STREAM FL 33483 | CREDITOR ID: 6389-12<br>MR AND MRS RALPH KING<br>2639 RIDGE VALLEY RD, NW<br>ATLANTA GA 30327 | CREDITOR ID: 6390-12<br>MR AND MRS ROBERT C GROCE<br>22 WAX MYRTLE<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6391-12<br>MR AND MRS ROBERT PRICE<br>6537 SPYGLASS CIRCLE<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6392-12<br>MR AND MRS STEVEN H WHITMAN<br>142  PARK RD<br>PITTSFORD NY 14534 | CREDITOR ID: 6393-12<br>MR AND MRS THOMAS A BRISKEN<br>10631 ZEPHYR ST<br>CINCINNATI OH 45242 |
| CREDITOR ID: 6575-13<br>MR AND MRS THOMAS I O'BRIEN<br>63 BANK ST<br>NEW  CANAAN CT 06840 | CREDITOR ID: 6394-12<br>MR AND MRS VICTOR L BUSCAINO<br>2425 SADLER RD<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 6395-12<br>MR AND MRS WILLIAM M (MIKE) BURCH<br>148 LONG POINT DR<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6579-13<br>MR CHARLES HAWTHORNE<br>12515 LAKE BUYNACK CT<br>WINDERMER FL 34786 | CREDITOR ID: 6580-13<br>MR DANIEL KOSSMANN<br>10 HOLYOKE ST, #2<br>BOSTON MA 02116 | CREDITOR ID: 6581-13<br>MR DAVID A DALTO<br>410 INDIAN RD<br>WAYNE NJ 07470 |
| CREDITOR ID: 6396-12<br>MR DAVID LARKIN ROBB<br>2 BUCKTHORNE DR<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6397-12<br>MR DONALD H BURGESS<br>7580 TRAILS END<br>CHAGRIN FALLS OH 44023 | CREDITOR ID: 6582-13<br>MR DOUGLAS C MILLER<br>SEA DUNES 1641 LLC<br>2306 GREENSIDE CT<br>PONTE  VEDRA  BEACH FL 32082 |

Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:** **AMELIA ISLAND COMPANY**                                        **CASE:** 09-BK-9601

| | | |
|---|---|---|
| CREDITOR ID: 6583-13<br>MR EDWARD H BROWN<br>425 IVY HALL<br>ATLANTA GA 30350 | CREDITOR ID: 6584-13<br>MR EDWARD J ARDOLINO<br>C/O TAMA ARDOLINO COLEMAN<br>2801-207 GLENWOOD GARDENS LN<br>RALEIGH NC 27608 | CREDITOR ID: 6398-12<br>MR ERNEST D LEVERING<br>14617 DOVER RD<br>REISTERSTOWN MD 21136 |
| CREDITOR ID: 6399-12<br>MR EUELL T STROUD<br>200 PLANTATION CHASE, STE 1<br>SEA ISLAND GA 31522 | CREDITOR ID: 6585-13<br>MR F WARREN NEEL<br>1240 RIVER LAUREL DR<br>SUWANEE GA 30024 | CREDITOR ID: 6586-13<br>MR FRANK GIULIANO<br>MR MITCHELL A FRIED<br>8 PINE TREE DR<br>KATONAH NY 10536 |
| CREDITOR ID: 6587-13<br>MR FRED K STEWART, JR<br>52 PARK LN<br>PO BOX 308<br>GOLF IL 60029 | CREDITOR ID: 6400-12<br>MR GARY SCHNEIDER<br>4437 SW 91ST DR<br>GAINESVILLE FL 32608 | CREDITOR ID: 6588-13<br>MR GEORGE BERMAN<br>REGINA ROMAN<br>22 RAVINE RD<br>WINCHESTER MA 01890 |
| CREDITOR ID: 6401-12<br>MR GEORGE SHEFFIELD<br>38 OCEAN CLUB DR<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6589-13<br>MR GERVASE BOOTE<br>THE WILLOWS, BROOK<br>N R GODALMING<br>SURREY GU85UJ<br>UNITED KINGDOM | CREDITOR ID: 6590-13<br>MR GILBERT HOUSTON<br>344 SOPHIA TERRACE<br>ST. AUGUSTINE FL 32095 |
| CREDITOR ID: 6591-13<br>MR GREGG CORLEY<br>CITIZEN STATE BANK<br>715 CENTRE ST<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 6592-13<br>MR GREGORY STEWART<br>2940 EDENDERRY DR<br>TALLAHASSEE FL 32309 | CREDITOR ID: 6593-13<br>MR GUY O BILEK<br>8116 HARDWICKE DR<br>JOHNSTON IA 50131 |
| CREDITOR ID: 6594-13<br>MR HENRY HEYWARD BURNET, III<br>PO BOX 1319<br>WAYCROSS GA 31502 | CREDITOR ID: 6595-13<br>MR HUGH W LONG<br>832 PINE ST<br>NEW ORLEANS LA 70118-5121 | CREDITOR ID: 6596-13<br>MR J GLENN TURNER<br>3537 COLGATE<br>DALLAS TX 75225 |
| CREDITOR ID: 6597-13<br>MR J PETER MARTIN<br>ATLANTIC AQUACULTURE<br>PO BOX 143440<br>CORAL GABLES FL 33156 | CREDITOR ID: 6402-12<br>MR JACK HEALAN<br>PO BOX 3000<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 6598-13<br>MR JAMES D WINDHAM<br>1050 EAGLES LANDING PKWY<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 6599-13<br>MR JAMES N BAILEY<br>C/O LIZABETH WILSON<br>12085 WEXFORD CLUB DR<br>ROSWELL GA 30075 | CREDITOR ID: 6403-12<br>MR JEFFREY W STEMPEL<br>99 TETON PINES DR<br>HENDERSON NV 89074 | CREDITOR ID: 6600-13<br>MR JEFFREY W STEMPEL<br>99 TETON PINES DR<br>HENDERSON NV 89014 |
| CREDITOR ID: 6601-13<br>MR JERRY SUMNER<br>216 MARSH LAKES DR<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 6602-13<br>MR JIM LAWRENCE<br>9706 ENDICOTT DR<br>WINDERMERE FL 34786 | CREDITOR ID: 6603-13<br>MR JIM WADE<br>RT 2, 906 RIDGEMORE DR<br>TOCCOA GA 30577 |

