UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: )
)
AMELIA ISLAND COMPANY,[1] ) Case No. 09-bk-9601
a Delaware corporation, )
) Chapter 11
Debtor. )
_____ )

STATE OF NEW JERSEY )
) ss.
COUNTY OF ESSEX )

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey.

3. On July 19, 2010 I caused copies of:

   - **Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; Exhibit A [D.I. 653]**

   - **Amended Sale Procedures Order (A) Authorizing the Debtor to Enter Into an Asset Purchase Agreement for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid Protections in Connection Therewith; (C) Approving the Form and Manner of Notice; and (D) Approving Assumption and Assignment Procedures [D.I. 633]**

   to be served via first-class U.S. mail, postage prepaid to those persons on the Supplemental Service List attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_____
Kathleen M. Logan

Sworn to before me this
27th day of July 2010

_____
Notary Public

MELISSA MENDEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/29/2011

---

[1] The tax identification number of AIC is 57-0527665. The address of the principal office of AIC is 6800 First Coast Highway-South, Amelia Island, Florida 32034, Post Office Box 3000, Amelia Island, Florida 32035-1000.

AIC-SB

EXHIBIT A
SUPPLEMENTAL SERVICE LIST

AIC-SB

SUPPLEMENTAL SERVICE LIST
Notice of Proposed Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases [DI 653]
Amended Sales Procedures Order (A) Authorizing the Debtor to Enter into an Asset Purchase Agreement
for the Sale of Substantially All the Debtor's Assets; (B) Approving Bidding Procedures and Overbid
Protections i n Connection Therewith; (C) Approving the Form and Manner of Notice... [DI 633]

Page 1 of 1

DEBTOR: AMELIA ISLAND COMPANY

CASE: 09-BK-9601

CREDITOR ID: 6808-04
BUSHONG INSURANCE ASSOC INC
PO BOX 1399
PONTE VEDRA BEACH FL 32004

CREDITOR ID: 930-04
DOWLING-DOUGLAS COMPANY
3406 MAIN ST.
JACKSONVILLE FL 32206

CREDITOR ID: 6810-04
JETBLUE AIRWAYS
118-29 QUEENS BLVD
FOREST HILLS NY 11375

CREDITOR ID: 2645-04
STARCITE
1650 ARCH ST.
PHILADELPHIA PA 19103

CREDITOR ID: 6809-04
TOPS SOFTWARE
212 SOFTWARE
GAITHERSBURG MD 20879

Total: 5