# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| AMELIA ISLAND COMPANY, § | CASE NO. 3:09-bk-09601-PMG |
| A Delaware Corporation § | |
| § | |
| Debtor. § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the Ad Hoc Club Committee's Emergency Motion to Lift the Automatic Stay [DE #756] has been scheduled for Thursday, August 26, 2010, at 1:45 p.m. (Eastern) before The Honorable Paul M. Glenn, 300 North Hogan Street, Courtroom No. 4A, Jacksonville, Florida.

Dated: August 23, 2010

**DIAMOND MCCARTHY LLP**

By: */s/ Brian A. Abramson*
    Allan B. Diamond (TBN: 05801800)
    J. Gregory Taylor (TBN: 19706100)
    Arley D. Finley, III (TBN: 07020400)
    Eric D. Madden (TBN: 24013079)
    Brian A. Abramson (TBN: 24050193)
    909 Fannin Street, Suite 1500
    Houston, Texas 77010
    Telephone: (713) 333-5100
    Facsimile: (713) 333-5195

*Counsel for The Ad Hoc Committee of Current and Resigned Members of the Amelia Island Club*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010, I electronically filed and served the foregoing with the clerk of the Court by using the CM/ECF system.

**DIAMOND MCCARTHY LLP**

By: */s/ Brian A. Abramson*
    Allan B. Diamond (TBN: 05801800)
    J. Gregory Taylor (TBN: 19706100)
    Arley D. Finley, III (TBN: 07020400)
    Eric D. Madden (TBN: 24013079)
    Brian A. Abramson (TBN: 24050193)
    909 Fannin Street, Suite 1500
    Houston, Texas 77010
    Telephone: (713) 333-5100
    Facsimile: (713) 333-5195

*Counsel for The Ad Hoc Committee of Current and Resigned Members of the Amelia Island Club*