# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida

In re: <u>Amelia Island Corporation</u>   Case No. <u>09-09601</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC OPTIMUM FUND LLC</u><br>Name of Transferee | <u>AMERICAN HOSPITALITY SUPPLY CO.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>$33,619.91</u><br>Date Claim Filed: <u>N/A</u> |
| TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: Phone: <u>(561) 483-8040</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | AMERICAN HOSPITALITY SUPPLY CO.<br>7620 NW 6TH Avenue<br>Boca Raton, FL 33487 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>   Date: <u>August 25, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court     ("Bankruptcy Court")
Middle District of Florida
300 North Hogan Street Suite 3-350
Jacksonville, FL 32202
Attention: Clerk

AND TO: AMELIA ISLAND COMPANY     ("Debtor")
Case No. 09-09601

Claim N/A

AMERICAN HOSPITALITY SUPPLY CO., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$33,619.91** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25th DAY OF August, 2010.

ASSIGNOR: AMERICAN HOSPITALITY SUPPLY CO.

_____
(Signature)

LAWRENCE NEFF
(Print Name)

PRESIDENT
(Title)

ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

B6F (Official Form 6F) (12/07) - Cont.

In re  Amelia Island Company
                Debtor

Case No. 3:09-bk-09601
                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Hospitality Supply Co.<br>P.O. Box 811976<br>Boca Raton, FL 33481-1976 | | | | | | | 33,619.91 |
| ACCOUNT NO.<br>American Needle<br>1275 Busch Pkwy.<br>Buffalo Grove, IL 60089 | | | | | | | 1,534.49 |
| ACCOUNT NO.<br>American Society of Composers Authors and Publishers<br>2690 Cumberland Pkwy.<br>Atlanta, GA 30339 | | | | | | | 701.75 |
| ACCOUNT NO.<br>Amerisure Mutual Ins. Co.<br>c/o F. Bradley Hassell, Esq.<br>1616 Concierge Blvd., 1st Fl.<br>Daytona Beach, FL 32117 | X | | Declaratory judgment action | X | X | X | 0.00 |
| ACCOUNT NO.<br>Anderson Rentals, Inc.<br>P.O. Box 765<br>Mims, FL 32754 | | | | | | | 19,893.57 |

Sheet no. 7 of 125 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 55,749.72

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)