# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida

In re:  Amelia Island Corporation      Case No. 09-09601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC OPTIMUM FUND LLC | GREG NORMAN COLLECTION |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim # (if known):  N/A
Amount of Claim:  $13,137.73
Date Claim Filed:  N/A

TRC OPTIMUM FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: Phone: (646) 840-5200
Last four digits of Acct.#:  N/A

Name and Current Address of Transferor:

Phone:  516-255-1801
Last four digits of Acct#:  N/A

GREG NORMAN COLLECTION
134 West 37th Street
New York, NY 10018

Name and address where transferee payments
should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  /s/Terrel Ross                          Date: August 25, 2010
Transferee/Transferee's Agent
*Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court    ("Bankruptcy Court")
        Middle District of Florida
        300 North Hogan Street Suite 3-350
        Jacksonville, FL 32202
        Attention: Clerk

AND TO:    AMELIA ISLAND COMPANY    ("Debtor")
               Case No. 09-09601

Claim # N/A

**GREG NORMAN COLLECTION**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$13,137.73** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25th DAY OF August, 2010.

ASSIGNOR: GREG NORMAN COLLECTION    ASSIGNEE: TRC OPTIMUM FUND LLC

_____        _____
(Signature)                    (Signature)

Scott Kane                    Terrel Ross
(Print Name)                   (Print Name)

CFO                      Managing Member
(Title)                      (Title)

In re  Amelia Island Company

Debtor

Case No. 3:09-bk-09601

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Graffiti Zoo, Inc.<br>1422 Business Center Dr.<br>Conyers, GA 30094 | | | | | | | 415.54 |
| ACCOUNT NO.<br><br>Greenberg Traurig<br>5100 Town Center Cir., #40<br>Boca Raton, FL 33486 | | | | | | | 41,892.58 |
| ACCOUNT NO.<br><br>Greg Norman Collection<br>P.O. Box CS-100256<br>Atlanta, GA 30384-0256 | | | | | | | 13,137.73 |
| ACCOUNT NO.<br><br>Guest Research, Inc.<br>8490 E. Crescent Pkwy., #365<br>Greenwood Village, CO 80111-2815 | | | | | | | 13,679.00 |
| ACCOUNT NO.<br><br>Gunster, Yoakley & Stewart<br>777 S. Flagler Dr., #500E<br>West Palm Beach, FL 33401 | | | | | | | 325.00 |

Sheet no. 56 of 125 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 69,449.85

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)