MIDDLE DISTRICT OF FLORIDA
---------------------------------------------------------x
In re

              Chapter 11
**AMELIA ISLAND COMPANY**    Case No. 09-09601

    Debtors
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from TSP in the amount of **$5,348.10** (document #933) is hereby withdrawn by Argo Partners.

              Dated: October 5, 2010

              /s/ Paul Berg
              Paul Berg
              Argo Partners
              (212) 643-5457