**MIDDLE DISTRICT OF FLORIDA**
-----------------------------------------------------------x
In re

**AMELIA ISLAND COMPANY**

                Debtors
-----------------------------------------------------------x

Chapter 11
Case No. 09-09601

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from Hyland Group, Inc. in the amount of **$6,000.**00 (document #934) is hereby withdrawn by Argo Partners.

Dated: October 5, 2010

/s/ Paul Berg
Paul Berg
Argo Partners
(212) 643-5457