United States Bankruptcy Court
For the Middle District Of Florida

| | |
|---|---|
| Amelia Island Company | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-09601 |
| <u>Debtor</u> | } **Amount $1,044.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**EZ Yield.com, Inc.**
**125 Excelsor Pkwy., #101**
**Winter Springs, FL 32708**

The transfer of your claim as shown above in the amount of **$1,044.00** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<u>By/s/Gerald Jospitre</u>
Liquidity Solutions Inc
(201) 968-0001

3173626

## TRANSFER NOTICE

Ez Yield.com, Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Amelia Island Company** (the "Debtor"), in the aggregate amount of **$1,044.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 09-09601.

IN WITNESS WHEREOF, Assignor has signed below as of the 17 day of September, 2010

Ez Yield.com, Inc.

[signature]
(Signature)

Norman Williams Collections Supervisor
(Print Name and Title)

[signature]
Liquidity Solutions, Inc.
Gerald Josphre.

Amelia Island Company
Claim #
Ez Yield.com, Inc.

3173626

Sep 17 2010 1:48PM HP LASERJET FAX 407-660-1880