| United States Bankruptcy Court | |
|---|---|
| For the Middle District Of Florida | |
| AMELIA ISLAND COMPANY | } Chapter 11 |
|  | } |
|  | } |
|  | } |
|  | } Case No. |
|  | } 09-09601 |
| Debtor | } Amount **$3,247.50** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DISCOVERY MAPS**
**96077 ROXABOGUE DR**
**FERNANDINA BEACH, FL 32034**

The transfer of your claim as shown above in the amount of **$3,247.50** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


      By/s/Gerald Jospitre
      Liquidity Solutions Inc
      (201) 968-0001

497734

**TRANSFER NOTICE**

Discovery Maps ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Amelia Island Company (the "Debtor"), in the aggregate amount of $3,247.50 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 09- 09601.

IN WITNESS WHEREOF, Assignor has signed below as of the 21st day of Sept, 2010.

Discovery Maps                              Liquidity Solutions, Inc.

_Elizabeth Tricey Godfrey_ (Signature)      _Gerald_ (Signature)

Elizabeth Tricey Godfrey (Print Name)       Gerald Jospitre (Print Name)

497734