SERVICE LIST
Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:   AMELIA ISLAND COMPANY**                                                          **CASE:   09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6604-13<br>MR JOHN R FAIELLA<br>13 MONROE AVE<br>LARCHMONT NY 10538 | CREDITOR ID: 6605-13<br>MR JOHN SCOTT<br>3112 NW 57TH TERRACE<br>GAINESVILLE FL 326066939 | CREDITOR ID: 6404-12<br>MR JOSEPH J CUTAJAR<br>PO BOX 8035<br>FERNANDINA BEACH FL 32035 |
| CREDITOR ID: 6606-13<br>MR KEN SAITOW<br>LMKS HOLDINGS, LLLP<br>106 GEORGETOWN CT<br>MACON GA 31210 | CREDITOR ID: 6607-13<br>MR KENNETH BRYANT<br>10 SPARROW LN<br>RIVER  RIDGE LA 70123 | CREDITOR ID: 6608-13<br>MR KEVIN G SCHOONOVER<br>4058 WEMBLY FOREST WAY<br>DORAVILLE GA 30340 |
| CREDITOR ID: 6609-13<br>MR LAWRENCE P SHIPPEY<br>PO BOX 422297<br>ATLANTA GA 30342 | CREDITOR ID: 6610-13<br>MR LOUIS A PERNO<br>1100 TWO OAKS DR<br>ATHENS GA 30606 | CREDITOR ID: 6405-12<br>MR MARK LOTT<br>1610 MADISON AVE<br>TIFTON GA 31794 |
| CREDITOR ID: 6406-12<br>MR MICHAEL COHEN<br>516 N AUDUBON DR<br>ALBANY GA 31721 | CREDITOR ID: 6407-12<br>MR NORMAN BRAY<br>63 SEA MARSH RD<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 6611-13<br>MR O WAYNE ELLERBEE<br>PO BOX 25<br>VALDOSTA GA 31603-0025 |
| CREDITOR ID: 6408-12<br>MR PAT GILLEY<br>PO BOX 19756<br>ATLANTA GA 30325 | CREDITOR ID: 6612-13<br>MR PATRICK GALVIN<br>2115 N SEMINARY<br>CHICAGO IL 60614 | CREDITOR ID: 6613-13<br>MR PHILIP HABIB<br>233 E 70TH ST<br>NEW  YORK NY 10021 |
| CREDITOR ID: 6464-13<br>MR.  JOE CUTAJAR<br>NASSCO LLP<br>PO BOX 8035<br>FERNANDINA  BEACH FL 32035 | CREDITOR ID: 6480-13<br>MR. & MRS. DONALD KAUER<br>31 GREAT OAK DRIVE<br>HUDSON OH 44236 | CREDITOR ID: 6481-13<br>MR. & MRS. DONALD MCCARRON<br>95048 SEA WALK CT.<br>AMELIA  ISLAND FL 32034 |
| CREDITOR ID: 6482-13<br>MR. & MRS. DOUGLAS PAUL<br>51 RIVER ROAD<br>ESSEX CT 06426 | CREDITOR ID: 6483-13<br>MR. & MRS. ELLIOT J. SHAPIRO<br>961 EAST END<br>WOODMERE NY 11581 | CREDITOR ID: 6484-13<br>MR. & MRS. ERNEST B. WILLIAMS<br>P.O. BOX 1008<br>RICHMOND  HILL GA 31324 |
| CREDITOR ID: 6485-13<br>MR. & MRS. EUGENE R. DUMARESQ, JR.<br>114 DOUGLAS DRIVE<br>TOWNSHIP  OF  WASHINGTON NJ 07676 | CREDITOR ID: 6486-13<br>MR. & MRS. FRANCESCO M. BORGHESE<br>25 SARATOGA WAY<br>SHORT  HILLS NJ 07078 | CREDITOR ID: 6487-13<br>MR. & MRS. FRANK SCROGGINS<br>215 VALLEY ROAD N.W.<br>ATLANTA GA 30305 |
| CREDITOR ID: 6488-13<br>MR. & MRS. GARY J. TAMBURRI<br>13 OLD PURDY STATION DR.<br>NEWTOWN CT 06470 | CREDITOR ID: 6489-13<br>MR. & MRS. GARY L. EVERSOLE<br>1537 GEDDES LANE<br>FERNANDINA  BEACH FL 32034 | CREDITOR ID: 6490-13<br>MR. & MRS. GARY WOZNIAK<br>16741 RYLAND<br>REDFORD MI 48240 |

Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                                   **CASE:  09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6345-12<br>MR. & MRS. GEORGE DE TARNOWSKY<br>1116 CHOPMIST HILL<br>SCITUATE RI 02857 | CREDITOR ID: 6491-13<br>MR. & MRS. GEORGE M. FORD<br>63 LINCOLN STREET<br>HINGHAM MA 02043 | CREDITOR ID: 6346-12<br>MR. & MRS. GEORGE MCISAAC<br>10 FISHING EAGLE COURT<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6492-13<br>MR. & MRS. GREG SCHEURICH<br>3601 FAWN TRAIL<br>JOPLIN MO 64804 | CREDITOR ID: 6347-12<br>MR. & MRS. HARRY KITCHEN<br>5 KNIGHTSBRIDGE LANE<br>HILTON HEAD SC 29928 | CREDITOR ID: 6348-12<br>MR. & MRS. HERBERT R. ADAMS<br>38 MARSH CREEK RD.<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6493-13<br>MR. & MRS. HOWARD C. NESMITH<br>108 S. CASTLE ROAD<br>DALTON GA 30720 | CREDITOR ID: 6494-13<br>MR. & MRS. HUGO M. CIMENTI<br>C/O MARIA KAVALE<br>349 KENSINGTON RD.<br>ROCKY  RIVER OH 44116 | CREDITOR ID: 6495-13<br>MR. & MRS. J. R. DAVIS<br>P.O. BOX 8063<br>AMEILA  ISLAND FL 32035 |
| CREDITOR ID: 6496-13<br>MR. & MRS. JACK B. RADER<br>P.O. BOX 297<br>REEDERS PA 18352 | CREDITOR ID: 6497-13<br>MR. & MRS. JACK FRIBLEY<br>6604 IROQUOIS TRAIL<br>EDINA MN 55439 | CREDITOR ID: 6498-13<br>MR. & MRS. JACK M. AMIE<br>204 DUNBARTON DR.<br>ST.  SIMONS GA 31522 |
| CREDITOR ID: 6499-13<br>MR. & MRS. JACOB A. GOODRICH<br>170 MCBRIDE ROAD<br>MARTINEZ GA 30907 | CREDITOR ID: 6500-13<br>MR. & MRS. JAMES A. MACY<br>8057 KILLARNEY AIRE RD<br>ROSCOE IL 61073 | CREDITOR ID: 6501-13<br>MR. & MRS. JAMES FERGUSON<br>62 RENSSELAER ROAD<br>ESSEX  FALLS NJ 07021 |
| CREDITOR ID: 6502-13<br>MR. & MRS. JAMES HANCOCK<br>329 SOMMERSET DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 6503-13<br>MR. & MRS. JAMES HEWATT<br>3590 BOZEMAN LAKE RD NW<br>KENNESAW GA 30144 | CREDITOR ID: 6349-12<br>MR. & MRS. JAMES HEWATT<br>3590 BOZEMAN LAKE ROAD NW<br>KENNESAW GA 30144 |
| CREDITOR ID: 6350-12<br>MR. & MRS. JAMES P. STEELE, III<br>10801 BARN WOOD LANE<br>POTOMAC MD 20854 | CREDITOR ID: 6351-12<br>MR. & MRS. JAMES R. (RICK) HANCOCK<br>329 SUMMERSET DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 6504-13<br>MR. & MRS. JAMES W. WRIGHT<br>103 EAST SHERWIN DR.<br>URBANA IL 61802 |
| CREDITOR ID: 6505-13<br>MR. & MRS. JAY E. ARDOLINO<br>70 FEATHERBED LANE<br>BRANFORD CT 06405 | CREDITOR ID: 6506-13<br>MR. & MRS. JERRY ASH<br>43 CENTRAL TERRACE<br>WYOMING OH 45215 | CREDITOR ID: 6352-12<br>MR. & MRS. JERRY M. SMITH<br>623 TURKEY CREEK<br>ALACHUA FL 32615 |
| CREDITOR ID: 6507-13<br>MR. & MRS. JOEL A. MIELE, SR.<br>162-35 99TH STREET<br>HOWARD  BEACH NY 11414 | CREDITOR ID: 6508-13<br>MR. & MRS. JOHN B. RICHARDS<br>7013 EXFAIR ROAD<br>BETHESDA MA 20814 | CREDITOR ID: 6509-13<br>MR. & MRS. JOHN BILLINGS<br>734 OCEAN CLUB PL<br>AMELIA  ISLAND FL 32034 |

SERVICE LIST
**Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:    AMELIA ISLAND COMPANY**                                         **CASE:   09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6510-13<br>MR. & MRS. JOHN C. SCHUCHMAN<br>7 DEER RUN CIRCLE<br>CHATHAM  TOWNSHIP NJ 07928 | CREDITOR ID: 6511-13<br>MR. & MRS. JOHN D GALLIGAN<br>51 BEACH DRIVE<br>LITTLE  COMPTON RI 02837-2136 | CREDITOR ID: 6512-13<br>MR. & MRS. JOHN KLIGORA<br>2350 STEEPLECHASE LANE<br>ROSWELL GA 30076 |
| CREDITOR ID: 6513-13<br>MR. & MRS. JOHN M. KIRKENDALL<br>1227 WESTMORELAND ROAD<br>YPSILANTI MI 48197 | CREDITOR ID: 6514-13<br>MR. & MRS. JOHN M. MARRA<br>P.O. BOX 171008<br>MILWAUKEE WI 53217 | CREDITOR ID: 6515-13<br>MR. & MRS. JOHN THARPE<br>P.O. BOX 72286<br>ALBANY GA 317082286 |
| CREDITOR ID: 6516-13<br>MR. & MRS. JOSEPH CONLON, JR.<br>2736 PRAIRIE AVE.<br>EVANSTON IL 60201 | CREDITOR ID: 6517-13<br>MR. & MRS. JOSEPH D. EVANGELISTA<br>404 THORPE PARK<br>DULUTH GA 30097 | CREDITOR ID: 6353-12<br>MR. & MRS. JOSEPH DAVIS<br>85 OVERLOOK RD.<br>MARBLEHEAD MA 01945 |
| CREDITOR ID: 6354-12<br>MR. & MRS. JOSEPH HEMPHILL<br>5 BUENA VISTA<br>RUMSON NJ 07760 | CREDITOR ID: 6518-13<br>MR. & MRS. JOSEPH KOCHIS<br>6655 OLD ROYALTON ROAD<br>BRECKSVILLE OH 44141 | CREDITOR ID: 6519-13<br>MR. & MRS. JOSEPH PRESTINARIO<br>1636 RIPARIAN DRIVE<br>NAPERVILLE IL 60565 |
| CREDITOR ID: 6520-13<br>MR. & MRS. JOSEPH T. WINGARD<br>4531 ORTEGA BLVD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 6521-13<br>MR. & MRS. KEITH L. WILLIAMS<br>5206 AVISH LANE<br>HARRODS  CREEK KY 40027 | CREDITOR ID: 6522-13<br>MR. & MRS. KEN THRASHER<br>3034 BAKERS MEADOW<br>ATLANTA GA 30339 |
| CREDITOR ID: 6523-13<br>MR. & MRS. KENNETH J. WOZNIAK<br>5400 MING DRIVE<br>ORLANDO FL 32812 | CREDITOR ID: 6524-13<br>MR. & MRS. LEIGH ALEXANDER<br>19 STANMORE COURT<br>POTOMAC MD 20854 | CREDITOR ID: 6525-13<br>MR. & MRS. LOUIS BLUMBERG<br>211 MORRIS AVENUE<br>LINWOOD NJ 08221 |
| CREDITOR ID: 6526-13<br>MR. & MRS. M. CURTIS WHITTAKER<br>1 OAKMONT DRIVE<br>CONCORD NH 03301 | CREDITOR ID: 6527-13<br>MR. & MRS. M.W. CUNNINGHAM<br>471 MILLEDGE GATE TERRACE<br>MARIETTA GA 30067 | CREDITOR ID: 6528-13<br>MR. & MRS. MARK S. JOHNSON<br>4594 PROVINCE LANE<br>PRINCETON NJ 08540 |
| CREDITOR ID: 6529-13<br>MR. & MRS. MICHAEL A. BURTON<br>116 CARDINAL DRIVE<br>ROSWELL GA 30075 | CREDITOR ID: 6530-13<br>MR. & MRS. MICHAEL J. WEBER<br>269 CASTILE LANE<br>WESTERVILLE OH 43081 | CREDITOR ID: 6355-12<br>MR. & MRS. MICHAEL T. MELTON<br>104 HADDINGTON DRIVE<br>PINEHURST NC 28374 |
| CREDITOR ID: 6531-13<br>MR. & MRS. MIKE FOSTER<br>105 EAST ADAMS STREET<br>LAGRANGE KY 40031 | CREDITOR ID: 6532-13<br>MR. & MRS. NELSON JANTZEN<br>162 THE MAINE<br>WILLIAMSBURG VA 23185 | CREDITOR ID: 6533-13<br>MR. & MRS. NIGEL A. WOODCOCK<br>C/O BRUCE COMRIE<br>18 WAX MYRTLE ROAD<br>FERNANDINA  BEACH FL 32034 |

**Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:   AMELIA ISLAND COMPANY**                                                    **CASE:  09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6534-13<br>MR. & MRS. NORMAN R. WRIGHT<br>121 NANTASKET AVE.#207<br>HULL MA 02045 | CREDITOR ID: 6356-12<br>MR. & MRS. PAT HARRIGAN<br>8733 CYPRESS RESERVE CIRCLE<br>ORLANDO FL 32836 | CREDITOR ID: 6357-12<br>MR. & MRS. PAUL GRUBE<br>554 LEMASTER DRIVE<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 6535-13<br>MR. & MRS. PAUL SOKOLOWSKI<br>12891 EAGLES VIEW RD.<br>PHOENIX MD 21131 | CREDITOR ID: 6536-13<br>MR. & MRS. R. M. ROSENBERGER<br>P.O. BOX 1126<br>ACWORTH GA 30101 | CREDITOR ID: 6537-13<br>MR. & MRS. RALPH KING<br>13191 STARKEY RD. STE. #9<br>LARGO FL 33773 |
| CREDITOR ID: 6358-12<br>MR. & MRS. RICARDO A. LIMA<br>17057 GULF PINE CIRCLE<br>WELLINGTON FL 33414-6352 | CREDITOR ID: 6538-13<br>MR. & MRS. RICHARD A. OSSI<br>RIO VISTA<br>14 HENION GARDEN<br>MAHWAH NJ 07430 | CREDITOR ID: 6539-13<br>MR. & MRS. RICHARD BARDY<br>4950 REGENTS WALK<br>SHOREWOOD MN 55331 |
| CREDITOR ID: 6540-13<br>MR. & MRS. RICHARD CABLE<br>7659 WORRAL DRIVE<br>LAKE  WORTH FL 33463 | CREDITOR ID: 6541-13<br>MR. & MRS. RICHARD CARTLEDGE<br>MAGPIES,RIDGEWAY,<br>PYRFORD, WOKING<br>SURREY GU228PW<br>ENGLAND | CREDITOR ID: 6542-13<br>MR. & MRS. RICHARD T. SIMMONS<br>164 WADDINGTON STREET<br>BLOOMFIELD  HILLS MI 48301 |
| CREDITOR ID: 6543-13<br>MR. & MRS. ROBERT E. BRICKLEY<br>3368 W. PACES FERRY COURT<br>ATLANTA GA 30327 | CREDITOR ID: 6544-13<br>MR. & MRS. ROBERT K. CHALBERG<br>775 CONSIDINE ROAD<br>GENEVA IL 60134 | CREDITOR ID: 6545-13<br>MR. & MRS. ROBERT MONTI<br>5611 TRIO COVE<br>NORCROSS GA 30092 |
| CREDITOR ID: 6546-13<br>MR. & MRS. ROBERT P MCCARTHY<br>2730 KENMONT TERRACE<br>MIDLOTHIAN VA 23113 | CREDITOR ID: 6547-13<br>MR. & MRS. ROBERT STOFER<br>10521 WATCH HILL LN.<br>CENTERVILLE OH 45458 | CREDITOR ID: 6548-13<br>MR. & MRS. ROBERT W. DENNY<br>1815 CHANDUS WAY<br>TOBYHANNA PA 18466 |
| CREDITOR ID: 6549-13<br>MR. & MRS. ROCKY OWENS<br>40W802 FOX CREEK DR.<br>ST.  CHARLES IL 60175 | CREDITOR ID: 6550-13<br>MR. & MRS. ROGER HARMON<br>145 MAY GLEN WAY<br>ROSWELL GA 30076 | CREDITOR ID: 6551-13<br>MR. & MRS. RON WILLOUGHBY<br>5412 PUEBLO ROAD<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 6552-13<br>MR. & MRS. RONALD J. MESSICK<br>228 HONOR STREET<br>COAL  CENTER PA 15423 | CREDITOR ID: 6553-13<br>MR. & MRS. RONALD NELSON<br>7544 WHISPERING RIDGE SE<br>GRAND  RAPIDS MI 49546 | CREDITOR ID: 6554-13<br>MR. & MRS. RONALD WITT<br>1310 CENTERWOOD DRIVE<br>MARTINSVILLE IN 46151 |
| CREDITOR ID: 6555-13<br>MR. & MRS. SCOTT STEVENSON<br>378 S. CREST ROAD<br>CHATTANOOGA TN 37404 | CREDITOR ID: 6359-12<br>MR. & MRS. SCOTT STEVENSON<br>378 S. CREST ROAD<br>CHATTANOOGA TN 37404 | CREDITOR ID: 6556-13<br>MR. & MRS. SEWELL HARLIN<br>10 JUNIPER COURT<br>AMELIA  ISLAND FL 32034 |

# SERVICE LIST
## Notice of Proposed Assumption and Assignment of Certain Executory Contracts
### and Unexpired Leases [DI 653]
### Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
### for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
### Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:     AMELIA ISLAND COMPANY**                               **CASE:   09-BK-9601**

CREDITOR ID: 6557-13
MR. & MRS. STANFORD G. WILSON
2808 RIDGEWOOD RD NW
ATLANTA GA 30327

CREDITOR ID: 6360-12
MR. & MRS. TERENCE MULLANE
P.O. BOX 320
MIDWAY UT 84049

CREDITOR ID: 6558-13
MR. & MRS. THATCHER BROWN, III
THATCHER M. BROWN REVOCABLE TRUST
115 CENTRAL PARK WEST APARTMENT 11-F
NEW YORK NY 10023

CREDITOR ID: 6559-13
MR. & MRS. THEODORE S. RIDGWAY
15 SHORE ROAD
LINWOOD NJ 08221-2438

CREDITOR ID: 6361-12
MR. & MRS. THOMAS A. BORNHAUSER
2 HERON OAKS COURT
AMELIA ISLAND FL 32034

CREDITOR ID: 6560-13
MR. & MRS. THOMAS CHAMBERS
P.O. BOX 536
HOMERVILLE GA 31634

CREDITOR ID: 6561-13
MR. & MRS. THOMAS P. HUTCHENS
2424 TIMBERLANE PLACE
BISMARK ND 58504

CREDITOR ID: 6562-13
MR. & MRS. THOMAS S. MCGEE
1710 GARDENIA ST.
FERNANDINA  BEACH FL 32034

CREDITOR ID: 6563-13
MR. & MRS. TOM FINDLAY
FINDLAY MANAGEMENT, INC.
208 DURDEN STREET
VIDALIA GA 30474

CREDITOR ID: 6362-12
MR. & MRS. TOM MCGEE
1710 GARDENIA STREET
FERNANDINA BEACH FL 32034

CREDITOR ID: 6564-13
MR. & MRS. TOM STOVER
1033 HARMONY BRASS CASTLE ROAD
WASHINGTON NJ 07882

CREDITOR ID: 6565-13
MR. & MRS. VINCENT F. VILLANI
154 LONG POINT DR.
FERNANDINA  BEACH FL 32034

CREDITOR ID: 6566-13
MR. & MRS. WAYNE HEATH
4435 JONES  COVE RD
P.O. BOX 41
TOWNSEND VA 23443

CREDITOR ID: 6363-12
MR. & MRS. WAYNE T. HEATH
P. O. BOX 41
4435 JONES COVE DR.
TOWNSEND VA 23443

CREDITOR ID: 6567-13
MR. & MRS. WENDELL F. WHITE
569 ASHBY STREET S.W.
ATLANTA GA 30310

CREDITOR ID: 6568-13
MR. & MRS. WILEY BLACK
2626 PARKER TRAIL
GAINESVILLE GA 30506

CREDITOR ID: 6577-13
MR. C G CAYE, JR
CAYE PROPERTIES
PO 3965
AUGUSTA GA 30914

CREDITOR ID: 6576-13
MR. C PATRICK MCDOWELL
104 BRIDLE WOOD CT
ALEDO TX 76008

CREDITOR ID: 6578-13
MR. CARTER NICE
579 KEVINGTON CT
SACRAMENTO CA 95846-7222

CREDITOR ID: 6614-13
MR. RADER SELLERS
TREY BURNE PROP. LLC / SELLERS CONST.CO
P.O. BOX 337
GORDON GA 31031

CREDITOR ID: 6615-13
MR. RANDY C. MEYER
1611 E. NANCY CREEK DR.
ATLANTA GA 30319

CREDITOR ID: 6409-12
MR. RICHARD A. COOPER
LANDMARK OFFICE TOWERS-REPUBLIC BUILDING, STE1400
25 WEST PROSPECT AVENUE
CLEVELAND OH 44115

CREDITOR ID: 6616-13
MR. RICHARD J. GMEREK
1102 WALTONVILLE RD.
HUMMELSTOWN PA 17036

CREDITOR ID: 6617-13
MR. RICHARD L. STOTTMANN
5204 AVISH LANE
HARRODS  CREEK KY 40027

CREDITOR ID: 6410-12
MR. ROBERT F. REISNER
2751 JEAN LAFITTE DR.
FERNANDINA BEACH FL 32034

CREDITOR ID: 6618-13
MR. ROBERT H. CARLISLE
8710 CRESTFIELD
FT.  WAYNE IN 46835

CREDITOR ID: 6619-13
MR. ROBERT H. NAZARIAN
5800 LONG BRAKE TRAIL
EDINA MN 55439

**Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:    AMELIA ISLAND COMPANY**                                    **CASE:   09-BK-9601**

CREDITOR ID: 6620-13
MR. ROBERT N. ALDAY
OLD TOWN INVESTMENTS
1866 HIGHLAND DRIVE
FERNANDINA  BEACH FL 32034

CREDITOR ID: 6621-13
MR. RONALD SULLIVAN
2 ALPAUGH FARM ROAD
LEBANON NJ 08833

CREDITOR ID: 6411-12
MR. RUSSELL J. GAVRON, JR.
852 ADAIR AVE.
ATLANTA GA 30306

CREDITOR ID: 6412-12
MR. RUSSELL M. SENYK
2395 AQUETONG RD
NEW HOPE PA 18938

CREDITOR ID: 6622-13
MR. SCOTT KOONS
5210 NW 50TH TERRACE
GAINESVILLE FL 32606-4309

CREDITOR ID: 6623-13
MR. STEVE GLASS
GLASS MNG. SERVICE
3015 SHANNON LAKES
N #303
TALLAHASSEE FL 32309

CREDITOR ID: 6624-13
MR. STEVEN H. WHITMAN
142 PARK ROAD
PITTSFORD NY 14534

CREDITOR ID: 6625-13
MR. SWAROOP RAI
1900 55TH ST. ROAD
OCALA FL 34474

CREDITOR ID: 6626-13
MR. THOMAS A. BORNHAUSER
2 HERON OAKS COURT
FERNANDINA  BEACH FL 32034

CREDITOR ID: 6627-13
MR. THOMAS DOWNEN
1345 SO. CALLE-DE-MARIA
PALM  SPRINGS CA 92264

CREDITOR ID: 6413-12
MR. THOMAS J. MIKLOS
2103 JARROD PLACE SE
SMYRNA GA 30080

CREDITOR ID: 6628-13
MR. THOMAS J. MIKLOS
2103 JARROD PLACE
SMYRNA GA 30080

CREDITOR ID: 6414-12
MR. THOMAS R. CLARKSON
307 GINNED COTTON ST
CHARLESTON SC 29492-8291

CREDITOR ID: 6629-13
MR. WADE COLEMAN
3330 BELLEMEADE DR.
VALDOSTA GA 31605

CREDITOR ID: 6415-12
MR. WALLACE MATHES
2 FISHING EAGLE COURT
AMELIA ISLAND FL 32034

CREDITOR ID: 6416-12
MR. WALTHER VLIEGEN
1628 LOST COVE LANE
PANAMA CITY FL 32413

CREDITOR ID: 6417-12
MR. WAYNE ELLERBEE
P. O. BOX 25
VALDOSTA GA 31603

CREDITOR ID: 6418-12
MR. WILLIAM LORICK
3000 FIRST COAST HIGHWAY
AMELIA ISLAND FL 32034

CREDITOR ID: 6630-13
MR. WILLIAM R. PLEASANT
P.O. BOX 1298
FERNANDINA  BEACH FL 32034

CREDITOR ID: 6419-12
MR. WILLIAM T. (BILL) STURGIS
2608 BROOKRIDGE CIRCLE
GREENVILLE NC 27858

CREDITOR ID: 6631-13
MR. WILLIAM T. STURGIS
2608 BROOKRIDGE CIRCLE
GREENVILLE NC 27858

CREDITOR ID: 6420-13
MRS. ADELE AGIN
9 WINDERMERE WAY
PRINCETON NJ 08540

CREDITOR ID: 6421-12
MRS. ANN S. MALLORY
1601 SILVER HILL ROAD
STONE MOUNTAIN GA 30087

CREDITOR ID: 6632-13
MRS. CHRISTINE PENDZICH BEHRENDS
322 BOYD AVENUE
TAKOMA  PARK MD 20912

CREDITOR ID: 6633-13
MRS. GAIL S. FINLEY
2785 BULLOCK MILL RD.
COLBERT GA 30628

CREDITOR ID: 6422-12
MRS. HERMAN ALBERTINE
C/O JEFFREY  ALBERTINE POA
370 HERMITAGE CT SW
MARIETTA GA 30064

CREDITOR ID: 6634-13
MRS. JANICE B. MANER
TWA LIMITED PARTNERS
63 LAND'S END DR.
GREENSBORO SC 27408

**Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:    AMELIA ISLAND COMPANY**                                   **CASE:  09-BK-9601**

CREDITOR ID: 6423-12
MRS. JOHN B. (JACK) RICHARDS
7013 EXFAIR
BETHESDA MD 20814

CREDITOR ID: 6635-13
MRS. LAURA L. ARMATO TYLER
LAURA L. ARMATO TYLER REV. TRUST
7649 N. POMONA PL.
KANSAS  CITY MO 64152-4430

CREDITOR ID: 6636-13
MRS. LOIS E. TREACY
4 VANDY COURT
SAVANNAH GA 31411

CREDITOR ID: 6637-13
MRS. MARGARET S. PERLA
1014 LANGER WAY
DELRAY  BEACH FL 33483

CREDITOR ID: 6424-12
MRS. MARILYN B. EVANS JONES
12 PAINTED BUNTING
AMELIA ISLAND FL 32034

CREDITOR ID: 6638-13
MRS. PATRICIA H. HEADRICK
4105 STIRRUP LANE
COHUTTA GA 30710-9336

CREDITOR ID: 6639-13
MRS. VITA MARIE MIELE CHU
CDM PARTNERS LLC
67 MEADOW ST.
GARDEN  CITY NY 11530-6243

CREDITOR ID: 6425-12
MS. ALICIA MAHAR
2000 GENERAL BOOTH BLVD.
VIRGINIA BEACH VA 23454

CREDITOR ID: 6640-13
MS. ALISON HASTINGS
11737 NEWBERRY GROVE LOOP
RIVERVIEW FL 33579

CREDITOR ID: 6426-12
MS. AMELIA KOSTECKI
1384 BEACHWALKER ROAD
AMELIA ISLAND FL 32034

CREDITOR ID: 6427-12
MS. ANNE E. BUNDY
25 OAK POINT DRIVE
AMELIA ISLAND FL 32034

CREDITOR ID: 6641-13
MS. BARBARA M. SIMONDS
920 CHERRY VALLEY ROAD
PRINCETON NJ 08540

CREDITOR ID: 6428-12
MS. BARBARA M. SIMONDS
920 CHERRY VALLEY ROAD
STONE HOUSE FARM
PRINCETON NJ 08540

CREDITOR ID: 6642-13
MS. CHRISTINA HENDERSON
P.O. BOX 8011
FERNANDINA  BEACH FL 32035

CREDITOR ID: 6643-13
MS. DIANE FLYNN
JAMES T. FLYNN
378 CEDAR AVE.
ISLIP NY 11751

CREDITOR ID: 6644-13
MS. EILEEN MCBRIDE
460 BEACH 139TH ST.
BELLE  HARBOR NY 11694

CREDITOR ID: 6645-13
MS. GRETCHEN JAMES VANERWEGEN
258 SHANNON ROAD
HOMERVILLE GA 31634

CREDITOR ID: 6429-12
MS. HEATHER HANSON JACKSON
711 NE JACKSON LANE
MAYO FL 32066

CREDITOR ID: 6646-13
MS. JILL L. RICKE
3039 BELL GROVE DR.
TALLAHASSEE FL 32308

CREDITOR ID: 6430-12
MS. KAREN (KAYE) NICKERSON (DELANO)
15 FOSTER PLLACE
SEA CLIFF NY 11579

CREDITOR ID: 6647-13
MS. LINDA PITTARI
24 WOODSIDE LANE
PRINCETON NJ 08540

CREDITOR ID: 6648-13
MS. MARCIA ROEHR
PO BOX 134
LINCOLN MA 01773

CREDITOR ID: 6431-12
MS. MARCIA ROEHR
PO BOX 134
LINCOLN MA 01773-6153

CREDITOR ID: 6649-13
MS. MARGUERITE S. PAULY
3798 ASHWORTH DRIVE
CINCINNATI OH 45208

CREDITOR ID: 6650-13
MS. MARSHA H. HODGES
289 NUNNALLY FARM RD.
MONROE GA 30655-5699

CREDITOR ID: 6651-13
MS. MARY GORMAN
7620 SOUTH SUNSET DRIVE
ST.  LOUIS MO 63121

CREDITOR ID: 6652-13
MS. MARY JANE CROWE
P.O. BOX 762
WILMETTE IL 60091

Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:** **AMELIA ISLAND COMPANY** **CASE:** 09-BK-9601

| | | |
|---|---|---|
| CREDITOR ID: 6653-13<br>MS. MICHELLE PELUSO<br>505 GREENWICH ST. APT. 2D<br>NEW YORK NY 10013 | CREDITOR ID: 6432-12<br>MS. PATRICIA WALKER<br>14888 LAKE FOREST DRIVE<br>DALLAS TX 75254 | CREDITOR ID: 6433-12<br>MS. SANDRA A. EBERLE<br>33 MARSH CREEK ROAD<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6654-13<br>MS. SHARON W. GORRY<br>10 SEA GULL AVE<br>VERO BEACH FL 32960 | CREDITOR ID: 6434-12<br>MS. SHARON W. GORRY<br>14147 BELRIVE CIRCLE<br>BASEHOR KS 66007 | CREDITOR ID: 6655-13<br>MS. SHERRY L. STEFINA<br>106 BURWYCK PARK DR.<br>SALINE MI 48176 |
| CREDITOR ID: 6656-13<br>MS. SUSAN EDELHEIT<br>7211 POMANDER LANE<br>CHEVY CHASE MD 20815 | CREDITOR ID: 6435-12<br>MS. TERRIE SPIRO AND MS. ELIZABETH HUGHES<br>522 QUEEN STREET<br>ALEXANDRIA VA 22314 | CREDITOR ID: 6458-13<br>MUSE, JOHN H & CAREY J<br>1511 RICHARD STOKES DR<br>DECATUR GA 30033 |
| CREDITOR ID: 6731-14<br>MUZAK<br>PO BOX 71070<br>CHARLOTTE NC 28272-1070 | CREDITOR ID: 6732-14<br>MUZAK LLC<br>3318 LAKEMONT BLVD<br>ATTN: A BETTS<br>FT. MILL SC 29708-8309 | CREDITOR ID: 6733-14<br>NASSAU CO BOARD OF CO COMMISSIONERS<br>96160 NASSAU PLACE<br>ATTN: COUNTY COORDINATOR<br>YULEE FL 32097 |
| CREDITOR ID: 2050-97<br>NATIONAL BANK OF SOUTH CAROLINA<br>ATTN: GEORGE W LINDSEY EXEC VP<br>P.O. BOX 219<br>MYRTE BEACH SC 29578-0219 | CREDITOR ID: 6734-14<br>NESTLE WATERS<br>P.O. BOX 856680<br>LOUISVILLE KY 40285 | CREDITOR ID: 6735-14<br>NEW MARKET INTERNATIONAL<br>P.O. BOX 845707<br>BOSTON MA 02284-5707 |
| CREDITOR ID: 6736-14<br>NEW SOUTH PUBLISHING INC<br>1303 HIGHTOWER TRAIL<br>ATLANTA GA 30350 | CREDITOR ID: 6737-14<br>NEW WORLD TRAVEL<br>780 THIRD AVE, 27TH FLOOR<br>NEW YORK CITY NY 10017 | CREDITOR ID: 6738-14<br>NEXTEL COMMUNICATIONS<br>P O BOX 4181<br>CAROL STREAM IL 60197-4181 |
| CREDITOR ID: 2093-97<br>NICOLA, GUDBRANSON & COOPER<br>ATTN ROBERT N GUDBRANSON, ESQ<br>LANDMARK TOWERS<br>REPUBLIC BLDG., #1400<br>CLEVELAND OH 44115-1048 | CREDITOR ID: 6739-14<br>NORTH AMERICA TRAVEL SERVICE<br>7 ALBION STREET<br>LEEDS LS11 5AF<br>UNITED KINGDOM | CREDITOR ID: 6327-12<br>NOWLIN, AUSTIN<br>3034 SEA MARSH ROAD<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 6740-14<br>NU-SAFE FLOOR SOLUTIONS, INC.<br>P.O. BOX 663<br>FLORENCE, KY 41022-0663 | CREDITOR ID: 2791-99<br>OFFICE OF THE US TRUSTEE REGION 21<br>US DEPT OF JUSTICE<br>ELENA L. ESCAMILLA, ESQ.<br>135 W CENTRAL BLVD, STE. 620<br>ORLANDO FL 32801 | CREDITOR ID: 6741-14<br>OPENTABLE<br>799 MARKET STREET 4TH FL<br>SAN FRANCISCO CA 94103 |
| CREDITOR ID: 6742-14<br>ORACLE USA INC<br>PO BOX 71028<br>CHICAGO IL 60694-1028 | CREDITOR ID: 6743-14<br>ORGANIC FIJI<br>547 CALLE SAN PABLO<br>CAMARILLO CA 93012 | CREDITOR ID: 6745-14<br>OSPREY VILLAGE<br>48 OSPREY VILLAGE DR<br>AMELIA ISLAND FL 32034-4955 |

**Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]**
**Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:    AMELIA ISLAND COMPANY**                                                     **CASE:  09-BK-9601**

CREDITOR ID: 6744-14
OSPREY VILLAGE
101 NORTH TYSO ST.
SUITE 1900
C/O ALLEN K. ROBERTSON
CHARLOTTE NC 28246-0106

CREDITOR ID: 6748-14
OTIS ELEVATOR COMPANY
6631 EXECUTIVE PARK CT.
SUITE 206
JACKSONVILLE FL 32216-8011

CREDITOR ID: 6747-14
OTIS ELEVATOR COMPANY
4801 EXECUTIVE PARK CT.
SUITE 210
JACKSONVILLE FL 32216-8011

CREDITOR ID: 6746-14
OTIS ELEVATOR COMPANY
1 FARM SPRINGS
ATTN: TREASURY SERVICES-V-PALMERIE
FARMINGTON CT 06032-2557

CREDITOR ID: 6749-14
PAETEC
6801 MORRISON BLVD.
CHARLOTTE NC 28211-3599

CREDITOR ID: 6657-13
PENELOPE HALL LEWIS
LEWIS TRUSTEE
3333 E. FLORIDA AVE. #124
DENVER CO 80210

CREDITOR ID: 6658-13
PETER BRATSCHI
ATTN: STARR COURTER
1470 STACI DR.
GREENSBORO GA 30642

CREDITOR ID: 6750-14
PITNEY BOWES
P. O. BOX 856042
LOUISVILLE KY 40285-6042

CREDITOR ID: 6751-14
PITNEY BOWES/GLOBAL FIN.SRV.
P.O. BOX 856460
LOUISVILLE KY 40285-6460

CREDITOR ID: 6752-14
PNC BANK N.A.
DBA:PNC EQUIPMENT FINANCE
P.O. BOX 931034
CLEVELAND OH 44193

CREDITOR ID: 6753-14
RC HILL CONSULTING, INC.
4101 ROLLINGWOOD CT.
JACKSONVILLE FL 32257

CREDITOR ID: 6754-14
RESORT BLEND SPECIALTIES
170 COMMERCE WAY
GALLATIN TN 37066

CREDITOR ID: 6755-14
REVEAL SYSTEMS
1880 INDUSTRIAL CIRCLE
SUITE D
LONGMONT CO 80501

CREDITOR ID: 6756-14
REVENUE MATTERS, LLC.
7501 E. WINDLAWN WAY
PARKER CO 80134

CREDITOR ID: 1945-99
RIDDELL WILLIAMS PS
COUNSEL TO MICROSOFT LICENSING GP
MARIA ANN MILANO, ESQ
1001 4TH AVE. STE 4500
SEATTLE WA 98154

CREDITOR ID: 314-99
ROGERS TOWERS PA
COUNSEL TO AMELIA ISLAND CLUB INC
BETSY C. COX, ESQ
1301 RIVERPLACE BLVD, STE 1500
JACKSONVILLE FL 32207

CREDITOR ID: 6757-14
ROY MCCORMICK
PAPA'S BARRELS OF FUN
5029 CISCO DRIVE
JACKSONVILLE FL 32219

CREDITOR ID: 6758-14
SAFETY KLEEN
P.O. BOX 650509
DALLAS TX 75265-0509

CREDITOR ID: 6759-14
SAFLOK
P.O. BOX 890247
CHARLOTTE NC 28289-0247

CREDITOR ID: 6760-14
SANDCASTLES AT AMELIA ISLAND
CONDOMINIUM ASSN, INC.
P.O. BOX 3000
AMELIA ISLAND FL 32035-3000

CREDITOR ID: 6761-14
SANDCASTLES CONDO ASSOC
C/O AMELIA ISL MANAGEMENT
AMELIA ISLAND PLANTATION
AMELIA ISLAND, FL 32034

CREDITOR ID: 6762-14
SCEPTRE  HOSPITALITY SERVICES
7600 E. ORCHARD ROAD
SUITE 230 SOUTH
GREENWOOD CO 80111

CREDITOR ID: 1107-99
SCHUYLER STEWART SMITH
COUNSEL TO FORD MOTOR CREDIT COMPANY
SCHUYLER SMITH, ESQ
118 WEST ADAMS STREET, #800
JACKSONVILLE FL 32202

CREDITOR ID: 6460-13
SCINTO, LAURIE & MICHAEL
18 WAKEFIELD LN
FARMINGTON CT 06032

CREDITOR ID: 2928-99
SCROGGINS & WILLIAMSON
COUNSEL TO JAME R & ELIZABETH W WILLIAMSON
J ROBERT WILLIAMSON, ESQ
1500 CANDLER BUILDING
127 PEACHTREE STREET NE
ATLANTA GA 30303

CREDITOR ID: 2043-99
SCRUGGS & CARMICHAEL PA
NASSAU CNTY BOARD OF CNTY COMMISSIONERS,
AS NASSAU-AMELIA UTILITIES
JEFFREY R DOLLINGER, ESQ
ONE SE 1ST AVENUE
GAINESVILLE FL 32601

CREDITOR ID: 3029-99
SECURITIES & EXCHANGE COMMISSION
REORGANIZATION BRANCH, ATLANTA
3475 LENOX RD, NE, STE 1000
ATLANTA GA 30326-3235

Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                                               **CASE:  09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6763-14<br><br>SEGWAY LLC<br>14 TECHNOLOGY DRIVE<br>BEDFORD NH 03110 | CREDITOR ID: 6764-14<br><br>SELECT COMMUNICATIONS, INC.<br>14476 DUVAL PLACE W.<br>SUITE 111<br>JACKSONVILLE FL 32218 | CREDITOR ID: 6766-14<br><br>SHIFT4 CORPORATION<br>8691 W. SAHARA AVE.<br>LAS VEGAS NV 89117-5810 |
| CREDITOR ID: 6765-14<br><br>SHIFT4 CORPORATION<br>1491 CENTER CROSSING ROAD<br>LAS VEGAS NV 89144 | CREDITOR ID: 6767-14<br><br>SIEMENS BUILDING TECH. INC.<br>7850 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693 | CREDITOR ID: 2563-97<br><br>SIEMENS CORP.<br>ATTN: KIM LEM<br>186 WOOD AVE. S.<br>ISELIN NJ 08830 |
| CREDITOR ID: 6768-14<br><br>SIGNATURE WORLDWIDE<br>P O BOX 931294<br>CLEVELAND OH 44193 | CREDITOR ID: 6769-14<br><br>SIMPLEX GRINNELL<br>DEPARTMENT CH10320<br>PALATINE IL 60055 | CREDITOR ID: 6436-13<br><br>SKELTON, BENSEN L<br>1320 THOMASWOOD DRIVE<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 2340-99<br><br>SMITH HULSEY & BUSEY<br>COUNSEL TO RED MAPLE INVESTORS LLC<br>CYNTHIA C. JACKSON, ESQ.<br>225 WATER STREET, STE 1800<br>JACKSONVILLE FL 32202 | CREDITOR ID: 6770-14<br><br>SMITH TRAVEL RESEARCH, INC. (STR AIP)<br>735 E MAIN ST<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 2618-97<br><br>SOUTHERN LIVING<br>2314 PAYSPHERE CIR.<br>CHICAGO IL 60674 |
| CREDITOR ID: 6771-14<br><br>SOUTHLAND RECYCLING<br>2127 HUBBARD STREET<br>JACKSONVILLE FL 32206-3729 | CREDITOR ID: 6772-14<br><br>SOUTHLAND WASTE SYSTEMS<br>8619 WESTERNWAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 6773-14<br><br>SPORTSFOCUS INTERNATIONAL<br>1927 S. FLETCHER AVE.<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 6774-14<br><br>SPRINGER-MILLER SYSTEMS INC.<br>P.O. BOX 1457<br>782 MOUNTAIN ROAD<br>STOWE VT 05672 | CREDITOR ID: 6775-14<br><br>SPRINT NEXTEL CORRESPONDENCE<br>P.O. BOX 7949<br>ATTN: BANKRUPTCY DEPT.<br>OVERLAND PARK KS 66207-0949 | CREDITOR ID: 6776-14<br><br>STARCITE<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 6777-14<br><br>STAT PADS<br>13901 W. WAINWRIGHT DR.<br>STE A<br>BOISE ID 83713-1969 | CREDITOR ID: 6778-14<br><br>STATELINE DISPOSAL SERVICES<br>PO BOX 791415<br>BALTIMORE MD 21279-1415 | CREDITOR ID: 6659-13<br><br>STEPHEN & SUSAN KAYE<br>15 RED MAPLE ROAD<br>AMELIA  ISLAND FL 32034 |
| CREDITOR ID: 6660-13<br><br>SUNTRUST BANK<br>C/O DEBORAH PIERCE/BRANDENBURG TRUST<br>P.O. BO 3838<br>ORLANDO FL 32802 | CREDITOR ID: 6661-13<br><br>SUSAN C. PENNY<br>44  PHEASANT WAY<br>ITHACA NY 14850 | CREDITOR ID: 6779-14<br><br>SWANK MOTION PICTURES<br>10795 WATSON ROAD<br>ST. LOUIS MO 63127 |
| CREDITOR ID: 6780-14<br><br>SWIMTECH, INC.<br>P.O. BOX 142<br>FERNANDINA BEACH, FL 32035 | CREDITOR ID: 3000-97<br><br>SYSCO / GULF-ATLANTIC SERVICES<br>P.O. BOX 37045<br>JACKSONVILLE FL 32236-7045 | CREDITOR ID: 3002-98<br><br>SYSCO JACKSONVILLE, INC.<br>C/O DAVID J. CZERW<br>1501 LEWIS INDUSTRIAL DR.<br>JACKSONVILLE FL 32254 |

SERVICE LIST
Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

**DEBTOR:    AMELIA ISLAND COMPANY**                                                      **CASE:   09-BK-9601**

| | | |
|---|---|---|
| CREDITOR ID: 6781-14<br>SYSTEMS DESIGN & DEVELOPMENT<br>800 NW 17TH AVE. # A<br>DELRAY BEACH FL 33445-2583 | CREDITOR ID: 6782-14<br>TARHEEL JANITORIAL SERVICE<br>P O BOX 2193<br>KINGSLAND GA 31548 | CREDITOR ID: 6783-14<br>TENNIS LIFE<br>P.O. BOX 270<br>LUTZ FL 33548 |
| CREDITOR ID: 3019-99<br>TESSITORE LAW FIRM<br>COUNSEL TO TCF EQUIPMENT FINANCE INC<br>MICHAEL A TESSITORE, ESQ<br>612 E COLONIAL DRIVE, STE 150<br>PO BOX 2351 (32802)<br>ORLANDO FL 32803 | CREDITOR ID: 6784-14<br>TGR-GOLFREISEN GMBH<br>LIEBENAUER HAUPTSTRAßE 2-6<br>GRAZ 8041<br>AUSTRIA | CREDITOR ID: 6785-14<br>THE AFFLUENT TRAVELER<br>71 AUDREY AVE.<br>OYSTER BAY NY 11771 |
| CREDITOR ID: 2709-99<br>THE CITY OF FERNANDINA BEACH FLORIDA<br>TAMMI E BACH, ESQ<br>204 ASH STREET<br>FERNANDINA BCH FL 32034 | CREDITOR ID: 6786-14<br>THE LAMAR COMPANIES<br>P.O. BOX 66338<br>BATON ROUGE, LA 70896 | CREDITOR ID: 6787-14<br>THE RITZ CARLTON, ST. LOUIS<br>100 CARONDELET PLAZA<br>ST. LOUIS MO 63105 |
| CREDITOR ID: 2714-98<br>THERMASERVE, INC.<br>C/O SCOTT ROYER, VP<br>6676-1 COLUMBIA PARK DR. S.<br>JACKSONVILLE FL 32258-4406 | CREDITOR ID: 6662-13<br>THOMAS N. DEBO<br>1695 ASH COVE CT.<br>MORGANTON NC 28655 | CREDITOR ID: 2732-98<br>TIME INC. (SOUTHERN LIVING GOLF)<br>C/O SHELIA VAUGHAN<br>1271 AVENUE OF AMERICAS<br>CREDIT SVCS<br>NEW YORK NY 10020 |
| CREDITOR ID: 6788-14<br>TRAILER LEASING COMPANY, INC.<br>2733 PICKETTVILLE ROAD<br>JACKSONVILLE FL 32220-2471 | CREDITOR ID: 6789-14<br>TRAVEL IMPRESSIONS<br>465 SMITH STREET<br>FARMINGDALE NY 11735 | CREDITOR ID: 6790-14<br>TRAVEL LEADERS<br>8687 RESEARCH DRIVE<br>SUITE 200<br>IRVINE CA 92618 |
| CREDITOR ID: 2789-99<br>UNITED STATES BANKRUPTCY COURT<br>300 NORTH HOGAN ST,STE 700<br>JACKSONVILLE FL 32202 | CREDITOR ID: 4878-99<br>URBANA REALTY ADVISORS<br>ALLAN GUTIERREZ<br>1420 PEACHTREE STREET NE, STE 250<br>ATLANTA GA 30309 | CREDITOR ID: 6791-14<br>US LEC (PAETEC)<br>600 WILLOWBROOK OFFICE PARK<br>FAIRPORT NY 14450 |
| CREDITOR ID: 6792-14<br>USA MOBILITY WIRELESS, INC<br>P. O. BOX 660770<br>DALLAS TX 75266-0770 | CREDITOR ID: 6793-14<br>USA TODAY<br>305 SEABOARD LANE<br>SUITE 301<br>FRANKLIN TN 37067 | CREDITOR ID: 6794-14<br>USA TODAY.COM<br>7950 JONES BRANCH DRIVE<br>MCLEAN VA 22108 |
| CREDITOR ID: 6795-14<br>USA WEEKEND<br>P.O. BOX 2710<br>BUFFALO NY 14240-2710 | CREDITOR ID: 6328-12<br>VALDIS JEAN HEINRICH<br>2 OSPREY VILLAGE DRIVE<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 2805-98<br>VALLEYCREST GOLF COURSE MAINTENANCE<br>C/O ASHLEY WILSON, ESQ<br>24151 VENTURA BLVD.<br>CALABASAS CA 91302 |
| CREDITOR ID: 6459-13<br>VAN LAHR, JONATHAN D<br>BRIAN ULLOM<br>P.O. BOX 207<br>IRVINGTON KY 40146-0207 | CREDITOR ID: 6796-14<br>VERTEX INC. W510248<br>P O BOX 7777<br>PHILADELPHIA PA 19175-0248 | CREDITOR ID: 6797-14<br>VIDA FITNESS LLC<br>609 PARADISE COURT<br>ATTN: JASON REYNOLDS<br>ATLANTIC BEACH FL 32233 |

**Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]**

**DEBTOR:   AMELIA ISLAND COMPANY**                                      **CASE:   09-BK-9601**

CREDITOR ID: 6798-14
VILLAGE CENTER OWNERS ASSOC.
P.O. BOX 3000
FERNANDINA BEACH FL 32035-3000

CREDITOR ID: 6799-14
VISIT FLORIDA
2540 W. EXECUTIVE CENTER CIR
SUITE 200
TALLAHASSEE, FL 32301-5015

CREDITOR ID: 6800-14
VISIT JACKSONVILLE
208 N. LAURA STREET
STE # 102
JACKSONVILLE FL 32202

CREDITOR ID: 2242-99
VOLPE BAJALIA WICKES ROGERSON & WACHS
COUNSEL TO PRIAC REALTY INVESTMENTS, LLC
JOHN T. ROGERSON, III
MICHAEL L DUNCAN
EVERBANK PLAZA, 501 RIVERSIDE AVE, 7TH FL
JACKSONVILLE FL 32202

CREDITOR ID: 6801-14
W W GAY FIRE & INTEGRATED SYSTEMS
522 STOCKTON STREET
JACKSONVILLE FL 32204

CREDITOR ID: 6802-14
W W GAY MECHANICAL CONTRACT
524 STOCKTON STREET
JACKSONVILLE FL 32204

CREDITOR ID: 6803-14
W.W. GAY FACILITY AUTOMATION
DBA FACILITY AUTOMATION SOLUTI
524 STOCKTON STREET
JACKSONVILLE FL 32204

CREDITOR ID: 6329-12
WALTER DESOCIO
733 15TH STREET NW
WASHINGTON DC 20005

CREDITOR ID: 6804-14
WORLDWIDE GOLF VACATIONS
22 WOBURN STREET
SUITE 23
READING MA 01867

CREDITOR ID: 6805-14
YOVAISH ENGINEERING SCIENCES,
953 SUNSHINE LANE
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 6806-14
Z GRAPH INC
140 S. BEACH STREET
SUITE 104
DAYTONA BEACH FL 32114

CREDITOR ID: 6807-14
ZONE TELECOM INC
3 EXECUTIVE CAMPUS
SUITE 520
CHERRY HILL NJ 08002

    **Total:   552**